Ira M. Schwartz (SBN 010448)
PARKER SCHWARTZ, PLLC
7310 N. 16th Street
Suite 330
Phoenix, AZ 85020
Tel: (602) 282-0477
Email: ischwartz@psazlaw.com
*Attorney for Plaintiff*

Todd Vare *(pro hac vice pending)*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel: (317) 231-7735
Email: todd.vare@btlaw.com
*Co-Counsel for Plaintiff*

Ronald Cahill *(pro hac vice pending)*
BARNES & THORNBURG LLP
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5312
Email: rcahill@btlaw.com
*Co-Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lighting Defense Group LLC,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>Shanghai Sansi Electronic Engineering Co., Ltd.,<br><br>　　　　　Defendant. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Lighting Defense Group LLC ("LDG") hereby brings this Complaint against Defendant Shanghai Sansi Electronic Engineering Co., Ltd. ("Shanghai Sansi" or "Sansi") for infringement of U.S. Patent Nos. 8,256,923 ("the '923 patent"), 9,163,807 ("the '807 patent"), and 7,874,700 ("the '700 patent") and alleges as follows:

## BACKGROUND

1. LDG is the owner of more than 40 issued U.S. patents and pending patent applications relating to lights and lighting. The principals of LDG have consulted on lighting design and implementation issues for a variety of companies, including Costco Wholesale, Motorola, American Express, Simon Properties, Prologis, and Crate & Barrel. Additionally, LDG principals have designed and patented lighting products that have been manufactured and sold globally by major manufacturers, including Thomas & Betts/ABB, Acuity, Cooper Lighting/Signify, and Valmont Industries.

2. LDG's patent portfolio encompasses innovative heat management technology for high efficiency lighting products, including various aspects and improvements relating to light emitting diode (LED) lighting technology. The LDG patent portfolio describes and claims technologies that permit more effective heat management for LED lighting products that may be used indoors or outdoors, including in homes, offices, warehouses, retail spaces, and similar spaces. This technology improves the efficiency of lighting through effective heat dispersion, in turn allowing the use of more efficient, longer lasting, and high power LED lighting products and solutions.

3. LDG is the owner of U.S. Patent No. 8,256,923 ("the '923 patent"), titled Heat Management for a Light Fixture with an Adjustable Optical Distribution. The '923 patent issued on September 4, 2012. A true and correct copy of the '923 patent is attached as Exhibit 1 hereto.

4. LDG is the owner of U.S. Patent No. 9,163,807 ("the '807 patent"), titled Heat Management for a Light Fixture with an Adjustable Optical Distribution. The '807 patent issued on October 20, 2015. A true and correct copy of the '807 patent is attached

- 2 -

1  as Exhibit 2 hereto.

2      5.    LDG is the owner of U.S. Patent No. 7,874,700 ("the '700 patent"), titled
3  Heat Management for a Light Fixture with an Adjustable Optical Distribution. The '700
4  patent issued on January 25, 2011. A true and correct copy of the '923 patent is attached
5  as Exhibit 3 hereto.

6      6.    On or about June 26, 2020, LDG sent a letter to Bishou Chen, Legal
7  Representative for Shanghai Sansi. The June 26, 2020 letter identified the '923, '807, and
8  '700 patents, as well as an additional patent owned by LDG: U.S. Patent No. 8,939,608
9  ("the '608 patent").

10      7.    The June 26, 2020 letter stated that Shanghai Sansi required a license to the
11  '923, '807, '700, and '608 patents in order to avoid infringement by the making, using,
12  selling, importing or otherwise offering certain LED lighting products identified in that
13  letter, including at least the following: the Sansi C21BB-WE Omnidirectional Light Bulb,
14  Sansi C21BB-TE26 UV Light Bulb, Sansi C21BB-QE Smart RGB Light Bulb, Sansi
15  C21BB-TE26/27 Plain Light Bulb, Sansi C21BB-RE Dimmable Light Bulb, Sansi
16  C21BB-UE Light Bulb, Sansi C21GL-CE26/27 Full Spectrum Glow Light, Sansi C21GL-
17  AE26 Full Cycle Glow Light, Sansi C21GL-DE26 Full Spectrum Glow Light, Sansi
18  C21GL-CE26/27 Full Spectrum Glow Light, Sansi C21GL-AE26-Flowering Glow Light,
19  Sansi C21BB-ZE39/E40 High Bay Light, and BR30 Non-Dimmable LED Light Bulb.

