Exhibit 25

# U.S. Patent No.: 9,163,807 Claim 14

# Product:

**[Upgrade] 27W (250 Watt Equivalent) A21 Omni-Directional Ceramic LED Light Bulbs, 4000 Lumens, 5000K Daylight, E26 Medium Screw Base Floodlight Bulb, Home Lighting, Non-dimmable, SANSI (2 Pack)**

https://www.amazon.com/dp/B07B8L8BDS

**"SANSI_ LED BULBS_ Non-Dimmable"**

| Claim 14 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| A light fixture comprising: a member comprising: | **Figure Description**<br><br>Figure A shows the light fixture and member.<br><br>**Analysis**<br><br>The preamble is not limiting because the claim recites a structurally complete invention and the preamble states merely a purpose or intended use for the recited structure. To the extent the preamble is found or construed to be limiting, the accused Sansi product is a light fixture, and includes a member. | Figure A<br><br>light fixture<br><br>member |

| Claim 14 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| an exterior surface;<br>an interior surface; | **Figure Description**<br><br>Figure E shows a top view of the member.<br><br>**Analysis**<br><br>The member comprises an exterior surface and an interior surface. | Figure E<br><br>an interior surface<br><br>an exterior surface |

| Claim 14 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| a first aperture disposed along a top end of the member; a second aperture disposed along a bottom end of the member, | **Figure Description**<br><br>Figure A shows a side view of the member with first aperture on top.<br><br>Figure D shows a bottom view with the second aperture at the member's bottom side.<br><br>**Analysis**<br><br>Figure A and D show the first aperture disposed at top end of the member and the second aperture disposed at the bottom end of the member. | Figure A — first aperture, member<br><br>Figure D — first aperture, second aperture |

| Claim 14 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| and a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface; | **Figure Description**<br><br>Figure E shows a top view of the member.<br><br>**Analysis**<br><br>The member displays a channel that extends from the first aperture to the second aperture. The channel is defined by the interior of the member that includes a plurality of unitary formed heat dissipating fins. | Figure E<br><br>interior surface — interior surface<br>channel<br>first aperture<br>second aperture |

| Claim 14 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| at least one first light emitting diode (LED) coupled to a first facet of the exterior surface; and at least one second LED coupled to a second facet of the exterior surface, | **Figure Description**<br><br>Figure D shows a bottom view with the LEDs coupled to the member's exterior surfaces' facets.<br><br>**Analysis**<br><br>The LED light sources are arranged in a concentric manner with each faceted column of LEDs aiming at a different radial direction. | Figure D — second LED coupled to a second facet of the exterior surface; first LED coupled to a first facet of the exterior surface |

| Claim 14 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture | **Figure Description**<br><br>Figure D shows a bottom view with cool air entering the second aperture and heated air exiting the first aperture.<br><br>**Analysis**<br><br>Air enters the channel through the second aperture and by convection removes air warmed by the first and second LEDs through the first aperture. | Figure D — first aperture, first LED, second LED, air enters the channel and transfers at least a portion of the heat generated |

# Exhibit 26

## U.S. Patent No.: 7,874,700 Claim 1

## Sample Product:

**SANSI 6500 Lumens A21 LED Light Bulb, 650W Equivalent E26 LED Bulb with Ceramic Technology, 5000K Daylight Non-Dimmable, 25,000-Hour Lifetime, Efficient, Safe, 35W Energy Saving for Home Workspace**

https://www.amazon.com/dp/B0B3DB6LGT/

## "C21"

## Product Family
## C21BB-02E26-35

| Claim 1 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| A light fixture comprising:<br>a member comprising: | **Figure Description**<br><br>Figure A shows the light fixture and member.<br><br>**Analysis**<br><br>The term "light fixture" is part of the preamble and is not considered to be a limitation. Additionally, this term "light fixture" fails to fall within any of the exceptions which would require the preamble to be treated as a limitation.<br><br>Even if the term "light fixture" was determined to be a limitation, a position for which there is no support, the C21, due to its structure and components would still qualify as a fixture. | Figure A<br><br>light fixture<br><br>member |

| Claim 1 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| a first surface disposed along an interior of the member;<br><br>a second surface disposed along an exterior of the member; | **Figure Description**<br><br>Figure B is a top view of light fixture mounting apparatus coupled to the member below.<br><br>**Analysis**<br><br>The member has a segmented frusto-conical form comprising an interior wall referred herein as the first surface and an exterior wall referred herein as the second surface. | Figure B — second surface, member, first surface |

US Pat. 7,874,700 - C21BB-02E26-35     Page 3 of 20

| Claim 1 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| a first end comprising a first aperture;<br><br>a second end comprising a second aperture; | **Figure Description**<br><br>Figure C shows a top persective view of the light fixture with the member.<br><br>Figure D shows a bottom view of the light fixture with the member and the mounting apparatus above.<br><br>**Analysis**<br><br>The portion of the member coupled to the light fixture's mounting apparatus is the member's first end. The first end comprises a first aperture. The portion of the member opposite to the first end with the first aperture is the second end. The second end comprises a second aperture. | **Figure C** — first end, first aperture<br>**Figure D** — second aperture, second end |

US Pat. 7,874,700 - C21BB-02E26-35    Page 4 of 20

| Claim 1 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| a channel extending from the first aperture to the second aperture and defined by the first surface; and | **Figure Description**<br><br>Figure E shows a bottom view of the member.<br><br>Figure D shows a bottom view of the light fixture with the member and the mounting apparatus above.<br><br>**Analysis**<br><br>The channel extends from the first aperture to the second aperture, defined by the channel's first surface (interior walls). | Figure E and Figure D with labels: channel, first aperture, second aperture, first surface, channel |

| Claim 1 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| a plurality of receiving surfaces disposed at least partially around the channel, along the second surface of the member, each receiving surface being configured to receive at least one light emitting diode; and | **Figure Description**<br><br>Figure F shows a bottom perspective of the member.<br><br>**Analysis**<br><br>The member has a plurality of receiving surfaces on multiple sides of the fixture, forming the second surfaces of the channel (exterior surfaces), each configured to receive at least one light emitting diode. | Figure F — labeled photograph showing light emitting diode, member, second surface, channel, and receiving surface. |

US Pat. 7,874,700 - C21BB-02E26-35     Page 6 of 20

| Claim 1 | Figs Description & Analysis | Select Evidence |
|---|---|---|
| at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces, | **Figure Description**<br><br>Figure G shows a side view of the light fixture with one light emitting diode module removed..<br><br>**Analysis**<br><br>The light emitting diodes are attached to a substrate. The substrate is removably coupled, as it is attached by a single screw (not shown) to the receiving surface of the member. | Figure G<br><br>light emitting diode<br><br>receiving surface   removably coupled light emitting diode |

US Pat. 7,874,700 - C21BB-02E26-35     Page 7 of 20

| Claim 1 | | Select Evidence |
|---|---|---|
| wherein the light emitting diodes transfer heat through conduction to the member; and<br><br>wherein air passes through the channel to transfer heat from member | **Figure Description**<br><br>Figure F shows a bottom perspective of the member.<br><br>Figure D shows a bottom isometric view of the light fixture.<br><br>**Analysis**<br><br>The heat generated by the light emitting diode modules transfer to the member by conduction. Air passing through the channel of the member, transfers the heat from inside the channel of the member to the outside. |  |

US Pat. 7,874,700 - C21BB-02E26-35    Page 8 of 20