20      8.    A copy of the June 26, 2020 letter is attached hereto as Exhibit 4. Copies of
21  the exemplary claim charts showing Shanghai Sansi's infringement of the LDG '923,
22  '807, '700, and '608 patents are attached hereto as Exhibits 5, 6, 7, 8, 9, 10, 11, and 12.

23      9.    On or about August 27, 2020, Shanghai Sansi, through its outside counsel
24  Xiaofei Xue, responded to LDG's June 26, 2020 letter in which Shanghai Sansi contended
25  that it did not infringe any of the identified LDG patents. Shanghai Sansi also contended
26  in its August 27, 2020 letter that the claims of LDG patents were invalid, and took the
27  position that "a license of the LDG Patents is highly unnecessary." A copy of the August
28  27, 2020 letter from Xiaofei Xue is attached hereto as Exhibit 13.

10. As a result of Shanghai Sansi's refusal to take a license or even enter into licensing discussions any of the LDG patents, LDG filed a complaint with Amazon.com through Amazon.com's patent evaluation procedures on June 1, 2021, regarding Shanghai Sansi's infringement by products on claim 15 of U.S. Patent No. 8,939,608.

11. Following the filing of the complaint, LDG received a response from Amazon.com stating: "We have received your notice of infringement. Due to the nature of your notice, we have transferred it to a specialized team for review. Responses may be delayed as a result."

12. Following a review by Amazon, upon information and belief, the accused Shanghai Sansi products were de-listed by Amazon between June 2 and June 9, 2021.

13. On June 10, 2021, LDG received an email from Shanghai Sansi stating that Shanghai Sansi demanding that LDG withdraw its Amazon.com complaint. A copy of the June 10, 2021 email from Shanghai Sansi is attached hereto as Exhibit 14. LDG did not withdraw its complaint.

14. LDG nevertheless persisted in its attempts to continue discussions with Shanghai Sansi regarding its infringement of the LDG patents and the Amazon.com complaint. On June 23, 2021, LDG received an email from Ethan Ma, counsel for Shanghai Sansi, where he confirmed, "I am writing on behalf of our client Shanghai Sansi Electronic Engineering Co., Ltd. ("Sansi") in relation to the complaint you filed with Amazon against our client." A copy of the June 23, 2021 email from Mr. Ma is attached hereto as Exhibit 15.

15. On June 30, 2021, Sansi LED Lighting, Inc. ("Sansi LED Lighting") filed a complaint for declaratory judgment against LDG in this District seeking a declaration that U.S. Patent No. 8,939,608 is not infringed and/or is invalid. *Sansi LED Lighting, Inc. v. Lighting Defense Group, LLC*, Case No. 2:21-cv-001147-DWL (U.S. District Court for the District of Arizona). Sansi LED Lighting also asserted various state law tort claims.

16. Upon information and belief, Sansi LED Lighting is a wholly owned subsidiary of Shanghai Sansi Electronic Engineering Co., Ltd.

17. On information and belief, Sansi LED Lighting provided its complaint for declaratory judgment to Amazon. Following the delivery of the complaint to Amazon, Amazon re-listed all of the Sansi LED lighting products that it had previously de-listed, pending the outcome of the declaratory judgement action filed by Sansi LED Lighting.

18. On September 7, 2021, LDG, through counsel, wrote to Sansi LED Lighting to identify "a significant amount of false information in the Complaint." On September 15, 2021, Sansi LED Lighting filed its First Amended Complaint.

19. Following the filing of the amended complaint, LDG moved to dismiss the state law tort claims under Fed. R. Civ. P. 12(b)(6). *See* Dkt. 20. On April 29, 2022, Judge Dominic Lanza issued a "tentative ruling" granting LDG's motion to dismiss the "tort-based" claims. *See* Dkt. 29. LDG's motion was set for hearing on June 7, 2022.

20. On June 1, 2022, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Sansi LED Lighting filed a notice of voluntary dismissal without prejudice of its declaratory judgment complaint.

21. On June 27, 2022, LDG again filed a complaint with Amazon.com asserting claim 15 of the '608 patent as to certain Sansi LED lighting products offered on Amazon.com. Because the Amazon.com patent evaluation process limits a party to the assertion of one claim from one patent, LDG now brings this district court lawsuit to seek redress for Sansi's infringement of the '923, '807, and '700 patents.

**PARTIES**

22. LDG is a Delaware limited liability company with its principal place of business at 4260 North Brown Avenue, Suite #8, Scottsdale, AZ 85251.

23. Upon information and belief, Shanghai Sansi Electronic Engineering Co., Ltd. is a foreign corporation located at No. 1280, Shuying Road, Minhang District, Shanghai, 201199, China. Upon information and belief, Shanghai Sansi Electronic Engineering Co., Ltd. is the parent company of Sansi LED Lighting Inc.

**JURISDICTION AND VENUE**

24. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and/or

1338(a), because this complaint arises under the federal patent laws of the United States.

26. Shanghai Sansi is subject to personal jurisdiction in this Court because it commits and has committed acts within this District giving rise to this action and has established minimum contacts with the forum state of Arizona. For example, Sansi distributes infringing LED lighting products throughout the United States, including in this District. On its website, https://www.sansi.com, Sansi offers its LED lighting products through www.sansiled.com as well as through retailers including Amazon US, Walmart, eBay, Home Depot, Lowes, and Newegg.

26. A screenshot of the website for Shanghai Sansi is attached hereto as Exhibit 16 (www.sansi.com; accessed 8/10/2022). Below is an excerpt from that website showing Shanghai Sansi's name and address and "E-Commerce" links to sansiled.com, Amazon US, Walmart, eBay, and Home Depot.



27. The excerpt above from the Shanghai Sansi website provides an "E-Commerce" link to the retailer Home Depot. Clicking on that link to Home Depot will

1  take the potential consumer to the Home Depot website. If the potential consumer's
2  location is not known, the website will prompt the consumer for his or her location. A
3  potential consumer located in Scottsdale, Arizona, within this District, is provided Sansi
4  LED lighting products that can be purchased, delivered, or picked up from the Home
5  Depot retail store located in Scottsdale, Arizona as well as in nearby cities, including
6  Phoenix, Arizona, within this District. Attached as Exhibit 17 is a website showing
7  "search results for sansi at The Home Depot" which identifies four different Home Depot
8  stores in Scottsdale, Phoenix, and Mesa—all within this District—where various Sansi
9  branded LED lighting products may be purchased. (www.homedepot.com/s/sansi;
10 accessed 8/2/2022.) One of the Home Depot stores is identified as Thomas Rd #0477 and
11 is located at 3609 E. Thomas Road, Phoenix, Arizona 85018, located in this District.
12       28.     Attached as Exhibit 18 is a website from The Home Depot showing a Sansi
13 250-Watt Equivalent A21 Dimmable Omni-Directional LED Light Bulb Soft Warm
14 White in 3000k (2-Pack) that can be shipped for pickup to the Thomas Rd #0477 Home
15 Depot store in Phoenix, Arizona. (accessed 8/10/202.) An excerpt from this website is
16 shown below:



29. The consumer can then select the Sansi A21 LED bulb for purchase and "Pick Up In Store" at the Thomas Rd #0477 Home Depot store in Phoenix, Arizona. Attached as <u>Exhibit 19</u> is a website showing the selection of the above identified Sansi 250-Watt Equivalent A21 LED bulb and a link to confirm the pickup store at the Thomas Rd #0477 Home Depot store in Phoenix, Arizona. (accessed 8/10/2022.)



30.     The customer can then purchase the above identified Sansi 250-Watt Equivalent A21 LED bulb for pickup at the Thomas Rd Rd #0477 Home Depot store in Phoenix, Arizona. Attached as <u>Exhibit 20</u> is a website page showing the Home Depot Secure Checkout for the order of the Sansi 250-Watt Equivalent A21 LED bulb for pickup at the Thomas Rd Rd #0477 Home Depot store in Phoenix, Arizona. (accessed 8/10/2022.) Below is an excerpt from this website page showing the order for pickup of the Sansi 250-Watt Equivalent A21 LED bulb at the Thomas Rd Rd #0477 Home Depot store in Phoenix, Arizona.

[Screenshot of Home Depot Secure Checkout page showing contact information form and order summary for SANSI 250-Watt Equivalent A... bulb, $58.33, with total $63.35, for pickup at Thomas Rd Store, 3609 E Thomas Rd, Phoenix, AZ 85018.]

31. Venue is proper in this District because Shanghai Sansi is a foreign corporation and may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3). As alleged above, Shanghai Sansi also is subject to personal jurisdiction in this District.

## COUNT ONE

### Infringement of U.S. Patent No. 8,256,923 ("the '923 patent")

32. LDG incorporates by reference Paragraphs 1 through 31 as if fully set forth herein.

33. Shanghai Sansi, without authorization from LDG, makes, uses, sells, or offers for sale within the United States, including in this District, or imports into the United States, LED lighting products that infringe one or more claims of the '923 patent. These infringing LED lighting products include LED lighting products in the categories of "A" shape (or "A" line) products (such as A19 and A21 LED light bulbs), "grow lights," and directional lights (such as BR30 or PAR30 light bulbs).

34. Shanghai Sansi's infringing LED lighting products include at least following products identified in LDG's June 26, 2020 letter: (1) SANSI C21BB-WE

Omni-directional Light Bulb, (2) SANSI C21BB-TE26 UV Light Bulb, (3) SANSI C21BB-QW Smart RGB Light Bulb, (4) SANSI C21BB-TE26/27 Plain Light Bulb, (5) SANSI C21BB-RE Dimmable Light Bulb, (6) SANSI C21BB-UE Light Bulb, (7) SANSI C21GL-CE26/27 Full Spectrum Glow Light, (8) SANSI C21GL-AE26 Pull Cycle Glow Light, (9) SANSI C21GL-DE26 Pull Spectrum Glow Light, (10) SANSI C21GL-AE26 Plowering Glow Light, (11) SANSI C21BB-ZE39/E40 High Bay Light, and (12) BR30 Non-Dimmable LED Light Bulb. Exemplary claim charts provided to Shanghai Sansi in June 2020 show Shanghai Sansi's infringement of each and every element of at least one claim of the '923 patent. *See* Exhibits 4, 5 and 6.

35. In addition, attached hereto as Exhibit 21 is an exemplary chart showing how a Sansi A21 LED bulb, product number C21BB-VE26-18W, 18W (150 Watt Equivalent) A21 LED bulb, 2500 lumens, 5000k daylight, E26 base, meets each and every element of at least claim 1 of the '923 patent.

36. Attached hereto as Exhibit 22 is another exemplary chart showing how a Sansi LED grow light—Sansi C21GL-CE26-24W—meets each and every element of at least claim 1 of the '923 patent.

37. Attached hereto as Exhibit 23 is yet another exemplary chart showing how a Sansi A21 LED bulb, 27W (250 Watt Equivalent) A21 Omni-Directional Ceramic LED light bulb, 4000 lumens, 5000k daylight, E26 Medium Screw Base, light meets each and every element of at least claim 1 of the '923 patent.

38. Attached hereto as Exhibit 24 is another exemplary chart showing how Sansi 10W, 20W, 30W, and 40W adjustable head clip-on LED grow light meets each and every element of at least claim 17 of the '923 patent.

39. By the foregoing acts, Shanghai Sansi has directly infringed, and continues to directly infringe, literally or under the doctrine of equivalents at least one claim of the '923 patent in violation of 35 U.S.C. § 271.

40. Shanghai Sansi has had constructive knowledge of the '923 patent since at least September 4, 2012, the date the '923 patent issued.

1   41.   Shanghai Sansi has had actual knowledge of the '923 patent as least through LDG's letter dated June 26, 2020, which provided notice of the '923 patent and its infringement by at least the above identified infringing products.

42.   Shanghai Sansi has been on actual notice of infringement of the '923 patent consistent with the requirements of 35 U.S.C. § 287(a) since at least June 26, 2020.

43.   Shanghai Sansi's infringement of the '923 patent has been and continues to be knowing, willful, deliberate, and intentional, as Shanghai Sansi has continued its acts of infringement by continuing to make, use, sell, offer for sale, or import into the United States, one or more of the foregoing identified Accused Products after being placed on constructive and actual notice of the '923 patent and its infringement, thus acting in reckless disregard of its infringement of and LDG's rights in the '923 patent.

44.   Such acts of infringement have caused damages to Plaintiff in an amount to be proven at trial, but in no event less than a reasonable royalty.

## COUNT TWO

**Infringement of U.S. Patent No. 9,163,807 ("the '807 patent")**

45.   LDG incorporates by reference Paragraphs 1 through 44 as if fully set forth herein.

46.   Shanghai Sansi, without authorization from LDG, makes, uses, sells, or offers for sale within the United States, including in this District, or imports into the United States, LED lighting products, including at least the following LED lighting products: (1) SANSI C21BB-WE Omni-directional Light Bulb, (2) SANSI C21BB- TE26 UV Light Bulb, (3) SANSI C21BB-QW Smart RGB Light Bulb, (4) SANSI C21BB-TE26/27 Plain Light Bulb, (5) SANSI C21BB-RE Dimmable Light Bulb, (6) SANSI C21BB-UE Light Bulb, (7) SANSI C21GL-CE26/27 Full Spectrum Glow Light, (8) SANSI C21GL-AE26 Pull Cycle Glow Light, (9) SANSI C21GL-DE26 Pull Spectrum Glow Light, (10) SANSI C21GL-AE26 Plowering Glow Light, (11) SANSI C21BB-ZE39/E40 High Bay Light, and (12) BR30 Non-Dimmable LED Light Bulb. Exemplary claim charts provided to Shanghai Sansi in June 2020 show Shanghai Sansi's

infringement of each and every element of at least one claim of the '807 patent. *See* Exhibits 4, 7, and 8.

47. In addition, attached hereto as Exhibit 25 is an exemplary chart showing how SANSI 27W (250 Watt Equivalent) A21 Omni-Directional Ceramic LED Light Bulb, 4000 Lumens, 5000K Daylight, E26 Medium Screw Base Floodlight Bulb—meets each and every element of at least claims 14 of the '807 patent and, therefore, infringes at least those claims of the '807 patent.

48. By the foregoing acts, Shanghai Sansi has directly infringed, and continues to directly infringe, literally or under the doctrine of equivalents at least one claim of the '807 patent in violation of 35 U.S.C. § 271.

49. Shanghai Sansi has had constructive knowledge of the '807 patent since at least October 20, 2015, the date the '807 patent issued.

50. Shanghai Sansi has had actual knowledge of the '807 patent as least through LDG's letter dated June 26, 2020, which provided notice of the '807 patent and its infringement by at least the above identified infringing products.

51. Shanghai Sansi has been on actual notice of infringement of the '807 patent consistent with the requirements of 35 U.S.C. § 287(a) since at least June 26, 2020.

52. Shanghai Sansi's infringement of the '807 patent has been and continues to be knowing, willful, deliberate, and intentional, as Shanghai Sansi has continued its acts of infringement by continuing to make, use, sell, offer for sale, or import into the United States, one or more of the foregoing identified Accused Products after being placed on constructive and actual notice of the '807 patent and its infringement, thus acting in reckless disregard of its infringement of and LDG's rights in the '807 patent.

53. Such acts of infringement have caused damages to Plaintiff in an amount to be proven at trial, but in no event less than a reasonable royalty.

**COUNT THREE**

**Infringement of U.S. Patent No. 7,874,700 ("the '700 patent")**

54. LDG incorporates by reference Paragraphs 1 through 53 as if fully set forth

1   herein.

2         55.    Shanghai Sansi, without authorization from LDG, makes, uses, sells, or offers for sale within the United States, including in this District, or imports into the United States, LED lighting products, including at least the following LED lighting products: (1) SANSI C21BB-WE Omni-directional Light Bulb, (2) SANSI C21BB- TE26 UV Light Bulb, (3) SANSI C21BB-QW Smart RGB Light Bulb, (4) SANSI C21BB-TE26/27 Plain Light Bulb, (5) SANSI C21BB-RE Dimmable Light Bulb, (6) SANSI C21BB-UE Light Bulb, (7) SANSI C21GL-CE26/27 Full Spectrum Glow Light, (8) SANSI C21GL-AE26 Pull Cycle Glow Light, (9) SANSI C21GL-DE26 Pull Spectrum Glow Light, (10) SANSI C21GL-AE26 Plowering Glow Light, (11) SANSI C21BB-ZE39/E40 High Bay Light, and (12) BR30 Non-Dimmable LED Light Bulb. Exemplary claim charts provided to Shanghai Sansi in June 2020 show Shanghai Sansi's infringement of each and every element of at least one claim of the '700 patent. *See* Exhibits 4, 9 and 10.

        56.    In addition, attached hereto as Exhibit 27 is an exemplary chart showing how at least one SANSI LED lighting product—SANSI 6500 lumens, A21 LED bulb, 650 Watt Equivalent, E26, product family C21BB-02E26-35—meets each and every element of at least claim 1 of the '700 patent.

        57.    By the foregoing acts, Shanghai Sansi has directly infringed, and continues to directly infringe, literally or under the doctrine of equivalents the '700 patent in violation of 35 U.S.C. § 271.

        58.    Shanghai Sansi has had constructive knowledge of the '700 patent since at least January 25, 2011, the date the '700 patent issued.

        59.    Shanghai Sansi has had actual knowledge of the '700 patent as least through LDG's letter dated June 26, 2020, which provided notice of the '700 patent and its infringement by at least the above identified infringing products.

        60.    Shanghai Sansi has been on actual notice of infringement of the '700 patent consistent with the requirements of 35 U.S.C. § 287(a) since at least June 26, 2020.

61. Shanghai Sansi's infringement of the '700 patent has been and continues to be knowing, willful, deliberate, and intentional, as Shanghai Sansi has continued its acts of infringement by continuing to make, use, sell, offer for sale, or import into the United States, one or more of the foregoing identified Accused Products after being placed on constructive and actual notice of the '700 patent and its infringement, thus acting in reckless disregard of its infringement of and LDG's rights in the '700 patent.

62. Such acts of infringement have caused damages to Plaintiff in an amount to be proven at trial, but in no event less than a reasonable royalty.

## **PRAYER FOR RELIEF**

WHEREFORE, LDG respectfully requests that this Court grant and order the following relief:

A. Judgment that Shanghai Sansi has infringed one or more claims of the '923, '807, and '700 patents;

B. An award of damages in an amount adequate to compensate LDG for Shanghai Sansi's infringement of the '923, '807, and '700 patents, no less than a reasonable royalty for such infringement;

C. A finding that this is an exceptional case under 35 U.S.C. § 285 that warrants an award of attorneys' fees in favor of LDG;

D. A finding that Shanghai Sansi's infringement has been willful under 35 U.S.C. § 284 and awarding treble damages;

E. An award of pre-judgment and post-judgment interest; and

F. Such other relief as this Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

LDG requests a trial by jury of all issues raised herein that are triable by a jury.

Dated: August 31, 2022.

                          PARKER SCHWARTZ, PLLC

                          By *s/Ira M. Schwartz*
                             Ira M. Schwartz
                             7310 N. 16th Street, Suite 330
                             Phoenix, Arizona 85253
                             (602) 282-0477
                             ischwartz@psazlaw.com
                             *Attorneys for Plaintiff*

                          Todd Vare *(pro hac vice pending)*
                          BARNES & THORNBURG LLP
                          11 S. Meridian Street
                          Indianapolis, IN 46204
                          Tel: (317) 231-7735
                          Email: todd.vare@btlaw.com
                          *Co-Counsel for Plaintiff*

                          Ronald Cahill *(pro hac vice pending)*
                          BARNES & THORNBURG LLP
                          One Marina Park Drive, Suite 1530
                          Boston, MA 02210
                          Tel: (617) 316-5312
                          Email: rcahill@btlaw.com
                          *Co-Counsel for Plaintiff*