# EXHIBIT 1

US008256923B1

(12) **United States Patent**
**Patrick**

(10) **Patent No.: US 8,256,923 B1**
(45) **Date of Patent: *Sep. 4, 2012**

(54) **HEAT MANAGEMENT FOR A LIGHT FIXTURE WITH AN ADJUSTABLE OPTICAL DISTRIBUTION**

(75) Inventor: **Ellis W. Patrick**, Sharpsburg, GA (US)

(73) Assignee: **Cooper Technologies Company**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/961,315**

(22) Filed: **Dec. 6, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 12/183,490, filed on Jul. 31, 2008, now Pat. No. 7,874,700.

(60) Provisional application No. 60/994,371, filed on Sep. 19, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| ***F21S 4/00*** | (2006.01) |
| ***F21V 21/00*** | (2006.01) |
| ***F21V 29/00*** | (2006.01) |
| ***F21V 29/02*** | (2006.01) |

(52) **U.S. Cl.** .................. **362/249.02**; 362/218; 362/294; 362/373

(58) **Field of Classification Search** ............. 362/249.02, 362/218, 294, 373
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,447,238 | A | 3/1923 | Crownfield | |
| 1,711,478 | A | 4/1929 | Cromwell | |
| 4,271,408 | A | 6/1981 | Teshima et al. | |
| 5,673,997 | A | 10/1997 | Akiyama | |
| 5,826,970 | A | 10/1998 | Keller et al. | |
| 6,343,871 | B1 | 2/2002 | Yu | |
| 6,448,900 | B1 | 9/2002 | Chen | |
| 6,561,690 | B2 | 5/2003 | Balestriero et al. | |
| 6,578,983 | B2 | 6/2003 | Holten | |
| 6,682,211 | B2 | 1/2004 | English et al. | |
| 7,048,412 | B2 | 5/2006 | Martin et al. | |
| 7,242,028 | B2 | 7/2007 | Dry | |
| 7,568,817 | B2 | 8/2009 | Lee et al. | |
| 7,874,700 | B2 * | 1/2011 | Patrick | 362/249.02 |
| 8,100,556 | B2 * | 1/2012 | Patrick et al. | 362/249.02 |
| 2005/0030753 | A1 | 2/2005 | Tickner et al. | |
| 2005/0174780 | A1 | 8/2005 | Park | |
| 2008/0316755 | A1 | 12/2008 | Zheng et al. | |
| 2009/0040759 | A1 | 2/2009 | Zhang et al. | |
| 2009/0073688 | A1 | 3/2009 | Patrick et al. | |
| 2009/0073689 | A1 | 3/2009 | Patrick | |
| 2009/0244896 | A1 | 10/2009 | McGehee et al. | |
| 2009/0262530 | A1 | 10/2009 | Tickner et al. | |

* cited by examiner

*Primary Examiner* — Stephen F Husar
*Assistant Examiner* — James Cranson, Jr.
(74) *Attorney, Agent, or Firm* — King & Spalding LLP

(57) **ABSTRACT**

A light fixture includes a member having a substantially frusto-conical shape. A channel extends between a wide top end of the member and a narrower bottom end of the member. The member includes multiple surfaces ("facets") disposed around its outer surface. Each facet is configured to receive one or more light emitting diodes ("LEDs") in a linear or non-linear array. Each facet can be integral to the member or coupled to the member. The channel is configured to transfer heat generated by the LEDs through convection. Fins can be disposed within the channel, extending from the inner surface of the member to an inner channel. The fins are configured to transfer heat away from, and provide a greater surface area for convecting heat away from, the member. For example, one or both of the channels can transfer heat by a venturi effect.

**20 Claims, 5 Drawing Sheets**





100
110
110a
110ab
110ac
110b
110ba
110c
110d
110da
110db
105
105a
111

FIG. 1



FIG. 2



110
305
110ab
105a
105
111
110a
110b
110ba
110c
111
110db
105a
105
310
110ac

FIG. 3



400
403
405a
110
405
410
110a
110e
105
110db
405b
110aa
110c
110b
110e
110db
105
405a
405
410
FIG. 4



500
110
110a
105
110c
110b
505a
505
110d
111
110db
505b
510
520
105

FIG. 5

# HEAT MANAGEMENT FOR A LIGHT FIXTURE WITH AN ADJUSTABLE OPTICAL DISTRIBUTION

## RELATED APPLICATION

This patent application is a continuation of U.S. patent application Ser. No. 12/183,490 filed on Jul. 31, 2008, now U.S. Pat. No. 7,874,700 which claims priority under 35 U.S.C. §119 to U.S. Provisional Patent Application No. 60/994,371, titled "Flexible Light Emitting Diode Optical Distribution," filed Sep. 19, 2007. In addition, this patent application is related to U.S. patent application Ser. No. 12/183,499 titled "Light Fixture With An Adjustable Optical Distribution," filed Jul. 31, 2008. The complete disclosure of each of the foregoing priority and related applications is hereby fully incorporated herein by reference.

## TECHNICAL FIELD

The invention relates generally to light fixtures and more particularly to light fixtures with adjustable optical distributions.

## BACKGROUND

A luminaire is a system for producing, controlling, and/or distributing light for illumination. For example, a luminaire includes a system that outputs or distributes light into an environment, thereby allowing certain items in that environment to be visible. Luminaires are used in indoor or outdoor applications.

A typical luminaire includes one or more light emitting elements, one or more sockets, connectors, or surfaces configured to position and connect the light emitting elements to a power supply, an optical device configured to distribute light from the light emitting elements, and mechanical components for supporting or suspending the luminaire. Luminaires are sometimes referred to as "lighting fixtures" or as "light fixtures." A light fixture that has a socket, connector, or surface configured to receive a light emitting element, but no light emitting element installed therein, is still considered a luminaire. That is, a light fixture lacking some provision for full operability may still fit the definition of a luminaire. The term "light emitting element" is used herein to refer to any device configured to emit light, such as a lamp or a light-emitting diode ("LED").

Optical devices are configured to direct light energy emitted by light emitting elements into one or more desired areas. For example, optical devices may direct light energy through reflection, diffusion, baffling, refraction, or transmission through a lens. Lamp placement within the light fixture also plays a significant role in determining light distribution. For example, a horizontal lamp orientation typically produces asymmetric light distribution patterns, and a vertical lamp orientation typically produces a symmetric light distribution pattern.

Different lighting applications require different optical distributions. For example, a lighting application in a large, open environment may require a symmetric, square distribution that produces a wide, symmetrical pattern of uniform light. Another lighting application in a smaller or narrower environment may require a non-square distribution that produces a focused pattern of light. For example, the amount and direction of light required from a light fixture used on a street pole depends on the location of the pole and the intended environment to be illuminated.

Traditional light fixtures are configured to only output light in a single, predetermined distribution. To change an optical distribution in a given environment, a person must uninstall an existing light fixture and install a new light fixture with a different optical configuration. These steps are cumbersome, time consuming, and expensive.

Therefore, a need exists in the art for an improved means for adjusting optical distribution of a light fixture. In particular, a need exists in the art for efficient, user-friendly, and cost-effective systems and methods for adjusting light emitting diode optical distribution of a light fixture.

## SUMMARY

The invention provides an improved means for adjusting optical distribution of a light fixture. In particular, the invention provides a light fixture with an adjustable optical distribution. The light fixture can be used in indoor and/or outdoor applications.

The light fixture includes a member having multiple surfaces disposed at least partially around a channel extending through the member. The member can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member can have a frusto-conical or cylindrical shape.

Each surface is configured to receive at least one LED. For example, each surface can receive one or more LEDs in a linear or non-linear array. Each surface can be integral to the member or coupled thereto. For example, the surfaces can be formed on the member via molding, casting, extrusion, or die-based material processing. Alternatively, the surfaces can be mounted or attached to the member by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other fastening means.

Each LED can be removably coupled to a respective one of the surfaces. For example, each LED can be mounted to its respective surface via a substrate that includes one or more sheets of ceramic, metal, laminate, or another material. The optical distribution of the light fixture can be adjusted by changing the output direction and/or intensity of one or more of the LEDs. In other words, the optical distribution of the light fixture can be adjusted by mounting additional LEDs to certain surfaces, removing LEDs from certain surfaces, and/or by changing the position and/or configuration of one or more of the LEDs across the surfaces or along particular surfaces. For example, one or more of the LEDs can be repositioned along a different surface, repositioned in a different location along the same surface, removed from the member, or reconfigured to have a different level of electric power to adjust the optical distribution of the light fixture. A given light fixture can be adjusted to have any number of optical distributions. Thus, the light fixture provides flexibility in establishing and adjusting optical distribution.

As a byproduct of converting electricity into light, LEDs generate a substantial amount of heat. The member can be configured to manage heat output by the LEDs. Specifically, the channel extending through the member is configured to transfer the heat output from the LEDs by convection. Heat from the LEDs is transferred to the surfaces by conduction and to the channel, which convects the heat away. For example, the channel can transfer heat by the venturi effect.

The shape of the channel can correspond to the shape of the member. For example, if the member has a frusto-conical shape, the channel can have a wide top end and a narrower bottom end. Alternatively, the shape of the channel can be independent of the shape of the member.

Fins can be disposed within the channel to assist with the heat transfer. For example, the fins can extend from the surfaces into the channel, towards a core region of the member. The core region can include a point where the fins converge. In addition, or in the alternative, the core region can include a member disposed within and extending along the channel and having a shape defining a second, inner channel that extends through the member. The fins can be configured to transfer heat by conduction from the facets to the inner channel. Like the outer channel, the inner channel can be configured to transfer at least a portion of that heat through convection. This air movement assists in dissipating heat generated by the LEDs.

These and other aspects, features and embodiments of the invention will become apparent to a person of ordinary skill in the art upon consideration of the following detailed description of illustrated embodiments exemplifying the best mode for carrying out the invention as presently perceived.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and the advantages thereof, reference is now made to the following description, in conjunction with the accompanying figures briefly described as follows.

FIG. **1** is a perspective view of a light fixture with an optical distribution capable of being adjusted, according to certain exemplary embodiments.

FIG. **2** is another perspective view of the exemplary light fixture of FIG. **1**, wherein the light fixture has a different optical distribution than that illustrated in FIG. **1**.

FIG. **3** is a side elevational view of a light fixture with an optical distribution capable of being adjusted, according to certain alternative exemplary embodiments.

FIG. **4** is a cross-sectional side view of a light fixture with an optical distribution capable of being adjusted, according to another alternative exemplary embodiment.

FIG. **5** is a perspective view of a light fixture with an optical distribution capable of being adjusted, according to yet another alternative exemplary embodiment.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

The present invention is directed to systems for adjusting optical distribution of a light fixture. In particular, the invention provides efficient, user-friendly, and cost-effective systems for adjusting optical distribution of a light fixture. The term "optical distribution" is used herein to refer to the spatial or geographic dispersion of light within an environment, including a relative intensity of the light within one or more regions of the environment.

Turning now to the drawings, in which like numerals indicate like elements throughout the figures, exemplary embodiments of the invention are described in detail. FIG. **1** is a perspective view of a light fixture **100** with an optical distribution capable of being adjusted, according to certain exemplary embodiments. FIG. **2** is another perspective view of the light fixture **100**, wherein the light fixture **100** has a different optical distribution than that illustrated in FIG. **1**. With reference to FIGS. **1** and **2**, the light fixture **100** is an electrical device configured to create artificial light or illumination in an indoor and/or outdoor environment. For example, the light fixture **100** is suited for mounting to a pole (not shown) or similar structure, for use as a street light.

In the exemplary embodiments depicted in FIGS. **1** and **2**, the light fixture **100** is configured to create artificial light or illumination via one or more LEDs **105**. Each LED **105** is mounted to an outer surface **111** of a housing **110**. The housing **110** includes a top end **110***a* and a bottom end **110***b*. Each end **110***a* and **110***b* includes an aperture **110***aa* (FIG. **4**) and **110***ba*, respectively. A channel **110***c* extends through the housing **110** and connects the apertures **110***aa* and **110***ba*. The top end **110***a* includes a substantially round top surface **110***ab* disposed around the channel **110***c*. A mounting member **111***ac* extends outward from the top surface **110***ab*, in a direction away from the channel **110***c*. The mounting member **110***ac* is configured to be coupled to the pole, for mounting the light fixture **100** thereto.

In certain exemplary embodiments, a light-sensitive photocell **310** is coupled to the mounting member **110***ac*. The photocell **310** is configured to change electrical resistance in a circuit that includes one or more of the LEDs **105**, based on incident light intensity. For example, the photocell **310** can cause the LEDs **105** to output light at dusk but not to output light at dawn.

A member **110***d* extends downward from the top surface **110***ab*, around the channel **110***c*. The member **110***d* has a frusto-conical geometry, with a top end **110***da* and a bottom end **110***db* that has a diameter that is less than a diameter of the top end **110***da*. Each outer surface **111** includes a substantially flat, curved, angular, textured, recessed, protruding, bulbous, and/or other-shaped surface disposed along an outer perimeter of the member **110***d*. For simplicity, each outer surface **111** is referred to herein as a "facet." The LEDs **105** can be mounted to the facets **111** by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other means known to a person of ordinary skill in the art having the benefit of the present disclosure.

In the exemplary embodiments depicted in FIGS. **1** and **2**, the housing **110** includes twenty facets **111**. The number of facets **111** can vary depending on the size of the LEDs **105**, the size of the housing **110**, cost considerations, and other financial, operational, and/or environmental factors known to a person of ordinary skill in the art having the benefit of the present disclosure. As will be readily apparent to a person of ordinary skill in the art, a larger number of facets **111** corresponds to a higher level of flexibility in adjusting the optical distribution of the light fixture **100**. In particular, as described below, each facet **111** is configured to receive one or more LEDs **105** in one or more positions. The greater the number of facets **111** present on the member **110***d*, the greater the number of LED **105** positions, and thus optical distributions, available.

In the embodiments depicted in FIGS. **1** and **2**, the end **110***a* and member **110***d* are integral to the housing **110**, and the facets **111** are integral to the member **110***d*. In certain exemplary embodiments, the housing **110** and/or the end **110***a*, member **110***d*, and/or facets **111** thereof can be formed via molding, casting, extrusion, or die-based material processing. For example, the housing **110** and facets **111** can be comprised of die-cast aluminum. In certain alternative exemplary embodiments, the end **110***a*, member **110***d*, and/or facets **111** include separate components coupled together to form the housing **110**. For example, the facets **111** can be mounted or attached to the member **110***d* by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other attachment means known to a person of ordinary skill in the art having the benefit of the present disclosure.

Each facet **111** is configured to receive a column of one or more LEDs **105**. The term "column" is used herein to refer to an arrangement or a configuration whereby one or more LEDs **105** are disposed approximately in or along a line.

LEDs **105** in a column are not necessarily in perfect alignment with one another. For example, one or more LEDs **105** in a column might be slightly out of perfect alignment due to manufacturing tolerances or assembly deviations. In addition, LEDs **105** in a column might be purposely staggered in a non-linear arrangement. Each column extends along an axis of its associated facet **111**.

In certain exemplary embodiments, each LED **105** is mounted to its corresponding facet **111** via a substrate **105***a*. Each substrate **105***a* includes one or more sheets of ceramic, metal, laminate, or another material. Each LED **105** is attached to its respective substrate **105***a* by a solder joint, a plug, an epoxy or bonding line, or another suitable provision for mounting an electrical/optical device on a surface. Each substrate **105***a* is connected to support circuitry (not shown) or a driver (not shown) for supplying electrical power and control to the associated LED **105**. The support circuitry (not shown) includes one or more transistors, operational amplifiers, resistors, controllers, digital logic elements, or the like for controlling and powering the LED **105**.

In certain exemplary embodiments, the LEDs **105** include semiconductor diodes configured to emit incoherent light when electrically biased in a forward direction of a p-n junction. For example, each LED **105** can emit blue or ultraviolet light. The emitted light can excite a phosphor that in turn emits red-shifted light. The LEDs **105** and the phosphors can collectively emit blue and red-shifted light that essentially matches blackbody radiation. The emitted light approximates or emulates incandescent light to a human observer. In certain exemplary embodiments, the LEDs **105** and their associated phosphors emit substantially white light that may seem slightly blue, green, red, yellow, orange, or some other color or tint. Exemplary embodiments of the LEDs **105** can include indium gallium nitride ("InGaN") or gallium nitride ("GaN") for emitting blue light.

In certain exemplary embodiments, one or more of the LEDs **105** includes multiple LED elements (not shown) mounted together on a single substrate **105***a*. Each of the LED elements can produce the same or a distinct color of light. The LED elements can collectively produce substantially white light or light emulating a blackbody radiator. In certain exemplary embodiments, some of the LEDs **105** produce one color of light while others produce another color of light. Thus, in certain exemplary embodiments, the LEDs **105** provide a spatial gradient of colors.

In certain exemplary embodiments, optically transparent or clear material (not shown) encapsulates each LED **105** and/or LED element, either individually or collectively. This material provides environmental protection while transmitting light. For example, this material can include a conformal coating, a silicone gel, cured/curable polymer, adhesive, or some other material known to a person of ordinary skill in the art having the benefit of the present disclosure. In certain exemplary embodiments, phosphors configured to convert blue light to light of another color are coated onto or dispersed in the encapsulating material.

The optical distribution of the light fixture **100** depends on the positioning and configuration of the LEDs **105** within the facets **111**. For example, as illustrated in FIG. **1** and FIG. **3**, described below, positioning multiple LEDs **105** symmetrically along the outer perimeter of the member **110***d*, in a polar array, can create a type V symmetric distribution of light. Outdoor area and roadway luminaires are designed to distribute light over different areas, classified with designations I, II, III, IV, and V. Generally, type II distributions are wide, asymmetric light patterns used to light narrow roadways (i.e. 2 lanes) from the edge of the roadway. Type III asymmetric distributions are not quite as wide as type II distributions but throw light further forward for wider roadways (i.e. 3 lanes). Similarly, a type IV asymmetric distribution is not as wide as the type III distribution but distributes light further forward for wider roadways (4 lanes) or perimeters of parking lots. A type V distribution produces a symmetric light pattern directly below the luminaire, typically either a round or square pattern of light. For example, positioning LEDs **105** only in three adjacent facets **111** can create a type IV asymmetric distribution of light.

As illustrated in FIG. **2**, positioning multiple LEDs **105** in the same facet **111** increases directional intensity of the light relative to the facet **111** (as compared to a facet **111** with only one or no LEDs **105**). For example, positioning the LEDs **105** in a linear array **205** along the facet **111** increases directional intensity of the light substantially normal to the axis of the facet **111**. Directional intensity also can be adjusted by increasing or decreasing the electric power to one or more of the LEDs **105**. For example, overdriving one or more LEDs **105** increases the directional intensity of the light from the LEDs **105** in a direction normal to the corresponding facet **111**. Similarly, using LEDs **105** with different sizes and/or wattages can adjust directional intensity. For example, replacing an LED **105** with another LED **105** that has a higher wattage can increase the directional intensity of the light from the LEDs **105** in a direction normal to the corresponding facet **111**.

The optical distribution of the light fixture **100** can be adjusted by changing the output direction and/or intensity of one or more of the LEDs **105**. In other words, the optical distribution of the light fixture **100** can be adjusted by mounting additional LEDs **105** to the member **110***d*, removing LEDs **105** from the member **110***d*, and/or by changing the position and/or configuration of one or more of the LEDs **105**. For example, one or more of the LEDs **105** can be repositioned in a different facet **111**, repositioned in a different location within the same facet **111**, removed from the light fixture **100**, or reconfigured to have a different level of electric power. A given light fixture **100** can be adjusted to have any number of optical distributions.

For example, if a particular lighting application only requires light to be emitted towards one direction, LEDs **105** can be placed only on facets **111** corresponding to that direction. If the intensity of the emitted light in that direction is too low, the electric power to the LEDs **105** may be increased, and/or additional LEDs **105** may be added to those facets **111**. Similarly, if the intensity of the emitted light in that direction is too high, the electric power to the LEDs **105** may be decreased, and/or one or more of the LEDs **105** may be removed from the facets **111**. If the lighting application changes to require a larger beam spread of light in multiple directions, additional LEDs **105** can be placed on empty, adjacent facets **111**. In addition, the beam spread may be tightened by moving one or more of the LEDs **105** downward within their respective facets **111**, towards the bottom end **110***db*. Similarly, the beam spread may be broadened by moving one or more of the LEDs **105** upwards within their respective facets **111**, towards the top end **110***da*. Thus, the light fixture **100** provides flexibility in establishing and adjusting optical distribution.

Although illustrated in FIGS. **1** and **2** as having a frustoconical geometry, a person of ordinary skill in the art having the benefit of the present disclosure will recognize that the member **110***d* can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member **110***d* can have a cylindrical shape. Similarly, although illustrated as having a substantially vertical orientation, each

facet **111** may have any orientation, including, but not limited to, a horizontal or angular orientation, in certain alternative exemplary embodiments.

The level of light a typical LED **105** outputs depends, in part, upon the amount of electrical current supplied to the LED **105** and upon the operating temperature of the LED **105**. Thus, the intensity of light emitted by an LED **105** changes when electrical current is constant and the LED's **105** temperature varies or when electrical current varies and temperature remains constant, with all other things being equal. Operating temperature also impacts the usable lifetime of most LEDs **105**.

As a byproduct of converting electricity into light, LEDs **105** generate a substantial amount of heat that raises the operating temperature of the LEDs **105** if allowed to accumulate on the LEDs **105**, resulting in efficiency degradation and premature failure. The member **110***d* is configured to manage heat output by the LEDs **105**. Specifically, the frusto-conical shape of the member **110***d* creates a venturi effect, drawing air through the channel **110***c*. The air travels from the bottom end **110***db* of the member **110***d*, through the channel **110***c*, and out the top end **110***da*. This air movement assists in dissipating heat generated by the LEDs **105**. Specifically, the air dissipates the heat away from the member **110***d* and the LEDs **105** thereon. Thus, the member **110***d* acts as a heat sink for the LEDs **105** positioned within or along the facets **111**.

FIG. **3** is a side elevational view of a light fixture **300** with an optical distribution capable of being adjusted. The light fixture **300** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **300** includes a cover **305**. The cover **305** is an optically transmissive element that provides protection from dirt, dust, moisture, and the like. The cover **305** is disposed at least partially around the facets **111**, with a top end thereof being coupled to the top surface **110***ab* of the housing **110**. In certain exemplary embodiments, the cover **305** is configured to control light from the LEDs **105** via refraction, diffusion, or the like. For example, the cover **305** can include a refractor, a lens, an optic, or a milky plastic or glass element.

FIG. **4** is a cross-sectional side view of a light fixture **400** with an optical distribution capable of being adjusted, according to another alternative exemplary embodiment. Like the light fixture **300** of FIG. **3**, the light fixture **400** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **400** includes a cover **405**. The cover **405** includes an optically transmissive element **410** that provides protection from dirt, dust, moisture, and the like. The cover **405** is disposed at least partially around the facets **111**, with a top end **405***a* thereof being attached to a bottom surface **110***e* of the top end **110***a* of the housing **110**. For example, the top end **405***a* can be attached to one or more ledges **520** (shown in FIG. **5**) extending from the bottom surface **110***e* of the housing **110**. Another end **405***b* of the cover **405** is attached to the bottom end **110***db* of the member **110***d*. In certain exemplary embodiments, there is a sealing element (not shown) between the cover **405** and the member **110***d*, at one or more points of attachment. In certain exemplary embodiments, the cover **405** is configured to control light from the LEDs **105** via refraction, diffusion, or the like. For example, the cover **405** can include a refractor, a lens, an optic, or a milky plastic or glass element.

FIG. **5** is a perspective view of a light fixture **500** with an optical distribution capable of being adjusted, according to yet another alternative exemplary embodiment. The light fixture **500** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **500** includes one or more fins **505** acting as heat sinks for managing heat produced by the LEDs **105**. In certain exemplary embodiments, each fin **505** is associated with a facet **111** and includes an elongated member **505***a* that extends from an interior surface (of the member **110***d*) opposite its associated facet **111**, within the channel **110***c*, to a core region **505***b*. A channel **510** extends through the core region **505***b*, within the channel **110***c*. The fins **505** are spaced annularly around the channel **510**. Alternatively, one or more of the fins **505** can be independent of the facets **111** and can be positioned radially in a symmetrical or non-symmetrical pattern.

Heat transfers from the LEDs **105** via a heat-transfer path extending from the LEDs **105**, through the member **110***d*, and to the fins **505**. For example, the heat **105** from a particular LED **105** transfers from the substrate **105***a* of the LED **105** to its corresponding facet **111**, and from the facet **111** through the member **110***d* to the corresponding fin **505**. The fins **505** receive the conducted heat and transfer the conducted heat to the surrounding environment (typically air) via convection.

The channel **510** supports convection-based cooling. For example, as described above in connection with FIGS. **1** and **2**, the frusto-conical shape of the member **110***d* creates a venturi effect, drawing air through the channel **510**. The air travels from the bottom end **110***b* of the housing **110**, through the channel **510**, and out the top end **110***a*. This air movement assists in dissipating heat generated by the LEDs **105** away from the LEDs **105**. In certain alternative exemplary embodiments, the fins **505** converge within the channel **110***c* so that there is not an inner channel **510** within the channel **110***c*. In such an embodiment, the channel **110***c* supports convection-based cooling substantially as described above.

In the embodiment depicted in FIG. **5**, the fins **505** are integral to the member **110***d*. In certain exemplary embodiments, the fins **505** can be formed on the member **110***d* via molding, casting, extrusion, or die-based material processing. For example, the member **110***d* and fins **505** can be comprised of die-cast aluminum. Alternatively, the fins **505** can be mounted or attached to the member **110***d* by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other fastening means known to a person of ordinary skill in the art having the benefit of the present disclosure. Like the light fixtures **300** and **400** of FIGS. **3** and **4**, respectively, in certain alternative exemplary embodiments, the light fixture **500** can be modified to include a cover (not shown).

Although illustrated in FIG. **5** as having a frusto-conical geometry, a person of ordinary skill in the art having the benefit of the present disclosure will recognize that the member **110***d* can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member **110***d* can have a cylindrical shape.

Although specific embodiments of the invention have been described above in detail, the description is merely for purposes of illustration. It should be appreciated, therefore, that many aspects of the invention were described above by way of example only and are not intended as required or essential elements of the invention unless explicitly stated otherwise. Various modifications of, and equivalent steps corresponding to, the disclosed aspects of the exemplary embodiments, in addition to those described above, can be made by a person of ordinary skill in the art, having the benefit of this disclosure, without departing from the spirit and scope of the invention defined in the following claims, the scope of which is to be accorded the broadest interpretation so as to encompass such modifications and equivalent structures.

What is claimed is:

**1**. A light fixture, comprising:

a member comprising:

a top end comprising a first aperture;

a bottom end comprising a second aperture,

a channel extending from the first aperture to the second aperture and defined by an interior surface of the member;

a plurality of light emitting diodes (LEDs) disposed on the fixture adjacent to the channel, wherein at least one LED is located on one side of the channel and at least another LED is located on an opposite side of the channel;

wherein air enters the channel through the second aperture and exits the channel through the first aperture; and

wherein the LEDs transfer heat through the member to the air in the channel.

**2**. The light fixture of claim **1**, wherein the at least one LED and the at least another LED are positioned co-planar to each other.

**3**. The light fixture of claim **1**, further comprising a plurality of LED receiving surfaces, wherein the LED receiving surfaces are disposed at least partially around the channel.

**4**. The light fixture of claim **1**, further comprising a mounting member extending outwardly in a direction substantially orthogonal to a longitudinal axis of the channel.

**5**. The light fixture of claim **1**, wherein the member further comprises:

a core region extending centrally along at least a portion of the channel; and

one or more fins extending radially outward from the core region.

**6**. The light fixture of claim **1**, further comprising an optically transmissive cover disposed at least partially around the member.

**7**. The light fixture of claim **1**, wherein the plurality of LEDs are asymmetrically disposed about the channel and configured to emit an asymmetric light output.

**8**. The light fixture of claim **1**, further comprising

a driver electrically coupled to at least one of the plurality of LEDs to control the at least one of the plurality of LEDs; and

a photocell electrically coupled to the driver.

**9**. The light fixture of claim **1** further comprising a plurality of receiving surfaces, each receiving surface configured to receive at least one LED and wherein the plurality of receiving surfaces provide a plurality of different configuration for a positioning of the plurality of LEDs, each of the plurality of different configuration corresponding to a different optical distribution of the light fixture.

**10**. The light fixture of claim **9**, wherein the plurality of receiving surfaces are provided on an outer surface of the interior surface of the member.

**11**. The light fixture of claim **1**, wherein the second aperture is smaller than the first aperture.

**12**. A light fixture, comprising:

a member comprising:

an interior surface;

an exterior surface;

a first aperture disposed along a first end;

a second aperture disposed along a distal second end;

a channel extending from the first aperture to the second aperture and defined by the interior surface; and

a plurality of light emitting diodes (LEDs) positioned adjacent to the channel; wherein a first of the plurality of LEDs is disposed adjacent a first portion of the channel and a second of the plurality of LEDs is disposed adjacent a second portion of the channel different than the first portion; and

wherein air passes through the channel from the second aperture to the first aperture and transfers at least a portion of heat generated by the first LED and the second LED through the first aperture.

**13**. The light fixture of claim **12**, wherein the first LED and the second LED are positioned co-planar to each other.

**14**. The light fixture of claim **12**, further comprising a mounting member extending outwardly from the member in a direction away from a longitudinal axis of the channel.

**15**. The light fixture of claim **12**, wherein the heat is transferred from the first and second LED to the member by conduction; and

wherein the heat is transferred from the member through the channel with the air by convection.

**16**. The light fixture of claim **12**, wherein the first aperture has a first diameter and the second aperture has a second diameter and wherein the first and second diameters are different.

**17**. A light fixture, comprising:

a member comprising:

an interior surface

a first aperture;

a second distal aperture,

a channel through the member extending from the first aperture to the second aperture and defined by the interior surface of the member;

at least one first light emitting diode (LED) coupled adjacent a first side of the channel;

at least one second LED coupled adjacent a second side of the channel;

wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture.

**18**. The light fixture of claim **17**, wherein the second side of the channel is opposite the first side of the channel.

**19**. The light fixture of claim **17**, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect.

**20**. The light fixture of claim **17**, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection.

* * * * *

# EXHIBIT 2

US009163807B2

(12) United States Patent
Patrick

(10) Patent No.: US 9,163,807 B2
(45) Date of Patent: Oct. 20, 2015

(54) **HEAT MANAGEMENT FOR A LIGHT FIXTURE WITH AN ADJUSTABLE OPTICAL DISTRIBUTION**

(71) Applicant: **Cooper Technologies Company**, Houston, TX (US)

(72) Inventor: **Ellis W. Patrick**, Sharpsburg, GA (US)

(73) Assignee: **Cooper Technologies Company**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/605,880**

(22) Filed: **Jan. 26, 2015**

(65) **Prior Publication Data**

US 2015/0198308 A1 Jul. 16, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 13/600,790, filed on Aug. 31, 2012, now Pat. No. 8,939,608, which is a continuation of application No. 12/961,315, filed on Dec. 6, 2010, now Pat. No. 8,256,923, which is a continuation of application No. 12/183,490, filed on Jul. 31, 2008, now Pat. No. 7,874,700.

(60) Provisional application No. 60/994,371, filed on Sep. 19, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| ***F21V 14/02*** | (2006.01) |
| ***F21V 29/503*** | (2015.01) |
| ***F21V 29/83*** | (2015.01) |
| *F21Y 101/02* | (2006.01) |

(52) **U.S. Cl.**

CPC ............... ***F21V 14/02*** (2013.01); ***F21V 29/503*** (2015.01); ***F21V 29/83*** (2015.01); *F21Y 2101/02* (2013.01)

(58) **Field of Classification Search**

CPC ........ F21V 14/02; F21V 29/83; F21V 29/503

USPC .......................... 362/545, 226, 231, 247, 800

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,447,238 | A | 3/1923 | Crownfield |
| 1,711,478 | A | 4/1929 | Cromwell |
| 4,271,408 | A | 6/1981 | Teshima et al. |
| 5,673,997 | A | 10/1997 | Akiyama |
| 5,826,970 | A | 10/1998 | Keller et al. |
| 6,343,871 | B1 | 2/2002 | Yu |
| 6,448,900 | B1 | 9/2002 | Chen |
| 6,561,690 | B2 | 5/2003 | Balestriero et al. |
| 6,578,983 | B2 | 6/2003 | Holten |
| 6,682,211 | B2 | 1/2004 | English et al. |
| 7,048,412 | B2 | 5/2006 | Martin et al. |

(Continued)

*Primary Examiner* — Anne Hines

(74) *Attorney, Agent, or Firm* — King & Spalding LLP

(57) **ABSTRACT**

A light fixture includes a member having a substantially frusto-conical shape. A channel extends between a wide top end of the member and a narrower bottom end of the member. The member includes multiple surfaces ("facets") disposed around its outer surface. Each facet is configured to receive one or more light emitting diodes ("LEDs") in a linear or non-linear array. Each facet can be integral to the member or coupled to the member. The channel is configured to transfer heat generated by the LEDs through convection. Fins can be disposed within the channel, extending from the inner surface of the member to an inner channel. The fins are configured to transfer heat away from, and provide a greater surface area for convecting heat away from, the member. For example, one or both of the channels can transfer heat by a venturi effect.

**20 Claims, 5 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,242,028 | B2 | 7/2007 | Dry | |
| 7,568,817 | B2 | 8/2009 | Lee et al. | |
| 7,874,700 | B2 | 1/2011 | Patrick | |
| 8,100,556 | B2 | 1/2012 | Patrick | |
| 2004/0037088 | A1 * | 2/2004 | English et al. ................ | 362/545 |
| 2005/0030753 | A1 | 2/2005 | Tickner et al. | |
| 2005/0174780 | A1 | 8/2005 | Park | |
| 2008/0316755 | A1 | 12/2008 | Zheng et al. | |
| 2009/0040759 | A1 | 2/2009 | Zhang et al. | |
| 2009/0073688 | A1 | 3/2009 | Patrick et al. | |
| 2009/0073689 | A1 | 3/2009 | Patrick | |
| 2009/0244896 | A1 | 10/2009 | McGehee et al. | |
| 2009/0262530 | A1 | 10/2009 | Tickner et al. | |

* cited by examiner

U.S. Patent Oct. 20, 2015 Sheet 1 of 5 US 9,163,807 B2

110ab
110a
105a
105a
100
110ac
110da
105
110
105
110d
111
110b
110c
110db
110ba

FIG. 1

U.S. Patent Oct. 20, 2015 Sheet 2 of 5 US 9,163,807 B2

110ab
110a
100
105
110
205
205
111
110c
110d
110db
110db

FIG. 2



110
305
110ab
105a
105
111
110b
110ba
110a
110c
111
110db
105a
105
310
110ac

FIG. 3



400
403
405a
110
405
410
105
110a
110e
110db
405b
110aa
110c
110b
110e
110db
105
405a
405
410

FIG. 4

U.S. Patent Oct. 20, 2015 Sheet 5 of 5 US 9,163,807 B2

500
110
110a
105
110b
110c
505a
505
520
110d
111
111
111
110db
111
505b
105
111
510
520
111
520
111
520

FIG. 5

# HEAT MANAGEMENT FOR A LIGHT FIXTURE WITH AN ADJUSTABLE OPTICAL DISTRIBUTION

## RELATED APPLICATIONS

This patent application is a continuation of and claims priority to U.S. patent application Ser. No. 13/600,790 filed on Aug. 31, 2012 which is a continuation of and claims priority to U.S. patent application Ser. No. 12/961,315 filed on Dec. 6, 2010, which is a continuation of and claims priority under 35 U.S.C. §120 to U.S. patent application Ser. No. 12/183,490 filed on Jul. 31, 2008, which claims priority under 35 U.S.C. §119 to U.S. Provisional Patent Application No. 60/994,371, titled "Flexible Light Emitting Diode Optical Distribution," filed Sep. 19, 2007. In addition, this patent application is related to U.S. patent application Ser. No. 12/183,499 titled "Light Fixture With An Adjustable Optical Distribution," filed Jul. 31, 2008. The complete disclosure of each of the foregoing priority and related applications is hereby fully incorporated by reference herein.

## TECHNICAL FIELD

The invention relates generally to light fixtures and more particularly to light fixtures with adjustable optical distributions.

## BACKGROUND

A luminaire is a system for producing, controlling, and/or distributing light for illumination. For example, a luminaire includes a system that outputs or distributes light into an environment, thereby allowing certain items in that environment to be visible. Luminaires are used in indoor or outdoor applications.

A typical luminaire includes one or more light emitting elements, one or more sockets, connectors, or surfaces configured to position and connect the light emitting elements to a power supply, an optical device configured to distribute light from the light emitting elements, and mechanical components for supporting or suspending the luminaire. Luminaires are sometimes referred to as "lighting fixtures" or as "light fixtures." A light fixture that has a socket, connector, or surface configured to receive a light emitting element, but no light emitting element installed therein, is still considered a luminaire. That is, a light fixture lacking some provision for full operability may still fit the definition of a luminaire. The term "light emitting element" is used herein to refer to any device configured to emit light, such as a lamp or a light-emitting diode ("LED").

Optical devices are configured to direct light energy emitted by light emitting elements into one or more desired areas. For example, optical devices may direct light energy through reflection, diffusion, baffling, refraction, or transmission through a lens. Lamp placement within the light fixture also plays a significant role in determining light distribution. For example, a horizontal lamp orientation typically produces asymmetric light distribution patterns, and a vertical lamp orientation typically produces a symmetric light distribution pattern.

Different lighting applications require different optical distributions. For example, a lighting application in a large, open environment may require a symmetric, square distribution that produces a wide, symmetrical pattern of uniform light. Another lighting application in a smaller or narrower environment may require a non-square distribution that produces a focused pattern of light. For example, the amount and direction of light required from a light fixture used on a street pole depends on the location of the pole and the intended environment to be illuminated.

Traditional light fixtures are configured to only output light in a single, predetermined distribution. To change an optical distribution in a given environment, a person must uninstall an existing light fixture and install a new light fixture with a different optical configuration. These steps are cumbersome, time consuming, and expensive.

Therefore, a need exists in the art for an improved means for adjusting optical distribution of a light fixture. In particular, a need exists in the art for efficient, user-friendly, and cost-effective systems and methods for adjusting light emitting diode optical distribution of a light fixture.

## SUMMARY

The invention provides an improved means for adjusting optical distribution of a light fixture. In particular, the invention provides a light fixture with an adjustable optical distribution. The light fixture can be used in indoor and/or outdoor applications.

The light fixture includes a member having multiple surfaces disposed at least partially around a channel extending through the member. The member can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member can have a frusto-conical or cylindrical shape.

Each surface is configured to receive at least one LED. For example, each surface can receive one or more LEDs in a linear or non-linear array. Each surface can be integral to the member or coupled thereto. For example, the surfaces can be formed on the member via molding, casting, extrusion, or die-based material processing. Alternatively, the surfaces can be mounted or attached to the member by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other fastening means.

Each LED can be removably coupled to a respective one of the surfaces. For example, each LED can be mounted to its respective surface via a substrate that includes one or more sheets of ceramic, metal, laminate, or another material. The optical distribution of the light fixture can be adjusted by changing the output direction and/or intensity of one or more of the LEDs. In other words, the optical distribution of the light fixture can be adjusted by mounting additional LEDs to certain surfaces, removing LEDs from certain surfaces, and/or by changing the position and/or configuration of one or more of the LEDs across the surfaces or along particular surfaces. For example, one or more of the LEDs can be repositioned along a different surface, repositioned in a different location along the same surface, removed from the member, or reconfigured to have a different level of electric power to adjust the optical distribution of the light fixture. A given light fixture can be adjusted to have any number of optical distributions. Thus, the light fixture provides flexibility in establishing and adjusting optical distribution.

As a byproduct of converting electricity into light, LEDs generate a substantial amount of heat. The member can be configured to manage heat output by the LEDs. Specifically, the channel extending through the member is configured to transfer the heat output from the LEDs by convection. Heat from the LEDs is transferred to the surfaces by conduction and to the channel, which convects the heat away. For example, the channel can transfer heat by the venturi effect.

The shape of the channel can correspond to the shape of the member. For example, if the member has a frusto-conical

shape, the channel can have a wide top end and a narrower bottom end. Alternatively, the shape of the channel can be independent of the shape of the member.

Fins can be disposed within the channel to assist with the heat transfer. For example, the fins can extend from the surfaces into the channel, towards a core region of the member. The core region can include a point where the fins converge. In addition, or in the alternative, the core region can include a member disposed within and extending along the channel and having a shape defining a second, inner channel that extends through the member. The fins can be configured to transfer heat by conduction from the facets to the inner channel. Like the outer channel, the inner channel can be configured to transfer at least a portion of that heat through convection. This air movement assists in dissipating heat generated by the LEDs.

These and other aspects, features and embodiments of the invention will become apparent to a person of ordinary skill in the art upon consideration of the following detailed description of illustrated embodiments exemplifying the best mode for carrying out the invention as presently perceived.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and the advantages thereof, reference is now made to the following description, in conjunction with the accompanying figures briefly described as follows.

FIG. **1** is a perspective view of a light fixture with an optical distribution capable of being adjusted, according to certain exemplary embodiments.

FIG. **2** is another perspective view of the exemplary light fixture of FIG. **1**, wherein the light fixture has a different optical distribution than that illustrated in FIG. **1**.

FIG. **3** is a side elevational view of a light fixture with an optical distribution capable of being adjusted, according to certain alternative exemplary embodiments.

FIG. **4** is a cross-sectional side view of a light fixture with an optical distribution capable of being adjusted, according to another alternative exemplary embodiment.

FIG. **5** is a perspective view of a light fixture with an optical distribution capable of being adjusted, according to yet another alternative exemplary embodiment.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

The present invention is directed to systems for adjusting optical distribution of a light fixture. In particular, the invention provides efficient, user-friendly, and cost-effective systems for adjusting optical distribution of a light fixture. The term “optical distribution” is used herein to refer to the spatial or geographic dispersion of light within an environment, including a relative intensity of the light within one or more regions of the environment.

Turning now to the drawings, in which like numerals indicate like elements throughout the figures, exemplary embodiments of the invention are described in detail. FIG. **1** is a perspective view of a light fixture **100** with an optical distribution capable of being adjusted, according to certain exemplary embodiments. FIG. **2** is another perspective view of the light fixture **100**, wherein the light fixture **100** has a different optical distribution than that illustrated in FIG. **1**. With reference to FIGS. **1** and **2**, the light fixture **100** is an electrical device configured to create artificial light or illumination in an indoor and/or outdoor environment. For example, the light fixture **100** is suited for mounting to a pole (not shown) or similar structure, for use as a street light.

In the exemplary embodiments depicted in FIGS. **1** and **2**, the light fixture **100** is configured to create artificial light or illumination via one or more LEDs **105**. Each LED **105** is mounted to an outer surface **111** of a housing **110**. The housing **110** includes a top end **110*a*** and a bottom end **110*b***. Each end **110*a*** and **110*b*** includes an aperture **110*aa*** (FIGS. **4**) and **110*ba***, respectively. A channel **110*c*** extends through the housing **110** and connects the apertures **110*aa*** and **110*ba***. The top end **110*a*** includes a substantially round top surface **110*ab*** disposed around the channel **110*c***. A mounting member **111*ac*** extends outward from the top surface **110*ab***, in a direction away from the channel **110*c***. The mounting member **110*ac*** is configured to be coupled to the pole, for mounting the light fixture **100** thereto.

In certain exemplary embodiments, a light-sensitive photocell **310** is coupled to the mounting member **110*ac***. The photocell **310** is configured to change electrical resistance in a circuit that includes one or more of the LEDs **105**, based on incident light intensity. For example, the photocell **310** can cause the LEDs **105** to output light at dusk but not to output light at dawn.

A member **110*d*** extends downward from the top surface **110*ab***, around the channel **110*c***. The member **110*d*** has a frusto-conical geometry, with a top end **110*da*** and a bottom end **110*db*** that has a diameter that is less than a diameter of the top end **110*da***. Each outer surface **111** includes a substantially flat, curved, angular, textured, recessed, protruding, bulbous, and/or other-shaped surface disposed along an outer perimeter of the member **110*d***. For simplicity, each outer surface **111** is referred to herein as a “facet.” The LEDs **105** can be mounted to the facets **111** by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other means known to a person of ordinary skill in the art having the benefit of the present disclosure.

In the exemplary embodiments depicted in FIGS. **1** and **2**, the housing **110** includes twenty facets **111**. The number of facets **111** can vary depending on the size of the LEDs **105**, the size of the housing **110**, cost considerations, and other financial, operational, and/or environmental factors known to a person of ordinary skill in the art having the benefit of the present disclosure. As will be readily apparent to a person of ordinary skill in the art, a larger number of facets **111** corresponds to a higher level of flexibility in adjusting the optical distribution of the light fixture **100**. In particular, as described below, each facet **111** is configured to receive one or more LEDs **105** in one or more positions. The greater the number of facets **111** present on the member **110*d***, the greater the number of LED **105** positions, and thus optical distributions, available.

In the embodiments depicted in FIGS. **1** and **2**, the end **110*a*** and member **110*d*** are integral to the housing **110**, and the facets **111** are integral to the member **110*d***. In certain exemplary embodiments, the housing **110** and/or the end **110*a***, member **110*d***, and/or facets **111** thereof can be formed via molding, casting, extrusion, or die-based material processing. For example, the housing **110** and facets **111** can be comprised of die-cast aluminum. In certain alternative exemplary embodiments, the end **110*a***, member **110*d***, and/or facets **111** include separate components coupled together to form the housing **110**. For example, the facets **111** can be mounted or attached to the member **110*d*** by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other attachment means known to a person of ordinary skill in the art having the benefit of the present disclosure.

Each facet **111** is configured to receive a column of one or more LEDs **105**. The term "column" is used herein to refer to an arrangement or a configuration whereby one or more LEDs **105** are disposed approximately in or along a line. LEDs **105** in a column are not necessarily in perfect alignment with one another. For example, one or more LEDs **105** in a column might be slightly out of perfect alignment due to manufacturing tolerances or assembly deviations. In addition, LEDs **105** in a column might be purposely staggered in a non-linear arrangement. Each column extends along an axis of its associated facet **111**.

In certain exemplary embodiments, each LED **105** is mounted to its corresponding facet **111** via a substrate **105***a*. Each substrate **105***a* includes one or more sheets of ceramic, metal, laminate, or another material. Each LED **105** is attached to its respective substrate **105***a* by a solder joint, a plug, an epoxy or bonding line, or another suitable provision for mounting an electrical/optical device on a surface. Each substrate **105***a* is connected to support circuitry (not shown) or a driver (not shown) for supplying electrical power and control to the associated LED **105**. The support circuitry (not shown) includes one or more transistors, operational amplifiers, resistors, controllers, digital logic elements, or the like for controlling and powering the LED **105**.

In certain exemplary embodiments, the LEDs **105** include semiconductor diodes configured to emit incoherent light when electrically biased in a forward direction of a p-n junction. For example, each LED **105** can emit blue or ultraviolet light. The emitted light can excite a phosphor that in turn emits red-shifted light. The LEDs **105** and the phosphors can collectively emit blue and red-shifted light that essentially matches blackbody radiation. The emitted light approximates or emulates incandescent light to a human observer. In certain exemplary embodiments, the LEDs **105** and their associated phosphors emit substantially white light that may seem slightly blue, green, red, yellow, orange, or some other color or tint. Exemplary embodiments of the LEDs **105** can include indium gallium nitride ("InGaN") or gallium nitride ("GaN") for emitting blue light.

In certain exemplary embodiments, one or more of the LEDs **105** includes multiple LED elements (not shown) mounted together on a single substrate **105***a*. Each of the LED elements can produce the same or a distinct color of light. The LED elements can collectively produce substantially white light or light emulating a blackbody radiator. In certain exemplary embodiments, some of the LEDs **105** produce one color of light while others produce another color of light. Thus, in certain exemplary embodiments, the LEDs **105** provide a spatial gradient of colors.

In certain exemplary embodiments, optically transparent or clear material (not shown) encapsulates each LED **105** and/or LED element, either individually or collectively. This material provides environmental protection while transmitting light. For example, this material can include a conformal coating, a silicone gel, cured/curable polymer, adhesive, or some other material known to a person of ordinary skill in the art having the benefit of the present disclosure. In certain exemplary embodiments, phosphors configured to convert blue light to light of another color are coated onto or dispersed in the encapsulating material.

The optical distribution of the light fixture **100** depends on the positioning and configuration of the LEDs **105** within the facets **111**. For example, as illustrated in FIG. **1** and FIG. **3**, described below, positioning multiple LEDs **105** symmetrically along the outer perimeter of the member **110***d*, in a polar array, can create a type V symmetric distribution of light. Outdoor area and roadway luminaires are designed to distribute light over different areas, classified with designations I, II, III, IV, and V. Generally, type II distributions are wide, asymmetric light patterns used to light narrow roadways (i.e. 2 lanes) from the edge of the roadway. Type III asymmetric distributions are not quite as wide as type II distributions but throw light further forward for wider roadways (i.e. 3 lanes). Similarly, a type IV asymmetric distribution is not as wide as the type III distribution but distributes light further forward for wider roadways (**4** lanes) or perimeters of parking lots. A type V distribution produces a symmetric light pattern directly below the luminaire, typically either a round or square pattern of light. For example, positioning LEDs **105** only in three adjacent facets **111** can create a type IV asymmetric distribution of light.

As illustrated in FIG. **2**, positioning multiple LEDs **105** in the same facet **111** increases directional intensity of the light relative to the facet **111** (as compared to a facet **111** with only one or no LEDs **105**). For example, positioning the LEDs **105** in a linear array **205** along the facet **111** increases directional intensity of the light substantially normal to the axis of the facet **111**. Directional intensity also can be adjusted by increasing or decreasing the electric power to one or more of the LEDs **105**. For example, overdriving one or more LEDs **105** increases the directional intensity of the light from the LEDs **105** in a direction normal to the corresponding facet **111**. Similarly, using LEDs **105** with different sizes and/or wattages can adjust directional intensity. For example, replacing an LED **105** with another LED **105** that has a higher wattage can increase the directional intensity of the light from the LEDs **105** in a direction normal to the corresponding facet **111**.

The optical distribution of the light fixture **100** can be adjusted by changing the output direction and/or intensity of one or more of the LEDs **105**. In other words, the optical distribution of the light fixture **100** can be adjusted by mounting additional LEDs **105** to the member **110***d*, removing LEDs **105** from the member **110***d*, and/or by changing the position and/or configuration of one or more of the LEDs **105**. For example, one or more of the LEDs **105** can be repositioned in a different facet **111**, repositioned in a different location within the same facet **111**, removed from the light fixture **100**, or reconfigured to have a different level of electric power. A given light fixture **100** can be adjusted to have any number of optical distributions.

For example, if a particular lighting application only requires light to be emitted towards one direction, LEDs **105** can be placed only on facets **111** corresponding to that direction. If the intensity of the emitted light in that direction is too low, the electric power to the LEDs **105** may be increased, and/or additional LEDs **105** may be added to those facets **111**. Similarly, if the intensity of the emitted light in that direction is too high, the electric power to the LEDs **105** may be decreased, and/or one or more of the LEDs **105** may be removed from the facets **111**. If the lighting application changes to require a larger beam spread of light in multiple directions, additional LEDs **105** can be placed on empty, adjacent facets **111**. In addition, the beam spread may be tightened by moving one or more of the LEDs **105** downward within their respective facets **111**, towards the bottom end **110***db*. Similarly, the beam spread may be broadened by moving one or more of the LEDs **105** upwards within their respective facets **111**, towards the top end **110***da*. Thus, the light fixture **100** provides flexibility in establishing and adjusting optical distribution.

Although illustrated in FIGS. **1** and **2** as having a frustoconical geometry, a person of ordinary skill in the art having the benefit of the present disclosure will recognize that the

member **110***d* can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member **110***d* can have a cylindrical shape. Similarly, although illustrated as having a substantially vertical orientation, each facet **111** may have any orientation, including, but not limited to, a horizontal or angular orientation, in certain alternative exemplary embodiments.

The level of light a typical LED **105** outputs depends, in part, upon the amount of electrical current supplied to the LED **105** and upon the operating temperature of the LED **105**. Thus, the intensity of light emitted by an LED **105** changes when electrical current is constant and the LED's **105** temperature varies or when electrical current varies and temperature remains constant, with all other things being equal. Operating temperature also impacts the usable lifetime of most LEDs **105**.

As a byproduct of converting electricity into light, LEDs **105** generate a substantial amount of heat that raises the operating temperature of the LEDs **105** if allowed to accumulate on the LEDs **105**, resulting in efficiency degradation and premature failure. The member **110***d* is configured to manage heat output by the LEDs **105**. Specifically, the frusto-conical shape of the member **110***d* creates a venturi effect, drawing air through the channel **110***c*. The air travels from the bottom end **110***db* of the member **110***d*, through the channel **110***c*, and out the top end **110***da*. This air movement assists in dissipating heat generated by the LEDs **105**. Specifically, the air dissipates the heat away from the member **110***d* and the LEDs **105** thereon. Thus, the member **110***d* acts as a heat sink for the LEDs **105** positioned within or along the facets **111**.

FIG. **3** is a side elevational view of a light fixture **300** with an optical distribution capable of being adjusted. The light fixture **300** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **300** includes a cover **305**. The cover **305** is an optically transmissive element that provides protection from dirt, dust, moisture, and the like. The cover **305** is disposed at least partially around the facets **111**, with a top end thereof being coupled to the top surface **110***ab* of the housing **110**. In certain exemplary embodiments, the cover **305** is configured to control light from the LEDs **105** via refraction, diffusion, or the like. For example, the cover **305** can include a refractor, a lens, an optic, or a milky plastic or glass element.

FIG. **4** is a cross-sectional side view of a light fixture **400** with an optical distribution capable of being adjusted, according to another alternative exemplary embodiment. Like the light fixture **300** of FIG. **3**, the light fixture **400** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **400** includes a cover **405**. The cover **405** includes an optically transmissive element **410** that provides protection from dirt, dust, moisture, and the like. The cover **405** is disposed at least partially around the facets **111**, with a top end **405***a* thereof being attached to a bottom surface **110***e* of the top end **110***a* of the housing **110**. For example, the top end **405***a* can be attached to one or more ledges **520** (shown in FIG. **5**) extending from the bottom surface **110***e* of the housing **110**. Another end **405***b* of the cover **405** is attached to the bottom end **110***db* of the member **110***d*. In certain exemplary embodiments, there is a sealing element (not shown) between the cover **405** and the member **110***d*, at one or more points of attachment. In certain exemplary embodiments, the cover **405** is configured to control light from the LEDs **105** via refraction, diffusion, or the like. For example, the cover **405** can include a refractor, a lens, an optic, or a milky plastic or glass element.

FIG. **5** is a perspective view of a light fixture **500** with an optical distribution capable of being adjusted, according to yet another alternative exemplary embodiment. The light fixture **500** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **500** includes one or more fins **505** acting as heat sinks for managing heat produced by the LEDs **105**. In certain exemplary embodiments, each fin **505** is associated with a facet **111** and includes an elongated member **505***a* that extends from an interior surface (of the member **110***d*) opposite its associated facet **111**, within the channel **110***c*, to a core region **505***b*. A channel **510** extends through the core region **505***b*, within the channel **110***c*. The fins **505** are spaced annularly around the channel **510**. Alternatively, one or more of the fins **505** can be independent of the facets **111** and can be positioned radially in a symmetrical or non-symmetrical pattern.

Heat transfers from the LEDs **105** via a heat-transfer path extending from the LEDs **105**, through the member **110***d*, and to the fins **505**. For example, the heat **105** from a particular LED **105** transfers from the substrate **105***a* of the LED **105** to its corresponding facet **111**, and from the facet **111** through the member **110***d* to the corresponding fin **505**. The fins **505** receive the conducted heat and transfer the conducted heat to the surrounding environment (typically air) via convection.

The channel **510** supports convection-based cooling. For example, as described above in connection with FIGS. **1** and **2**, the frusto-conical shape of the member **110***d* creates a venturi effect, drawing air through the channel **510**. The air travels from the bottom end **110***b* of the housing **110**, through the channel **510**, and out the top end **110***a*. This air movement assists in dissipating heat generated by the LEDs **105** away from the LEDs **105**. In certain alternative exemplary embodiments, the fins **505** converge within the channel **110***c* so that there is not an inner channel **510** within the channel **110***c*. In such an embodiment, the channel **110***c* supports convection-based cooling substantially as described above.

In the embodiment depicted in FIG. **5**, the fins **505** are integral to the member **110***d*. In certain exemplary embodiments, the fins **505** can be formed on the member **110***d* via molding, casting, extrusion, or die-based material processing. For example, the member **110***d* and fins **505** can be comprised of die-cast aluminum. Alternatively, the fins **505** can be mounted or attached to the member **110***d* by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other fastening means known to a person of ordinary skill in the art having the benefit of the present disclosure. Like the light fixtures **300** and **400** of FIGS. **3** and **4**, respectively, in certain alternative exemplary embodiments, the light fixture **500** can be modified to include a cover (not shown).

Although illustrated in FIG. **5** as having a frusto-conical geometry, a person of ordinary skill in the art having the benefit of the present disclosure will recognize that the member **110***d* can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member **110***d* can have a cylindrical shape.

Although specific embodiments of the invention have been described above in detail, the description is merely for purposes of illustration. It should be appreciated, therefore, that many aspects of the invention were described above by way of example only and are not intended as required or essential elements of the invention unless explicitly stated otherwise. Various modifications of, and equivalent steps corresponding to, the disclosed aspects of the exemplary embodiments, in addition to those described above, can be made by a person of ordinary skill in the art, having the benefit of this disclosure, without departing from the spirit and scope of the invention defined in the following claims, the scope of which is to be

accorded the broadest interpretation so as to encompass such modifications and equivalent structures.

What is claimed is:

**1**. A light fixture, comprising:

a member comprising:

an interior surface of the member;

an exterior surface of the member;

a first aperture disposed along a top end of the member;

a second aperture disposed along a bottom end of the member;

a channel extending from the first aperture to the second aperture and defined by the interior surface;

a plurality of receiving surfaces that are removably coupled to the exterior surface of the member, wherein each receiving surface is configured to receive one or more light emitting diodes (LEDs) that are removably coupled to the respective receiving surface, wherein a position of the one or more LEDs can be changed to modify an optical distribution of the light fixture; and

wherein the channel is configured to permit air to pass therethrough from the second aperture to the first aperture and to transfer heat generated by the one or more LEDs.

**2**. The light fixture of claim **1**, wherein at least one receiving surface of the plurality of receiving surfaces is curved.

**3**. The light fixture of claim **1**, wherein at least one receiving surface of the plurality of receiving surfaces is textured.

**4**. The light fixture of claim **1**, wherein at least one receiving surface of the plurality of receiving surfaces is protruded.

**5**. The light fixture of claim **1**, wherein at least one receiving surface of the plurality of receiving surfaces is recessed.

**6**. The light fixture of claim **1**, wherein at least one receiving surface of the plurality of receiving surfaces is bulbous.

**7**. A light fixture, comprising:

a member comprising:

an interior surface;

an exterior surface;

a first aperture disposed along a top end of the member;

a second aperture disposed along a bottom end of the member;

a first channel extending from the first aperture to the second aperture and defined by the interior surface;

the exterior surface comprising a plurality of receiving surfaces, wherein each receiving surface comprises a plurality of removably coupled light emitting diodes (LEDs); and

a plurality of elongated members coupled to the member, wherein the elongated members extend from the interior surface to a central member disposed within and extending along the first channel and having a shape defining a second channel.

**8**. The light fixture of claim **7**, wherein air passes through the first channel and the second channel and transfers heat generated by the plurality of LEDs.

**9**. The light fixture of claim **7**, wherein the plurality of LEDs is configured symmetrically in a polar array to generate light having a type V symmetric optical distribution.

**10**. The light fixture of claim **7**, wherein a first LED of the plurality of LEDs is removed from one of the plurality of receiving surfaces to generate light having a first optical distribution.

**11**. The light fixture of claim **7**, wherein a second LED is attached to one of the plurality of receiving surfaces in addition to the plurality of LEDs to the generate light having a second optical distribution.

**12**. The light fixture of claim **7**, wherein a position of one of the plurality of LEDs is rearranged to generate light having a third optical distribution.

**13**. The light fixture of claim **7**, wherein an optically transmissive cover is disposed about the first member.

**14**. A light fixture comprising:

a member comprising:

an exterior surface;

an interior surface;

a first aperture disposed along a top end of the member;

a second aperture disposed along a bottom end of the member, and a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface;

at least one first light emitting diode (LED) coupled to a first facet of the exterior surface; and

at least one second LED coupled to a second facet of the exterior surface, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture.

**15**. The light fixture of claim **14**, wherein the first and second LEDs are removably coupled to the exterior surface.

**16**. The light fixture of claim **14**, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect.

**17**. The light fixture of claim **14**, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member.

**18**. The light fixture of claim **14**, wherein a perimeter of the first aperture is larger than a perimeter of the second aperture.

**19**. The light fixture of claim **14**, wherein an optically transmissive cover is disposed about the first member.

**20**. The light fixture of claim **14**, wherein the first and second LEDs are configured to be moved to change an optical distribution.

* * * * *

# EXHIBIT 3

US007874700B2

(12) **United States Patent**
**Patrick**

(10) **Patent No.: US 7,874,700 B2**
(45) **Date of Patent: *Jan. 25, 2011**

(54) **HEAT MANAGEMENT FOR A LIGHT FIXTURE WITH AN ADJUSTABLE OPTICAL DISTRIBUTION**

(75) Inventor: **Ellis W. Patrick**, Sharpsburg, GA (US)

(73) Assignee: **Cooper Technologies Company**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 262 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/183,490**

(22) Filed: **Jul. 31, 2008**

(65) **Prior Publication Data**

US 2009/0073689 A1 Mar. 19, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/994,371, filed on Sep. 19, 2007.

(51) **Int. Cl.**
***F21S 4/00*** (2006.01)
***F21V 21/00*** (2006.01)
***F21V 29/00*** (2006.01)
***F21V 29/02*** (2006.01)

(52) **U.S. Cl.** .................. **362/249.02**; 362/218; 362/294; 362/373

(58) **Field of Classification Search** ................. 362/218, 362/294, 373, 249.02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,271,408 A 6/1981 Teshima et al.
6,448,900 B1 9/2002 Chen
6,561,690 B2 5/2003 Balestriero et al.
6,682,211 B2 1/2004 English et al.
7,048,412 B2 5/2006 Martin et al.
7,144,135 B2 * 12/2006 Martin et al. ............... 362/294
7,242,028 B2 7/2007 Dry
7,440,280 B2 * 10/2008 Shuy .......................... 361/701
7,568,817 B2 8/2009 Lee et al.
7,593,229 B2 * 9/2009 Shuy .......................... 361/705
7,651,253 B2 * 1/2010 Shuy .......................... 362/547
2005/0174780 A1 8/2005 Park
2008/0316755 A1 12/2008 Zheng et al.
2009/0040759 A1 2/2009 Zhang et al.
2009/0073688 A1 3/2009 Patrick et al.
2009/0073689 A1 3/2009 Patrick
2009/0244896 A1 10/2009 McGehee et al.
2009/0262530 A1 10/2009 Tickner et al.

* cited by examiner

*Primary Examiner*—Sandra L O Shea
*Assistant Examiner*—James W Cranson
(74) *Attorney, Agent, or Firm*—King & Spalding LLP

(57) **ABSTRACT**

A light fixture includes a member having a substantially frusto-conical shape. A channel extends between a wide top end of the member and a narrower bottom end of the member. The member includes multiple surfaces ("facets") disposed around its outer surface. Each facet is configured to receive one or more light emitting diodes ("LEDs") in a linear or non-linear array. Each facet can be integral to the member or coupled to the member. The channel is configured to transfer heat generated by the LEDs through convection. Fins can be disposed within the channel, extending from the inner surface of the member to an inner channel. The fins are configured to transfer heat away from, and provide a greater surface area for convecting heat away from, the member. For example, one or both of the channels can transfer heat by a venturi effect.

**25 Claims, 5 Drawing Sheets**



U.S. Patent Jan. 25, 2011 Sheet 1 of 5 US 7,874,700 B2

110ab
110a
105a
105a
110ac
110da
105
110
105
110d
111
110b
110c
110db
110ba

FIG. 1

U.S. Patent Jan. 25, 2011 Sheet 2 of 5 US 7,874,700 B2

110ab
110a
105
110
205
205
111
110c
110d
110db
110db

FIG. 2



110
305
110ab
105a
105
111
110b
110a
110ba
110c
111
110db
105a
105
310
110ac

FIG. 3



110
405a
405
410
403
110a
105
110e
110db
405b
110aa
110c
110b
110e
110db
105
405a
405
410
FIG. 4

U.S. Patent Jan. 25, 2011 Sheet 5 of 5 US 7,874,700 B2

110a
110
110db
520
110d
111
105
111
111
110b
111
111
111
105
520
110c
505a
505
520
520
505b
510

FIG. 5

# HEAT MANAGEMENT FOR A LIGHT FIXTURE WITH AN ADJUSTABLE OPTICAL DISTRIBUTION

## RELATED APPLICATION

This patent application claims priority under 35 U.S.C. §119 to U.S. Provisional Patent Application No. 60/994,371, titled "Flexible Light Emitting Diode Optical Distribution," filed Sep. 19, 2007. In addition, this patent application is related to U.S. patent application Ser. No. 12/183,499, titled "Light Fixture With An Adjustable Optical Distribution," filed Jul. 31, 2008. The complete disclosure of each of the foregoing priority and related applications is hereby fully incorporated herein by reference.

## TECHNICAL FIELD

The invention relates generally to light fixtures and more particularly to light fixtures with adjustable optical distributions.

## BACKGROUND

A luminaire is a system for producing, controlling, and/or distributing light for illumination. For example, a luminaire includes a system that outputs or distributes light into an environment, thereby allowing certain items in that environment to be visible. Luminaires are used in indoor or outdoor applications.

A typical luminaire includes one or more light emitting elements, one or more sockets, connectors, or surfaces configured to position and connect the light emitting elements to a power supply, an optical device configured to distribute light from the light emitting elements, and mechanical components for supporting or suspending the luminaire. Luminaires are sometimes referred to as "lighting fixtures" or as "light fixtures." A light fixture that has a socket, connector, or surface configured to receive a light emitting element, but no light emitting element installed therein, is still considered a luminaire. That is, a light fixture lacking some provision for full operability may still fit the definition of a luminaire. The term "light emitting element" is used herein to refer to any device configured to emit light, such as a lamp or a light-emitting diode ("LED").

Optical devices are configured to direct light energy emitted by light emitting elements into one or more desired areas. For example, optical devices may direct light energy through reflection, diffusion, baffling, refraction, or transmission through a lens. Lamp placement within the light fixture also plays a significant role in determining light distribution. For example, a horizontal lamp orientation typically produces asymmetric light distribution patterns, and a vertical lamp orientation typically produces a symmetric light distribution pattern.

Different lighting applications require different optical distributions. For example, a lighting application in a large, open environment may require a symmetric, square distribution that produces a wide, symmetrical pattern of uniform light. Another lighting application in a smaller or narrower environment may require a non-square distribution that produces a focused pattern of light. For example, the amount and direction of light required from a light fixture used on a street pole depends on the location of the pole and the intended environment to be illuminated.

Traditional light fixtures are configured to only output light in a single, predetermined distribution. To change an optical distribution in a given environment, a person must uninstall an existing light fixture and install a new light fixture with a different optical configuration. These steps are cumbersome, time consuming, and expensive.

Therefore, a need exists in the art for an improved means for adjusting optical distribution of a light fixture. In particular, a need exists in the art for efficient, user-friendly, and cost-effective systems and methods for adjusting light emitting diode optical distribution of a light fixture.

## SUMMARY

The invention provides an improved means for adjusting optical distribution of a light fixture. In particular, the invention provides a light fixture with an adjustable optical distribution. The light fixture can be used in indoor and/or outdoor applications.

The light fixture includes a member having multiple surfaces disposed at least partially around a channel extending through the member. The member can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member can have a frusto-conical or cylindrical shape.

Each surface is configured to receive at least one LED. For example, each surface can receive one or more LEDs in a linear or non-linear array. Each surface can be integral to the member or coupled thereto. For example, the surfaces can be formed on the member via molding, casting, extrusion, or die-based material processing. Alternatively, the surfaces can be mounted or attached to the member by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other fastening means.

Each LED can be removably coupled to a respective one of the surfaces. For example, each LED can be mounted to its respective surface via a substrate that includes one or more sheets of ceramic, metal, laminate, or another material. The optical distribution of the light fixture can be adjusted by changing the output direction and/or intensity of one or more of the LEDs. In other words, the optical distribution of the light fixture can be adjusted by mounting additional LEDs to certain surfaces, removing LEDs from certain surfaces, and/or by changing the position and/or configuration of one or more of the LEDs across the surfaces or along particular surfaces. For example, one or more of the LEDs can be repositioned along a different surface, repositioned in a different location along the same surface, removed from the member, or reconfigured to have a different level of electric power to adjust the optical distribution of the light fixture. A given light fixture can be adjusted to have any number of optical distributions. Thus, the light fixture provides flexibility in establishing and adjusting optical distribution.

As a byproduct of converting electricity into light, LEDs generate a substantial amount of heat. The member can be configured to manage heat output by the LEDs. Specifically, the channel extending through the member is configured to transfer the heat output from the LEDs by convection. Heat from the LEDs is transferred to the surfaces by conduction and to the channel, which convects the heat away. For example, the channel can transfer heat by the venturi effect.

The shape of the channel can correspond to the shape of the member. For example, if the member has a frusto-conical shape, the channel can have a wide top end and a narrower bottom end. Alternatively, the shape of the channel can be independent of the shape of the member.

Fins can be disposed within the channel to assist with the heat transfer. For example, the fins can extend from the surfaces into the channel, towards a core region of the member.

The core region can include a point where the fins converge. In addition, or in the alternative, the core region can include a member disposed within and extending along the channel and having a shape defining a second, inner channel that extends through the member. The fins can be configured to transfer heat by conduction from the facets to the inner channel. Like the outer channel, the inner channel can be configured to transfer at least a portion of that heat through convection. This air movement assists in dissipating heat generated by the LEDs.

These and other aspects, features and embodiments of the invention will become apparent to a person of ordinary skill in the art upon consideration of the following detailed description of illustrated embodiments exemplifying the best mode for carrying out the invention as presently perceived.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and the advantages thereof, reference is now made to the following description, in conjunction with the accompanying figures briefly described as follows.

FIG. **1** is a perspective view of a light fixture with an optical distribution capable of being adjusted, according to certain exemplary embodiments.

FIG. **2** is another perspective view of the exemplary light fixture of FIG. **1**, wherein the light fixture has a different optical distribution than that illustrated in FIG. **1**.

FIG. **3** is a side elevational view of a light fixture with an optical distribution capable of being adjusted, according to certain alternative exemplary embodiments.

FIG. **4** is a cross-sectional side view of a light fixture with an optical distribution capable of being adjusted, according to another alternative exemplary embodiment.

FIG. **5** is a perspective view of a light fixture with an optical distribution capable of being adjusted, according to yet another alternative exemplary embodiment.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

The present invention is directed to systems for adjusting optical distribution of a light fixture. In particular, the invention provides efficient, user-friendly, and cost-effective systems for adjusting optical distribution of a light fixture. The term "optical distribution" is used herein to refer to the spatial or geographic dispersion of light within an environment, including a relative intensity of the light within one or more regions of the environment.

Turning now to the drawings, in which like numerals indicate like elements throughout the figures, exemplary embodiments of the invention are described in detail. FIG. **1** is a perspective view of a light fixture **100** with an optical distribution capable of being adjusted, according to certain exemplary embodiments. FIG. **2** is another perspective view of the light fixture **100**, wherein the light fixture **100** has a different optical distribution than that illustrated in FIG. **1**. With reference to FIGS. **1** and **2**, the light fixture **100** is an electrical device configured to create artificial light or illumination in an indoor and/or outdoor environment. For example, the light fixture **100** is suited for mounting to a pole (not shown) or similar structure, for use as a street light.

In the exemplary embodiments depicted in FIGS. **1** and **2**, the light fixture **100** is configured to create artificial light or illumination via one or more LEDs **105**. Each LED **105** is mounted to an outer surface **111** of a housing **110**. The housing **110** includes a top end **110***a* and a bottom end **110***b*. Each end **110***a* and **110***b* includes an aperture **110***aa* (FIG. **4**) and **110***ba*, respectively. A channel **110***c* extends through the housing **110** and connects the apertures **110***aa* and **110***ba*. The top end **110***a* includes a substantially round top surface **110***ab* disposed around the channel **110***c*. A mounting member **111***ac* extends outward from the top surface **110***ab*, in a direction away from the channel **110***c*. The mounting member **110***ac* is configured to be coupled to the pole, for mounting the light fixture **100** thereto.

In certain exemplary embodiments, a light-sensitive photocell **310** is coupled to the mounting member **110***ac*. The photocell **310** is configured to change electrical resistance in a circuit that includes one or more of the LEDs **105**, based on incident light intensity. For example, the photocell **310** can cause the LEDs **105** to output light at dusk but not to output light at dawn.

A member **110***d* extends downward from the top surface **110***ab*, around the channel **110***c*. The member **110***d* has a frusto-conical geometry, with a top end **110***da* and a bottom end **110***db* that has a diameter that is less than a diameter of the top end **110***da*. Each outer surface **111** includes a substantially flat, curved, angular, textured, recessed, protruding, bulbous, and/or other-shaped surface disposed along an outer perimeter of the member **110***d*. For simplicity, each outer surface **111** is referred to herein as a "facet." The LEDs **105** can be mounted to the facets **111** by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other means known to a person of ordinary skill in the art having the benefit of the present disclosure.

In the exemplary embodiments depicted in FIGS. **1** and **2**, the housing **110** includes twenty facets **111**. The number of facets **111** can vary depending on the size of the LEDs **105**, the size of the housing **110**, cost considerations, and other financial, operational, and/or environmental factors known to a person of ordinary skill in the art having the benefit of the present disclosure. As will be readily apparent to a person of ordinary skill in the art, a larger number of facets **111** corresponds to a higher level of flexibility in adjusting the optical distribution of the light fixture **100**. In particular, as described below, each facet **111** is configured to receive one or more LEDs **105** in one or more positions. The greater the number of facets **111** present on the member **110***d*, the greater the number of LED **105** positions, and thus optical distributions, available.

In the embodiments depicted in FIGS. **1** and **2**, the end **110***a* and member **110***d* are integral to the housing **110**, and the facets **111** are integral to the member **110***d*. In certain exemplary embodiments, the housing **110** and/or the end **110***a*, member **110***d*, and/or facets **111** thereof can be formed via molding, casting, extrusion, or die-based material processing. For example, the housing **110** and facets **111** can be comprised of die-cast aluminum. In certain alternative exemplary embodiments, the end **110***a*, member **110***d*, and/or facets **111** include separate components coupled together to form the housing **110**. For example, the facets **111** can be mounted or attached to the member **110***d* by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other attachment means known to a person of ordinary skill in the art having the benefit of the present disclosure.

Each facet **111** is configured to receive a column of one or more LEDs **105**. The term "column" is used herein to refer to an arrangement or a configuration whereby one or more LEDs **105** are disposed approximately in or along a line. LEDs **105** in a column are not necessarily in perfect alignment with one another. For example, one or more LEDs **105** in a column might be slightly out of perfect alignment due to

manufacturing tolerances or assembly deviations. In addition, LEDs **105** in a column might be purposely staggered in a non-linear arrangement. Each column extends along an axis of its associated facet **111**.

In certain exemplary embodiments, each LED **105** is mounted to its corresponding facet **111** via a substrate **105***a*. Each substrate **105***a* includes one or more sheets of ceramic, metal, laminate, or another material. Each LED **105** is attached to its respective substrate **105***a* by a solder joint, a plug, an epoxy or bonding line, or another suitable provision for mounting an electrical/optical device on a surface. Each substrate **105***a* is connected to support circuitry (not shown) or a driver (not shown) for supplying electrical power and control to the associated LED **105**. The support circuitry (not shown) includes one or more transistors, operational amplifiers, resistors, controllers, digital logic elements, or the like for controlling and powering the LED **105**.

In certain exemplary embodiments, the LEDs **105** include semiconductor diodes configured to emit incoherent light when electrically biased in a forward direction of a p-n junction. For example, each LED **105** can emit blue or ultraviolet light. The emitted light can excite a phosphor that in turn emits red-shifted light. The LEDs **105** and the phosphors can collectively emit blue and red-shifted light that essentially matches blackbody radiation. The emitted light approximates or emulates incandescent light to a human observer. In certain exemplary embodiments, the LEDs **105** and their associated phosphors emit substantially white light that may seem slightly blue, green, red, yellow, orange, or some other color or tint. Exemplary embodiments of the LEDs **105** can include indium gallium nitride ("InGaN") or gallium nitride ("GaN") for emitting blue light.

In certain exemplary embodiments, one or more of the LEDs **105** includes multiple LED elements (not shown) mounted together on a single substrate **105***a*. Each of the LED elements can produce the same or a distinct color of light. The LED elements can collectively produce substantially white light or light emulating a blackbody radiator. In certain exemplary embodiments, some of the LEDs **105** produce one color of light while others produce another color of light. Thus, in certain exemplary embodiments, the LEDs **105** provide a spatial gradient of colors.

In certain exemplary embodiments, optically transparent or clear material (not shown) encapsulates each LED **105** and/or LED element, either individually or collectively. This material provides environmental protection while transmitting light. For example, this material can include a conformal coating, a silicone gel, cured/curable polymer, adhesive, or some other material known to a person of ordinary skill in the art having the benefit of the present disclosure. In certain exemplary embodiments, phosphors configured to convert blue light to light of another color are coated onto or dispersed in the encapsulating material.

The optical distribution of the light fixture **100** depends on the positioning and configuration of the LEDs **105** within the facets **111**. For example, as illustrated in FIG. **1** and FIG. **3**, described below, positioning multiple LEDs **105** symmetrically along the outer perimeter of the member **110***d*, in a polar array, can create a type V symmetric distribution of light. Outdoor area and roadway luminaires are designed to distribute light over different areas, classified with designations I, II, III, IV, and V. Generally, type II distributions are wide, asymmetric light patterns used to light narrow roadways (i.e. 2 lanes) from the edge of the roadway. Type III asymmetric distributions are not quite as wide as type II distributions but throw light further forward for wider roadways (i.e. 3 lanes). Similarly, a type IV asymmetric distribution is not as wide as the type III distribution but distributes light further forward for wider roadways (4 lanes) or perimeters of parking lots. A type V distribution produces a symmetric light pattern directly below the luminaire, typically either a round or square pattern of light. For example, positioning LEDs **105** only in three adjacent facets **111** cam create a type IV asymmetric distribution of light.

As illustrated in FIG. **2**, positioning multiple LEDs **105** in the same facet **111** increases directional intensity of the light relative to the facet **111** (as compared to a facet **111** with only one or no LEDs **105**). For example, positioning the LEDs **105** in a linear array **205** along the facet **111** increases directional intensity of the light substantially normal to the axis of the facet **111**. Directional intensity also can be adjusted by increasing or decreasing the electric power to one or more of the LEDs **105**. For example, overdriving one or more LEDs **105** increases the directional intensity of the light from the LEDs **105** in a direction normal to the corresponding facet **111**. Similarly, using LEDs **105** with different sizes and/or wattages can adjust directional intensity. For example, replacing an LED **105** with another LED **105** that has a higher wattage can increase the directional intensity of the light from the LEDs **105** in a direction normal to the corresponding facet **111**.

The optical distribution of the light fixture **100** can be adjusted by changing the output direction and/or intensity of one or more of the LEDs **105**. In other words, the optical distribution of the light fixture **100** can be adjusted by mounting additional LEDs **105** to the member **110***d*, removing LEDs **105** from the member **110***d*, and/or by changing the position and/or configuration of one or more of the LEDs **105**. For example, one or more of the LEDs **105** can be repositioned in a different facet **111**, repositioned in a different location within the same facet **111**, removed from the light fixture **100**, or reconfigured to have a different level of electric power. A given light fixture **100** can be adjusted to have any number of optical distributions.

For example, if a particular lighting application only requires light to be emitted towards one direction, LEDs **105** can be placed only on facets **111** corresponding to that direction. If the intensity of the emitted light in that direction is too low, the electric power to the LEDs **105** may be increased, and/or additional LEDs **105** may be added to those facets **111**. Similarly, if the intensity of the emitted light in that direction is too high, the electric power to the LEDs **105** may be decreased, and/or one or more of the LEDs **105** may be removed from the facets **111**. If the lighting application changes to require a larger beam spread of light in multiple directions, additional LEDs **105** can be placed on empty, adjacent facets **111**. In addition, the beam spread may be tightened by moving one or more of the LEDs **105** downward within their respective facets **111**, towards the bottom end **110***db*. Similarly, the beam spread may be broadened by moving one or more of the LEDs **105** upwards within their respective facets **111**, towards the top end **110***da*. Thus, the light fixture **100** provides flexibility in establishing and adjusting optical distribution.

Although illustrated in FIGS. **1** and **2** as having a frustoconical geometry, a person of ordinary skill in the art having the benefit of the present disclosure will recognize that the member **110***d* can have any shape, whether polar or nonpolar, symmetrical or asymmetrical. For example, the member **110***d* can have a cylindrical shape. Similarly, although illustrated as having a substantially vertical orientation, each facet **111** may have any orientation, including, but not limited to, a horizontal or angular orientation, in certain alternative exemplary embodiments.

The level of light a typical LED **105** outputs depends, in part, upon the amount of electrical current supplied to the LED **105** and upon the operating temperature of the LED **105**. Thus, the intensity of light emitted by an LED **105** changes when electrical current is constant and the LED's **105** temperature varies or when electrical current varies and temperature remains constant, with all other things being equal. Operating temperature also impacts the usable lifetime of most LEDs **105**.

As a byproduct of converting electricity into light, LEDs **105** generate a substantial amount of heat that raises the operating temperature of the LEDs **105** if allowed to accumulate on the LEDs **105**, resulting in efficiency degradation and premature failure. The member **110***d* is configured to manage heat output by the LEDs **105**. Specifically, the frusto-conical shape of the member **110***d* creates a venturi effect, drawing air through the channel **110***c*. The air travels from the bottom end **110***db* of the member **110***d*, through the channel **110***c*, and out the top end **110***da*. This air movement assists in dissipating heat generated by the LEDs **105**. Specifically, the air dissipates the heat away from the member **110***d* and the LEDs **105** thereon. Thus, the member **110***d* acts as a heat sink for the LEDs **105** positioned within or along the facets **111**.

FIG. **3** is a side elevational view of a light fixture **300** with an optical distribution capable of being adjusted. The light fixture **300** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **300** includes a cover **305**. The cover **305** is an optically transmissive element that provides protection from dirt, dust, moisture, and the like. The cover **305** is disposed at least partially around the facets **111**, with a top end thereof being coupled to the top surface **110***ab* of the housing **110**. In certain exemplary embodiments, the cover **305** is configured to control light from the LEDs **105** via refraction, diffusion, or the like. For example, the cover **305** can include a refractor, a lens, an optic, or a milky plastic or glass element.

FIG. **4** is a cross-sectional side view of a light fixture **400** with an optical distribution capable of being adjusted, according to another alternative exemplary embodiment. Like the light fixture **300** of FIG. **3**, the light fixture **400** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **400** includes a cover **405**. The cover **405** includes an optically transmissive element **410** that provides protection from dirt, dust, moisture, and the like. The cover **405** is disposed at least partially around the facets **111**, with a top end **405***a* thereof being attached to a bottom surface **110***e* of the top end **110***a* of the housing **110**. For example, the top end **405***a* can be attached to one or more ledges **520** (shown in FIG. **5**) extending from the bottom surface **110***e* of the housing **110**. Another end **405***b* of the cover **405** is attached to the bottom end **110***db* of the member **110***d*. In certain exemplary embodiments, there is a sealing element (not shown) between the cover **405** and the member **110***d*, at one or more points of attachment. In certain exemplary embodiments, the cover **405** is configured to control light from the LEDs **105** via refraction, diffusion, or the like. For example, the cover **405** can include a refractor, a lens, an optic, or a milky plastic or glass element.

FIG. **5** is a perspective view of a light fixture **500** with an optical distribution capable of being adjusted, according to yet another alternative exemplary embodiment. The light fixture **500** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **500** includes one or more fins **505** acting as heat sinks for managing heat produced by the LEDs **105**. In certain exemplary embodiments, each fin **505** is associated with a facet **111** and includes an elongated member **505***a* that extends from an interior surface (of the member **110***d*) opposite its associated facet **111**, within the channel **110***c*, to a core region **505***b*. A channel **510** extends through the core region **505***b*, within the channel **110***c*. The fins **505** are spaced annularly around the channel **510**. Alternatively, one or more of the fins **505** can be independent of the facets **111** and can be positioned radially in a symmetrical or non-symmetrical pattern.

Heat transfers from the LEDs **105** via a heat-transfer path extending from the LEDs **105**, through the member **110***d*, and to the fins **505**. For example, the heat **105** from a particular LED **105** transfers from the substrate **105***a* of the LED **105** to its corresponding facet **111**, and from the facet **111** through the member **110***d* to the corresponding fin **505**. The fins **505** receive the conducted heat and transfer the conducted heat to the surrounding environment (typically air) via convection.

The channel **510** supports convection-based cooling. For example, as described above in connection with FIGS. **1** and **2**, the frusto-conical shape of the member **110***d* creates a venturi effect, drawing air through the channel **510**. The air travels from the bottom end **110***b* of the housing **110**, through the channel **510**, and out the top end **110***a*. This air movement assists in dissipating heat generated by the LEDs **105** away from the LEDs **105**. In certain alternative exemplary embodiments, the fins **505** converge within the channel **110***c* so that there is not an inner channel **510** within the channel **110***c*. In such an embodiment, the channel **110***c* supports convection-based cooling substantially as described above.

In the embodiment depicted in FIG. **5**, the fins **505** are integral to the member **110***d*. In certain exemplary embodiments, the fins **505** can be formed on the member **110***d* via molding, casting, extrusion, or die-based material processing. For example, the member **110***d* and fins **505** can be comprised of die-cast aluminum. Alternatively, the fins **505** can be mounted or attached to the member **110***d* by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other fastening means known to a person of ordinary skill in the art having the benefit of the present disclosure. Like the light fixtures **300** and **400** of FIGS. **3** and **4**, respectively, in certain alternative exemplary embodiments, the light fixture **500** can be modified to include a cover (not shown).

Although illustrated in FIG. **5** as having a frusto-conical geometry, a person of ordinary skill in the art having the benefit of the present disclosure will recognize that the member **110***d* can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member **110***d* can have a cylindrical shape.

Although specific embodiments of the invention have been described above in detail, the description is merely for purposes of illustration. It should be appreciated, therefore, that many aspects of the invention were described above by way of example only and are not intended as required or essential elements of the invention unless explicitly stated otherwise. Various modifications of, and equivalent steps corresponding to, the disclosed aspects of the exemplary embodiments, in addition to those described above, can be made by a person of ordinary skill in the art, having the benefit of this disclosure, without departing from the spirit and scope of the invention defined in the following claims, the scope of which is to be accorded the broadest interpretation so as to encompass such modifications and equivalent structures.

What is claimed is:

**1**. A light fixture, comprising:

a member comprising:

a first surface disposed along an interior of the member;

a second surface disposed along an exterior of the member;

a first end comprising a first aperture;

a second end comprising a second aperture;

a channel extending from the first aperture to the second aperture and defined by the first surface; and

a plurality of receiving surfaces disposed at least partially around the channel, along the second surface of the member, each receiving surface being configured to receive at least one light emitting diode; and

at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces,

wherein the light emitting diodes transfer heat through conduction to the member; and

wherein air passes through the channel to transfer heat from member.

**2**. The light fixture of claim **1**, wherein the heat is transferred from the member through the channel by convection.

**3**. The light fixture of claim **1**, wherein the channel is configured to transfer the heat from the member by a venturi effect.

**4**. The light fixture of claim **1**, wherein the first aperture is disposed along a top end, and the second aperture is disposed along a bottom end, and wherein the second aperture is narrower than the first aperture.

**5**. The light fixture of claim **1**, further comprising a plurality of elongated members, each elongated member coupled along one end to the first surface and disposed at least partially within the channel.

**6**. The light fixture of claim **5**, wherein each elongated member extends from the first surface opposite a corresponding one of the receiving surfaces on the second surface.

**7**. The light fixture of claim **5**, wherein a pair of elongated members extend from the first surface opposite a corresponding one of the receiving surfaces on the second surface.

**8**. The light fixture of claim **5**, wherein the elongated members are positioned symmetrically within the channel.

**9**. The light fixture of claim **5**, wherein each elongated member transfers heat from its corresponding receiving surface to the channel.

**10**. The light fixture of claim **5**, wherein each elongated member transfers heat from the first surface to the channel.

**11**. The light fixture of claim **5**, wherein the elongated members converge at a point within the channel.

**12**. The light fixture of claim **5**, wherein the elongated members converge at a central member disposed within and extending along the channel and having a shape defining a second channel.

**13**. The light fixture of claim **1**, wherein each light emitting diode is removably coupled to its respective receiving surface via a substrate that is in thermal contact with the receiving surface.

**14**. The light fixture of claim **1**, wherein the member has a substantially frusto-conical shape.

**15**. The light fixture of claim **1**, wherein the member has a substantially cylindrical shape.

**16**. A light fixture, comprising:

a member comprising:

an interior surface;

an exterior surface;

a first aperture disposed along a top end;

second aperture disposed along a second end;

a channel extending from the first aperture to the second aperture and defined by the interior surface; and

a plurality of receiving surfaces disposed at least partially along the exterior surface, each receiving surface configured to receive at least one light emitting diode; and

at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces,

wherein the channel transfers at least a portion of heat generated by the light emitting diode through the first aperture.

**17**. The light fixture of claim **16**, wherein the heat is transferred from the member through the channel by convection.

**18**. The light fixture of claim **16**, wherein the heat is transferred from the member through the channel by a venturi effect.

**19**. The light fixture of claim **16**, further comprising a plurality of elongated members, each elongated member coupled along one end to the interior surface and disposed at least partially within the channel.

**20**. The light fixture of claim **19**, wherein each elongated member extends from the interior surface opposite a corresponding one of the receiving surfaces on the exterior surface.

**21**. The light fixture of claim **16**, wherein each light emitting diode is removably coupled to its corresponding receiving surface via a substrate that is in thermal contact with the receiving surface.

**22**. A light fixture, comprising:

a member comprising:

an interior surface;

an exterior surface;

a first aperture disposed along a top end;

a second aperture disposed along a second end;

a first channel extending from the first aperture to the second aperture and defined by the interior surface; and

a plurality of substantially longitudinal receiving surfaces disposed at least partially around the first channel, along the exterior surface, each receiving surface being configured to receive at least one light emitting diode; and

a plurality of elongated members disposed at least partially within the first channel, each elongated member extending from the inner surface opposite a corresponding one of the receiving surfaces, to a central member disposed within and extending along the first channel and having a shape defining a second channel, the second channel disposed within the first channel; and

at least one light emitting diode, each light emitting diode removably coupled to a respective one of the receiving surfaces,

wherein each elongated member conducts heat from its corresponding receiving surface.

**23**. The light fixture of claim **22**, wherein the central member is configured to:

conduct the heat from the elongated members; and

transfer at least a portion of the received heat through the second channel by convection.

**24**. The light fixture of claim **22**, wherein each light emitting diode is removably coupled to its respective receiving surface via a substrate that is in thermal contact with the receiving surface.

**25**. The light fixture of claim **24**, wherein each receiving surface is configured to transfer heat from the substrate to at least one of the elongated members.

* * * * *

# EXHIBIT 4

US008939608B1

(12) **United States Patent**
**Patrick**

(10) **Patent No.: US 8,939,608 B1**
(45) **Date of Patent: Jan. 27, 2015**

(54) **HEAT MANAGEMENT FOR A LIGHT FIXTURE WITH AN ADJUSTABLE OPTICAL DISTRIBUTION**

(75) Inventor: **Ellis W. Patrick**, Sharpsburg, GA (US)

(73) Assignee: **Cooper Technologies Company**, Houston, TX (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 186 days.

(21) Appl. No.: **13/600,790**

(22) Filed: **Aug. 31, 2012**

**Related U.S. Application Data**

(63) Continuation of application No. 12/961,315, filed on Dec. 6, 2010, now Pat. No. 8,256,923, which is a continuation of application No. 12/183,490, filed on Jul. 31, 2008, now Pat. No. 7,874,700.

(60) Provisional application No. 60/994,371, filed on Sep. 19, 2007.

(51) **Int. Cl.**
***F21S 4/00*** (2006.01)

(52) **U.S. Cl.**
USPC .................................... **362/249.02**; 362/231

(58) **Field of Classification Search**
USPC ............ 362/249.02, 545, 226, 231, 247, 800
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,447,238 A 3/1923 Crownfield
1,711,478 A 4/1929 Cromwell
4,271,408 A 6/1981 Teshima et al.
5,673,997 A 10/1997 Akiyama
5,826,970 A 10/1998 Keller et al.
6,343,871 B1 2/2002 Yu
6,448,900 B1 9/2002 Chen
6,561,690 B2 5/2003 Balestriero et al.
6,578,983 B2 6/2003 Holten
6,682,211 B2 1/2004 English et al.
7,048,412 B2 5/2006 Martin et al.
7,242,028 B2 7/2007 Dry
7,568,817 B2 8/2009 Lee et al.
7,874,700 B2 1/2011 Patrick
8,100,556 B2 1/2012 Patrick
2004/0037088 A1* 2/2004 English et al. ................ 362/545
2005/0030753 A1 2/2005 Tickner et al.
2005/0174780 A1 8/2005 Park
2008/0316755 A1 12/2008 Zheng et al.
2009/0040759 A1 2/2009 Zhang et al.
2009/0073688 A1 3/2009 Patrick et al.
2009/0073689 A1 3/2009 Patrick
2009/0244896 A1 10/2009 McGehee et al.
2009/0262530 A1 10/2009 Tickner et al.

* cited by examiner

*Primary Examiner* — Anne Hines
(74) *Attorney, Agent, or Firm* — King & Spalding LLP

(57) **ABSTRACT**

A light fixture includes a member having a substantially frusto-conical shape. A channel extends between a wide top end of the member and a narrower bottom end of the member. The member includes multiple surfaces ("facets") disposed around its outer surface. Each facet is configured to receive one or more light emitting diodes ("LEDs") in a linear or non-linear array. Each facet can be integral to the member or coupled to the member. The channel is configured to transfer heat generated by the LEDs through convection. Fins can be disposed within the channel, extending from the inner surface of the member to an inner channel. The fins are configured to transfer heat away from, and provide a greater surface area for convecting heat away from, the member. For example, one or both of the channels can transfer heat by a venturi effect.

**18 Claims, 5 Drawing Sheets**





100
110
105
105a
110a
105
105a
110ab
110da
110d
111
110b
110db
110ba
110c
110ac

FIG. 1



FIG. 2



110
305
110ab
105a
105
111
110b
110ba
110a
110c
111
110db
105a
105
310
110ac

FIG. 3



400
403
405a
110
405
410
105
110a
110e
110db
405b
110aa
110c
110b
FIG. 4



500
110
110a
105
110b
110c
505a
505
520
110d
111
110db
505b
510

FIG. 5

# HEAT MANAGEMENT FOR A LIGHT FIXTURE WITH AN ADJUSTABLE OPTICAL DISTRIBUTION

## RELATED APPLICATIONS

This patent application is a continuation of U.S. patent application Ser. No. 12/961,315 filed on Dec. 6, 2010, which is a continuation of and claims priority under 35 U.S.C. §120 to U.S. patent application Ser. No. 12/183,490 filed on Jul. 31, 2008, which claims priority under 35 U.S.C. §119 to U.S. Provisional Patent Application No. 60/994,371, titled "Flexible Light Emitting Diode Optical Distribution," filed Sep. 19, 2007. In addition, this patent application is related to U.S. patent application Ser. No. 12/183,499 titled "Light Fixture With An Adjustable Optical Distribution," filed Jul. 31, 2008. The complete disclosure of each of the foregoing priority and related applications is hereby fully incorporated by reference herein.

## TECHNICAL FIELD

The invention relates generally to light fixtures and more particularly to light fixtures with adjustable optical distributions.

## BACKGROUND

A luminaire is a system for producing, controlling, and/or distributing light for illumination. For example, a luminaire includes a system that outputs or distributes light into an environment, thereby allowing certain items in that environment to be visible. Luminaires are used in indoor or outdoor applications.

A typical luminaire includes one or more light emitting elements, one or more sockets, connectors, or surfaces configured to position and connect the light emitting elements to a power supply, an optical device configured to distribute light from the light emitting elements, and mechanical components for supporting or suspending the luminaire. Luminaires are sometimes referred to as "lighting fixtures" or as "light fixtures." A light fixture that has a socket, connector, or surface configured to receive a light emitting element, but no light emitting element installed therein, is still considered a luminaire. That is, a light fixture lacking some provision for full operability may still fit the definition of a luminaire. The term "light emitting element" is used herein to refer to any device configured to emit light, such as a lamp or a light-emitting diode ("LED").

Optical devices are configured to direct light energy emitted by light emitting elements into one or more desired areas. For example, optical devices may direct light energy through reflection, diffusion, baffling, refraction, or transmission through a lens. Lamp placement within the light fixture also plays a significant role in determining light distribution. For example, a horizontal lamp orientation typically produces asymmetric light distribution patterns, and a vertical lamp orientation typically produces a symmetric light distribution pattern.

Different lighting applications require different optical distributions. For example, a lighting application in a large, open environment may require a symmetric, square distribution that produces a wide, symmetrical pattern of uniform light. Another lighting application in a smaller or narrower environment may require a non-square distribution that produces a focused pattern of light. For example, the amount and direction of light required from a light fixture used on a street pole depends on the location of the pole and the intended environment to be illuminated.

Traditional light fixtures are configured to only output light in a single, predetermined distribution. To change an optical distribution in a given environment, a person must uninstall an existing light fixture and install a new light fixture with a different optical configuration. These steps are cumbersome, time consuming, and expensive.

Therefore, a need exists in the art for an improved means for adjusting optical distribution of a light fixture. In particular, a need exists in the art for efficient, user-friendly, and cost-effective systems and methods for adjusting light emitting diode optical distribution of a light fixture.

## SUMMARY

The invention provides an improved means for adjusting optical distribution of a light fixture. In particular, the invention provides a light fixture with an adjustable optical distribution. The light fixture can be used in indoor and/or outdoor applications.

The light fixture includes a member having multiple surfaces disposed at least partially around a channel extending through the member. The member can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member can have a frusto-conical or cylindrical shape.

Each surface is configured to receive at least one LED. For example, each surface can receive one or more LEDs in a linear or non-linear array. Each surface can be integral to the member or coupled thereto. For example, the surfaces can be formed on the member via molding, casting, extrusion, or die-based material processing. Alternatively, the surfaces can be mounted or attached to the member by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other fastening means.

Each LED can be removably coupled to a respective one of the surfaces. For example, each LED can be mounted to its respective surface via a substrate that includes one or more sheets of ceramic, metal, laminate, or another material. The optical distribution of the light fixture can be adjusted by changing the output direction and/or intensity of one or more of the LEDs. In other words, the optical distribution of the light fixture can be adjusted by mounting additional LEDs to certain surfaces, removing LEDs from certain surfaces, and/or by changing the position and/or configuration of one or more of the LEDs across the surfaces or along particular surfaces. For example, one or more of the LEDs can be repositioned along a different surface, repositioned in a different location along the same surface, removed from the member, or reconfigured to have a different level of electric power to adjust the optical distribution of the light fixture. A given light fixture can be adjusted to have any number of optical distributions. Thus, the light fixture provides flexibility in establishing and adjusting optical distribution.

As a byproduct of converting electricity into light, LEDs generate a substantial amount of heat. The member can be configured to manage heat output by the LEDs. Specifically, the channel extending through the member is configured to transfer the heat output from the LEDs by convection. Heat from the LEDs is transferred to the surfaces by conduction and to the channel, which convects the heat away. For example, the channel can transfer heat by the venturi effect.

The shape of the channel can correspond to the shape of the member. For example, if the member has a frusto-conical shape, the channel can have a wide top end and a narrower

bottom end. Alternatively, the shape of the channel can be independent of the shape of the member.

Fins can be disposed within the channel to assist with the heat transfer. For example, the fins can extend from the surfaces into the channel, towards a core region of the member. The core region can include a point where the fins converge. In addition, or in the alternative, the core region can include a member disposed within and extending along the channel and having a shape defining a second, inner channel that extends through the member. The fins can be configured to transfer heat by conduction from the facets to the inner channel. Like the outer channel, the inner channel can be configured to transfer at least a portion of that heat through convection. This air movement assists in dissipating heat generated by the LEDs.

These and other aspects, features and embodiments of the invention will become apparent to a person of ordinary skill in the art upon consideration of the following detailed description of illustrated embodiments exemplifying the best mode for carrying out the invention as presently perceived.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and the advantages thereof, reference is now made to the following description, in conjunction with the accompanying figures briefly described as follows.

FIG. **1** is a perspective view of a light fixture with an optical distribution capable of being adjusted, according to certain exemplary embodiments.

FIG. **2** is another perspective view of the exemplary light fixture of FIG. **1**, wherein the light fixture has a different optical distribution than that illustrated in FIG. **1**.

FIG. **3** is a side elevational view of a light fixture with an optical distribution capable of being adjusted, according to certain alternative exemplary embodiments.

FIG. **4** is a cross-sectional side view of a light fixture with an optical distribution capable of being adjusted, according to another alternative exemplary embodiment.

FIG. **5** is a perspective view of a light fixture with an optical distribution capable of being adjusted, according to yet another alternative exemplary embodiment.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

The present invention is directed to systems for adjusting optical distribution of a light fixture. In particular, the invention provides efficient, user-friendly, and cost-effective systems for adjusting optical distribution of a light fixture. The term "optical distribution" is used herein to refer to the spatial or geographic dispersion of light within an environment, including a relative intensity of the light within one or more regions of the environment.

Turning now to the drawings, in which like numerals indicate like elements throughout the figures, exemplary embodiments of the invention are described in detail. FIG. **1** is a perspective view of a light fixture **100** with an optical distribution capable of being adjusted, according to certain exemplary embodiments. FIG. **2** is another perspective view of the light fixture **100**, wherein the light fixture **100** has a different optical distribution than that illustrated in FIG. **1**. With reference to FIGS. **1** and **2**, the light fixture **100** is an electrical device configured to create artificial light or illumination in an indoor and/or outdoor environment. For example, the light fixture **100** is suited for mounting to a pole (not shown) or similar structure, for use as a street light.

In the exemplary embodiments depicted in FIGS. **1** and **2**, the light fixture **100** is configured to create artificial light or illumination via one or more LEDs **105**. Each LED **105** is mounted to an outer surface **111** of a housing **110**. The housing **110** includes a top end **110***a* and a bottom end **110***b*. Each end **110***a* and **110***b* includes an aperture **110***aa* (FIG. **4**) and **110***ba*, respectively. A channel **110***c* extends through the housing **110** and connects the apertures **110***aa* and **110***ba*. The top end **110***a* includes a substantially round top surface **110***ab* disposed around the channel **110***c*. A mounting member **111***ac* extends outward from the top surface **110***ab*, in a direction away from the channel **110***c*. The mounting member **110***ac* is configured to be coupled to the pole, for mounting the light fixture **100** thereto.

In certain exemplary embodiments, a light-sensitive photocell **310** is coupled to the mounting member **110***ac*. The photocell **310** is configured to change electrical resistance in a circuit that includes one or more of the LEDs **105**, based on incident light intensity. For example, the photocell **310** can cause the LEDs **105** to output light at dusk but not to output light at dawn.

A member **110***d* extends downward from the top surface **110***ab*, around the channel **110***c*. The member **110***d* has a frusto-conical geometry, with a top end **110***da* and a bottom end **110***db* that has a diameter that is less than a diameter of the top end **110***da*. Each outer surface **111** includes a substantially flat, curved, angular, textured, recessed, protruding, bulbous, and/or other-shaped surface disposed along an outer perimeter of the member **110***d*. For simplicity, each outer surface **111** is referred to herein as a "facet." The LEDs **105** can be mounted to the facets **111** by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other means known to a person of ordinary skill in the art having the benefit of the present disclosure.

In the exemplary embodiments depicted in FIGS. **1** and **2**, the housing **110** includes twenty facets **111**. The number of facets **111** can vary depending on the size of the LEDs **105**, the size of the housing **110**, cost considerations, and other financial, operational, and/or environmental factors known to a person of ordinary skill in the art having the benefit of the present disclosure. As will be readily apparent to a person of ordinary skill in the art, a larger number of facets **111** corresponds to a higher level of flexibility in adjusting the optical distribution of the light fixture **100**. In particular, as described below, each facet **111** is configured to receive one or more LEDs **105** in one or more positions. The greater the number of facets **111** present on the member **110***d*, the greater the number of LED **105** positions, and thus optical distributions, available.

In the embodiments depicted in FIGS. **1** and **2**, the end **110***a* and member **110***d* are integral to the housing **110**, and the facets **111** are integral to the member **110***d*. In certain exemplary embodiments, the housing **110** and/or the end **110***a*, member **110***d*, and/or facets **111** thereof can be formed via molding, casting, extrusion, or die-based material processing. For example, the housing **110** and facets **111** can be comprised of die-cast aluminum. In certain alternative exemplary embodiments, the end **110***a*, member **110***d*, and/or facets **111** include separate components coupled together to form the housing **110**. For example, the facets **111** can be mounted or attached to the member **110***d* by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other attachment means known to a person of ordinary skill in the art having the benefit of the present disclosure.

Each facet **111** is configured to receive a column of one or more LEDs **105**. The term "column" is used herein to refer to

an arrangement or a configuration whereby one or more LEDs **105** are disposed approximately in or along a line. LEDs **105** in a column are not necessarily in perfect alignment with one another. For example, one or more LEDs **105** in a column might be slightly out of perfect alignment due to manufacturing tolerances or assembly deviations. In addition, LEDs **105** in a column might be purposely staggered in a non-linear arrangement. Each column extends along an axis of its associated facet **111**.

In certain exemplary embodiments, each LED **105** is mounted to its corresponding facet **111** via a substrate **105*a***. Each substrate **105*a*** includes one or more sheets of ceramic, metal, laminate, or another material. Each LED **105** is attached to its respective substrate **105*a*** by a solder joint, a plug, an epoxy or bonding line, or another suitable provision for mounting an electrical/optical device on a surface. Each substrate **105*a*** is connected to support circuitry (not shown) or a driver (not shown) for supplying electrical power and control to the associated LED **105**. The support circuitry (not shown) includes one or more transistors, operational amplifiers, resistors, controllers, digital logic elements, or the like for controlling and powering the LED **105**.

In certain exemplary embodiments, the LEDs **105** include semiconductor diodes configured to emit incoherent light when electrically biased in a forward direction of a p-n junction. For example, each LED **105** can emit blue or ultraviolet light. The emitted light can excite a phosphor that in turn emits red-shifted light. The LEDs **105** and the phosphors can collectively emit blue and red-shifted light that essentially matches blackbody radiation. The emitted light approximates or emulates incandescent light to a human observer. In certain exemplary embodiments, the LEDs **105** and their associated phosphors emit substantially white light that may seem slightly blue, green, red, yellow, orange, or some other color or tint. Exemplary embodiments of the LEDs **105** can include indium gallium nitride ("InGaN") or gallium nitride ("GaN") for emitting blue light.

In certain exemplary embodiments, one or more of the LEDs **105** includes multiple LED elements (not shown) mounted together on a single substrate **105*a***. Each of the LED elements can produce the same or a distinct color of light. The LED elements can collectively produce substantially white light or light emulating a blackbody radiator. In certain exemplary embodiments, some of the LEDs **105** produce one color of light while others produce another color of light. Thus, in certain exemplary embodiments, the LEDs **105** provide a spatial gradient of colors.

In certain exemplary embodiments, optically transparent or clear material (not shown) encapsulates each LED **105** and/or LED element, either individually or collectively. This material provides environmental protection while transmitting light. For example, this material can include a conformal coating, a silicone gel, cured/curable polymer, adhesive, or some other material known to a person of ordinary skill in the art having the benefit of the present disclosure. In certain exemplary embodiments, phosphors configured to convert blue light to light of another color are coated onto or dispersed in the encapsulating material.

The optical distribution of the light fixture **100** depends on the positioning and configuration of the LEDs **105** within the facets **111**. For example, as illustrated in FIG. **1** and FIG. **3**, described below, positioning multiple LEDs **105** symmetrically along the outer perimeter of the member **110*d***, in a polar array, can create a type V symmetric distribution of light. Outdoor area and roadway luminaires are designed to distribute light over different areas, classified with designations I, II, III, IV, and V. Generally, type II distributions are wide, asymmetric light patterns used to light narrow roadways (i.e. 2 lanes) from the edge of the roadway. Type III asymmetric distributions are not quite as wide as type II distributions but throw light further forward for wider roadways (i.e. 3 lanes). Similarly, a type IV asymmetric distribution is not as wide as the type III distribution but distributes light further forward for wider roadways (4 lanes) or perimeters of parking lots. A type V distribution produces a symmetric light pattern directly below the luminaire, typically either a round or square pattern of light. For example, positioning LEDs **105** only in three adjacent facets **111** can create a type IV asymmetric distribution of light.

As illustrated in FIG. **2**, positioning multiple LEDs **105** in the same facet **111** increases directional intensity of the light relative to the facet **111** (as compared to a facet **111** with only one or no LEDs **105**). For example, positioning the LEDs **105** in a linear array **205** along the facet **111** increases directional intensity of the light substantially normal to the axis of the facet **111**. Directional intensity also can be adjusted by increasing or decreasing the electric power to one or more of the LEDs **105**. For example, overdriving one or more LEDs **105** increases the directional intensity of the light from the LEDs **105** in a direction normal to the corresponding facet **111**. Similarly, using LEDs **105** with different sizes and/or wattages can adjust directional intensity. For example, replacing an LED **105** with another LED **105** that has a higher wattage can increase the directional intensity of the light from the LEDs **105** in a direction normal to the corresponding facet **111**.

The optical distribution of the light fixture **100** can be adjusted by changing the output direction and/or intensity of one or more of the LEDs **105**. In other words, the optical distribution of the light fixture **100** can be adjusted by mounting additional LEDs **105** to the member **110*d***, removing LEDs **105** from the member **110*d***, and/or by changing the position and/or configuration of one or more of the LEDs **105**. For example, one or more of the LEDs **105** can be repositioned in a different facet **111**, repositioned in a different location within the same facet **111**, removed from the light fixture **100**, or reconfigured to have a different level of electric power. A given light fixture **100** can be adjusted to have any number of optical distributions.

For example, if a particular lighting application only requires light to be emitted towards one direction, LEDs **105** can be placed only on facets **111** corresponding to that direction. If the intensity of the emitted light in that direction is too low, the electric power to the LEDs **105** may be increased, and/or additional LEDs **105** may be added to those facets **111**. Similarly, if the intensity of the emitted light in that direction is too high, the electric power to the LEDs **105** may be decreased, and/or one or more of the LEDs **105** may be removed from the facets **111**. If the lighting application changes to require a larger beam spread of light in multiple directions, additional LEDs **105** can be placed on empty, adjacent facets **111**. In addition, the beam spread may be tightened by moving one or more of the LEDs **105** downward within their respective facets **111**, towards the bottom end **110*db***. Similarly, the beam spread may be broadened by moving one or more of the LEDs **105** upwards within their respective facets **111**, towards the top end **110*da***. Thus, the light fixture **100** provides flexibility in establishing and adjusting optical distribution.

Although illustrated in FIGS. **1** and **2** as having a frustoconical geometry, a person of ordinary skill in the art having the benefit of the present disclosure will recognize that the member **110*d*** can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the mem-

ber **110***d* can have a cylindrical shape. Similarly, although illustrated as having a substantially vertical orientation, each facet **111** may have any orientation, including, but not limited to, a horizontal or angular orientation, in certain alternative exemplary embodiments.

The level of light a typical LED **105** outputs depends, in part, upon the amount of electrical current supplied to the LED **105** and upon the operating temperature of the LED **105**. Thus, the intensity of light emitted by an LED **105** changes when electrical current is constant and the LED's **105** temperature varies or when electrical current varies and temperature remains constant, with all other things being equal. Operating temperature also impacts the usable lifetime of most LEDs **105**.

As a byproduct of converting electricity into light, LEDs **105** generate a substantial amount of heat that raises the operating temperature of the LEDs **105** if allowed to accumulate on the LEDs **105**, resulting in efficiency degradation and premature failure. The member **110***d* is configured to manage heat output by the LEDs **105**. Specifically, the frusto-conical shape of the member **110***d* creates a venturi effect, drawing air through the channel **110***c*. The air travels from the bottom end **110***db* of the member **110***d*, through the channel **110***c*, and out the top end **110***da*. This air movement assists in dissipating heat generated by the LEDs **105**. Specifically, the air dissipates the heat away from the member **110***d* and the LEDs **105** thereon. Thus, the member **110***d* acts as a heat sink for the LEDs **105** positioned within or along the facets **111**.

FIG. **3** is a side elevational view of a light fixture **300** with an optical distribution capable of being adjusted. The light fixture **300** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **300** includes a cover **305**. The cover **305** is an optically transmissive element that provides protection from dirt, dust, moisture, and the like. The cover **305** is disposed at least partially around the facets **111**, with a top end thereof being coupled to the top surface **110***ab* of the housing **110**. In certain exemplary embodiments, the cover **305** is configured to control light from the LEDs **105** via refraction, diffusion, or the like. For example, the cover **305** can include a refractor, a lens, an optic, or a milky plastic or glass element.

FIG. **4** is a cross-sectional side view of a light fixture **400** with an optical distribution capable of being adjusted, according to another alternative exemplary embodiment. Like the light fixture **300** of FIG. **3**, the light fixture **400** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **400** includes a cover **405**. The cover **405** includes an optically transmissive element **410** that provides protection from dirt, dust, moisture, and the like. The cover **405** is disposed at least partially around the facets **111**, with a top end **405***a* thereof being attached to a bottom surface **110***e* of the top end **110***a* of the housing **110**. For example, the top end **405***a* can be attached to one or more ledges **520** (shown in FIG. **5**) extending from the bottom surface **110***e* of the housing **110**. Another end **405***b* of the cover **405** is attached to the bottom end **110***db* of the member **110***d*. In certain exemplary embodiments, there is a sealing element (not shown) between the cover **405** and the member **110***d*, at one or more points of attachment. In certain exemplary embodiments, the cover **405** is configured to control light from the LEDs **105** via refraction, diffusion, or the like. For example, the cover **405** can include a refractor, a lens, an optic, or a milky plastic or glass element.

FIG. **5** is a perspective view of a light fixture **500** with an optical distribution capable of being adjusted, according to yet another alternative exemplary embodiment. The light fixture **500** is identical to the light fixture **100** of FIGS. **1** and **2** except that the light fixture **500** includes one or more fins **505** acting as heat sinks for managing heat produced by the LEDs **105**. In certain exemplary embodiments, each fin **505** is associated with a facet **111** and includes an elongated member **505***a* that extends from an interior surface (of the member **110***d*) opposite its associated facet **111**, within the channel **110***c*, to a core region **505***b*. A channel **510** extends through the core region **505***b*, within the channel **110***c*. The fins **505** are spaced annularly around the channel **510**. Alternatively, one or more of the fins **505** can be independent of the facets **111** and can be positioned radially in a symmetrical or non-symmetrical pattern.

Heat transfers from the LEDs **105** via a heat-transfer path extending from the LEDs **105**, through the member **110***d*, and to the fins **505**. For example, the heat **105** from a particular LED **105** transfers from the substrate **105***a* of the LED **105** to its corresponding facet **111**, and from the facet **111** through the member **110***d* to the corresponding fin **505**. The fins **505** receive the conducted heat and transfer the conducted heat to the surrounding environment (typically air) via convection.

The channel **510** supports convection-based cooling. For example, as described above in connection with FIGS. **1** and **2**, the frusto-conical shape of the member **110***d* creates a venturi effect, drawing air through the channel **510**. The air travels from the bottom end **110***b* of the housing **110**, through the channel **510**, and out the top end **110***a*. This air movement assists in dissipating heat generated by the LEDs **105** away from the LEDs **105**. In certain alternative exemplary embodiments, the fins **505** converge within the channel **110***c* so that there is not an inner channel **510** within the channel **110***c*. In such an embodiment, the channel **110***c* supports convection-based cooling substantially as described above.

In the embodiment depicted in FIG. **5**, the fins **505** are integral to the member **110***d*. In certain exemplary embodiments, the fins **505** can be formed on the member **110***d* via molding, casting, extrusion, or die-based material processing. For example, the member **110***d* and fins **505** can be comprised of die-cast aluminum. Alternatively, the fins **505** can be mounted or attached to the member **110***d* by solder, braze, welds, glue, plug-and-socket connections, epoxy, rivets, clamps, fasteners, or other fastening means known to a person of ordinary skill in the art having the benefit of the present disclosure. Like the light fixtures **300** and **400** of FIGS. **3** and **4**, respectively, in certain alternative exemplary embodiments, the light fixture **500** can be modified to include a cover (not shown).

Although illustrated in FIG. **5** as having a frusto-conical geometry, a person of ordinary skill in the art having the benefit of the present disclosure will recognize that the member **110***d* can have any shape, whether polar or non-polar, symmetrical or asymmetrical. For example, the member **110***d* can have a cylindrical shape.

Although specific embodiments of the invention have been described above in detail, the description is merely for purposes of illustration. It should be appreciated, therefore, that many aspects of the invention were described above by way of example only and are not intended as required or essential elements of the invention unless explicitly stated otherwise. Various modifications of, and equivalent steps corresponding to, the disclosed aspects of the exemplary embodiments, in addition to those described above, can be made by a person of ordinary skill in the art, having the benefit of this disclosure, without departing from the spirit and scope of the invention defined in the following claims, the scope of which is to be accorded the broadest interpretation so as to encompass such modifications and equivalent structures.

What is claimed is:

**1**. A light fixture, comprising:

a first member comprising:

a top end;

a bottom end; and

an exterior surface extending from the top end to the bottom end,

wherein the first member comprises a first aperture adjacent the top end, a second aperture adjacent the bottom end, and a channel extending from the first aperture to the second aperture and defined by an interior surface of the first member, the interior surface facing an opposite direction than the exterior surface;

a plurality of light emitting diodes (LEDs) disposed on the exterior surface of the first member, wherein at least one LED is disposed on a first portion of the exterior surface and at least another LED is disposed on a second portion of the exterior surface different than the first portion;

a second member comprising an adjacent end, a distal end, and a side surface extending from the adjacent end to the distal end, at least a portion of the second member being disposed above the LEDs, the second member being coupled to the first member; and

a mounting member coupled to the second member, at least a portion of the mounting member extending in a direction substantially orthogonal to a longitudinal axis of the first member.

**2**. The light fixture of claim **1**, wherein one or more LEDs are disposed on a plurality of portions of the exterior surface, each of the plurality of portions of the exterior surface being equidistant from an adjacent portion of the exterior surface.

**3**. The light fixture of claim **1**, wherein the exterior surface of the first member comprises at least one facet, the LEDs being disposed on the facet.

**4**. The light fixture of claim **1**, wherein the perimeter of the top end is larger than the perimeter of the bottom end.

**5**. The light fixture of claim **1**, wherein the plurality of LEDs are asymmetrically disposed about the first member and configured to emit an asymmetric light output.

**6**. The light fixture of claim **1**, further comprising an optically transmissive cover disposed at least partially around the first member.

**7**. The light fixture of claim **1**, further comprising:

a driver electrically coupled to at least one of the plurality of LEDs to control the at least one of the plurality of LEDs; and

a photocell electrically coupled to the driver.

**8**. The light fixture of claim **1**, further comprising a plurality of receiving surfaces on the exterior surface, each receiving surface configured to receive at least one LED and wherein the plurality of receiving surfaces provide a plurality of different configuration for a positioning of the plurality of LEDs, each of the plurality of different configuration corresponding to a different optical distribution of the light fixture.

**9**. A light fixture, comprising:

a first member comprising:

a top end;

a bottom end; and

an exterior surface extending from the top end to the bottom end,

wherein the first member comprises a first aperture adjacent the top end, a second aperture adjacent the bottom end, and a channel extending from the first aperture to the second aperture and defined by an interior surface of the first member, the interior surface facing an opposite direction than the exterior surface;

a plurality of light emitting diodes (LEDs) disposed on the exterior surface of the first member, wherein at least one LED is disposed on a first portion of the exterior surface and at least another LED is disposed on a second portion of the exterior surface different than the first portion;

a second member comprising an adjacent end, a distal end, and a side surface extending from the adjacent end to the distal end, at least a portion of the second member being disposed above the LEDs, the second member being coupled to the first member;

a mounting member coupled to the second member, at least a portion of the mounting member extending in a direction substantially orthogonal to a longitudinal axis of the first member; and

a lens coupled to the second member and disposed at least partially around the first member.

**10**. The light fixture of claim **9**, wherein one or more LEDs are disposed on a plurality of portions of the exterior surface, each of the plurality of portions of the exterior surface being equidistant from an adjacent portion of the exterior surface.

**11**. The light fixture of claim **9**, wherein the first aperture has a first diameter and the second aperture has a second diameter and wherein the first and second diameters are different.

**12**. The light fixture of claim **9**, wherein the top end has a first perimeter and the bottom end has a second perimeter and wherein the first and second perimeters are different.

**13**. The light fixture of claim **9**, wherein the plurality of LEDs are asymmetrically disposed about the first member and configured to emit an asymmetric light output.

**14**. The light fixture of claim **9**, further comprising:

a driver electrically coupled to at least one of the plurality of LEDs to control the at least one of the plurality of LEDs; and

a photocell electrically coupled to the driver.

**15**. A light fixture, comprising:

a member comprising:

an interior surface;

a first aperture;

a second distal aperture, and

a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface of the member;

at least one first light emitting diode (LED) coupled adjacent a first side of the channel; and

at least one second LED coupled adjacent a second side of the channel, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture.

**16**. The light fixture of claim **15**, wherein the second side of the channel is opposite the first side of the channel.

**17**. The light fixture of claim **15**, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect.

**18**. The light fixture of claim **15**, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection.

* * * * *

# EXHIBIT 5



GLOBAL IP LAW GROUP, LLC
55 W MONROE STREET
SUITE 3400
CHICAGO, IL 60603

312.241.1500

GIPLG.COM

Ragnar Olson
rolson@giplg.com
312.241.1503 (Direct)
312.241.1529 (Fax)

June 26, 2020

**Via Email and UPS**

Bishou Chen
Legal Representative
Shanghai Sansi Electronic Engineering Co., Ltd.
No.1280, Shuying Rd, Minhang District
Shanghai, China 20110
overseas@sansitech.com

**Re: Lighting Defense Group, LLC Patent License Opportunity; U.S. Patent Nos. 8,256,923; 8,939,608; 7,874,700; 9,163,807**

Dear Mr. Chen,

We represent Lighting Defense Group, LLC ("**LDG**"), a Delaware Corporation with its principal place of business at 4260 North Brown Avenue Suite # 8, Scottsdale, AZ 85251. This letter is to notify you of your company's need for a license to at least the above referenced U.S. Patent numbers 8,256,923 ("**the '923 patent**"), 8,939,608 ("**the '608 patent**"), 7,874,700 ("**the '700 patent**") and 9,163,807 ("**the '807 patent**").

**About LDG**

LDG is the owner of the '923, '608, '700, and '807 patents that represent a portion of the total portfolio. LDG is also the owner of 25 other issued US patents and pending applications, broken into 8 different patent families in the lighting space. The principals of LDG have consulted on lighting design and implementation issues for companies which include, but are not limited to, Costco Wholesale, Motorola, American Express, Simon Properties, Prologis, and Crate & Barrel. Additionally, LDG principals have designed and patented products which have been, and continue to be manufactured and sold globally by major US and Canadian manufacturers including Thomas & Betts/ABB, Acuity, Cooper Lighting/Signify, and Valmont Industry.

**LDG's Patented Technology**

LDG's portfolio discloses innovative cooling technology for high efficiency lighting units, including various aspects and improvements related to light emitting diode (LED) lighting technology. In particular, these patents relate to technologies that perform heat management for LED Corn Cob lights, lamps, retrofit and other lighting solutions for use, indoors, outdoors, warehouses, retail, or other use cases. The portfolio also covers technology that relates to improving the efficiency of the lighting through heat dispersion allowing the use of more efficient, longer lasting, and powerful LED lighting.

As a representative example of the technology, a copy of the '923 patent, which claims priority to a provisional application filed in 2007, titled "Heat Management for a Light Fixture with an Adjustable Optical Distribution" is enclosed. The '923 patent discloses and claims technology that, for example, provide for a light fixture that is user-friendly, efficient and cost-effective and allows for the expanded use of high efficiency LED lighting.



The '923 patent and its family members have been cited in subsequent patents and patent applications by major companies such as CREE, Cooper Technologies, Osram, Sharp, and others. Further, one of the leading companies in the lighting space has already taken a license to the portfolio.

**Shanghai Sansi's Need for a License**

We have conducted a preliminary investigation comparing the claims of the '923, '608, '700, and '807 patents to Shanghai Sansi's ("**Sansi**") Corn Lights, including at least the Sansi C21BB-WE Omni-directional Light Bulb, Sansi C21BB-TE26 UV Light Bulb, Sansi C21BB-QE Smart RGB Light Bulb, Sansi C21BB-TE26/27 Plain Light Bulb, Sansi C21BB-RE Dimmable Light Bulb, Sansi C21BB-UE Light Bulb, Sansi C21GL-CE26/27 Full Spectrum Glow Light, Sansi C21GL-AE26 Full Cycle Glow Light, Sansi C21GL-DE26 Full Spectrum Glow Light, Sansi C21GL-CE26/27 Full Spectrum Glow Light, Sansi C21GL-AE26-Flowering Glow Light, Sansi C21BB-ZE39/E40 High Bay Light, and BR30 Non-Dimmable LED Light Bulb.

We have determined that Sansi needs a license to the '923, '608, '700, and '807 patents to continue making, using, selling, or otherwise offering these products. Enclosed are sample claim charts, including patent claim infringement analysis demonstrating that Sansi's products and services infringe at least:

- '923 Patent, Claims 1, 3, 4, 6, 12, 14, 15, 17, 18, 19, 20;
- '608 Patent, Claims 15, 16, 17, 18;
- '700 Patent, Claims 1, 2, 3, 13, 16, 17, 18, 21; and
- '807 Patent, Claims 14, 15, 16, 17, 19.

The evidence used in the claim charts are non-limiting representative examples of infringement, and there may be additional or different evidence of use. Our analysis of any particular claim does not preclude application of any other claims to any of Sansi's products and services. You may wish to examine additional products and services in relation to the claims of the '923, '608, '700, and '807 patents. You may further wish to examine LDG's other patents as they relate to Sansi's products and services, such as, for example, its related issued US patents. The LDG portfolio includes multiple pending applications providing the opportunity to present new claims that even more clearly highlight Sansi's infringement.

We would like to discuss this licensing opportunity with Sansi once it has reviewed the enclosed documents. We believe that a license would benefit Sansi by providing it the ability to practice claims of LDG's patent without violating rights under the patent. We would be happy to arrange an in-person meeting for substantive discussions for a potential license.

**About Global IP Law Group, LLC**

Global IP Law Group is a Chicago-based law firm focusing on helping clients monetize their patent portfolios. More information about the firm can be found at http://www.giplg.com.

Sincerely,

Ragnar Olson

Enclosures

**Notice**

For the avoidance of doubt, this letter shall not be construed to grant any express or implied license, authorization, covenant-not-to-sue, immunity, forbearance, indulgence, waiver, release or any other right with respect to Lighting Defense Group, LLC or otherwise. Lighting Defense Group, LLC reserves all rights with regard to its patents, including but not limited to: (1) the right to seek injunctive or other relief, including royalties or other damages going back at least as far as the last six years; (2) the right to change any royalty rates at any time; and (3) the right to change or withdraw any licensing offer at any time without notice. You should not rely on any communication, lack of communication, and/or any inactivity from Global IP Law Group or Lighting Defense Group, LLC as a relinquishment, acquiescence, waiver, or compromise of any of Lighting Defense Group, LLC's rights or as a change or withdrawal of any prior assertions stated. This letter and any subsequent related discussions do not create any obligation by Lighting Defense Group, LLC to proceed with any license or other contract with you. Lighting Defense Group, LLC reserves the right, in its sole discretion, to abandon or withdraw from at any time for any reason any discussions contemplated by this letter. This letter is being sent as a confidential settlement communication pursuant to Rule 408, Federal Rules of Evidence.

# EXHIBIT 6

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

# U.S. Patent No. 8,256,923: Sansi C21BB-ZE39/E40 High Bay Light[1]

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising:<br>a member comprising:<br>a top end comprising a first aperture; | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a member comprising a top end comprising a first aperture. | first aperture<br><br>Source: http://www.sansi.com/products/highbay/305.htm |

1 Although this claim chart uses Sansi C21BB-ZE39/E40 High Bay Light as an example, other products in the same family infringe this patent in the same way. Those products include, at least, Sansi C21GL-CE26/27 Full Spectrum Glow Light and BR30 Non-Dimmable LED Light Bulb.

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| a bottom end comprising a second aperture, | Sansi C21BB-ZE39/E40 High Bay Light has a bottom end comprising a second aperture. | second aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a channel extending from the first aperture to the second aperture and defined by an interior surface of the member; | Sansi C21BB-ZE39/E40 High Bay Light has a channel extending from the first aperture to the second aperture and defined by an interior surface of the member. | concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| a plurality of light emitting diodes (LEDs) disposed on the fixture adjacent to the channel, wherein at least one LED is located on one side of the channel and at least another LED is located on an opposite side of the channel; | Sansi C21BB-ZE39/E40 High Bay Light has a plurality of light emitting diodes (LEDs) disposed on the fixture adjacent to the channel, wherein at least one LED is located on one side of the channel and at least another LED is located on an opposite side of the channel. | first LED<br>concealed channel (inside)<br>second LED<br>Source: http://www.sansi.com/products/highbay/305.htm |
| wherein air enters the channel through the second aperture and exits the channel through the first aperture; and | The air enters the channels of Sansi C21BB-ZE39/E40 High Bay Light through the second aperture and exits the channel through the first aperture. | air flows out of the channel<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.



| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| wherein the LEDs transfer heat through the member to the air in the channel. | The LEDs on Sansi C21BB-ZE39/E40 High Bay Light transfer heat through the member to the air in the channel. | heat transfer into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 3 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, further comprising a plurality of LED receiving surfaces, wherein the LED receiving surfaces are disposed at least partially around the channel. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a plurality of LED receiving surfaces, wherein the LED receiving surfaces are disposed at least partially around the channel. | receiving surfaces<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 4 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, further comprising a mounting member extending outwardly in a direction substantially orthogonal to a longitudinal axis of the channel. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a mounting member extending outwardly in a direction substantially orthogonal to a longitudinal axis of the channel. | mounting member<br>longitudinal axis of the channel<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 6 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, further comprising an optically transmissive cover disposed at least partially around the member. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising an optically transmissive cover disposed at least partially around the member. | interior surface (concealed)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 7 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, wherein the plurality of LEDs are asymmetrically disposed about the channel and configured to emit an asymmetric light output. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture that has a plurality of LEDs that are asymmetrically disposed about the channel and configured to emit an asymmetric light output. | exterior surface<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising:<br>a member comprising:<br>an interior surface; | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a member comprising an interior surface. | interior surface (concealed)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| an exterior surface; | Sansi C21BB-ZE39/E40 High Bay Light has an exterior surface. | exterior surface<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a first aperture disposed along a first end; | Sansi C21BB-ZE39/E40 High Bay Light has a first aperture disposed along a first end. | first aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| a second aperture disposed along a distal second end; | Sansi C21BB-ZE39/E40 High Bay Light has a second aperture disposed along a distal second end. | second aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a channel extending from the first aperture to the second aperture and defined by the interior surface; and | Sansi C21BB-ZE39/E40 High Bay Light has a channel extending from the first aperture to the second aperture and defined by the interior surface. | concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| a plurality of light emitting diodes (LEDs) positioned adjacent to the channel; wherein a first of the plurality of LEDs is disposed adjacent a first portion of the channel and a second of the plurality of LEDs is disposed adjacent a second portion of the channel different than the first portion; and | Sansi C21BB-ZE39/E40 High Bay Light has a plurality of light emitting diodes (LEDs) positioned adjacent to the channel; wherein a first of the plurality of LEDs is disposed adjacent a first portion of the channel and a second of the plurality of LEDs is disposed adjacent a second portion of the channel different than the first portion. | first LED<br>concealed channel (inside)<br>second LED<br>Source: http://www.sansi.com/products/highbay/305.htm |
| wherein air passes through the channel from the second aperture to the first aperture and transfers at least a portion of heat generated by the first LED and the second LED through the first aperture. | The air passes through the channel of Sansi C21BB-ZE39/E40 High Bay Light from the second aperture to the first aperture and transfers at least a portion of heat generated by the first LED and the second LED through the first aperture. | air flows out of the channel<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.



| Claim 14 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 12, further comprising a mounting member extending outwardly from the member in a direction away from a longitudinal axis of the channel. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a mounting member extending outwardly from the member in a direction away from a longitudinal axis of the channel. | mounting member<br>longitudinal axis of the channel<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 12, wherein the heat is transferred from the first and second LED to the member by conduction; and | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the heat is transferred from the first and second LED to the member by conduction. | heat transfers from the LEDs to the member by conduction<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| wherein the heat is transferred from the member through the channel with the air by convection. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the heat is transferred from the member through the channel with the air by convection. | heat transfers from the member through the channel by convection<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising:<br>a member comprising:<br>an interior surface | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture, comprising a member comprising an interior surface. | interior surface (concealed)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| a first aperture; | Sansi C21BB-ZE39/E40 High Bay Light has a first aperture. | first aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a second distal aperture, | Sansi C21BB-ZE39/E40 High Bay Light has a second distal aperture. | second distal aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| a channel through the member extending from the first aperture to the second aperture and defined by the interior surface of the member; | Sansi C21BB-ZE39/E40 High Bay Light has a channel through the member extending from the first aperture to the second aperture and defined by the interior surface of the member. | concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |
| at least one first light emitting diode (LED) coupled adjacent a first side of the channel; | Sansi C21BB-ZE39/E40 High Bay Light has at least one first light emitting diode (LED) coupled adjacent a first side of the channel. | first LED<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| at least one second LED coupled adjacent a second side of the channel; | Sansi C21BB-ZE39/E40 High Bay Light has at least one second LED coupled adjacent a second side of the channel. | concealed channel (inside)<br>second LED<br>Source: http://www.sansi.com/products/highbay/305.htm |
| wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | The air enters the channel of Sansi C21BB-ZE39/E40 High Bay Light and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | air flows out of the channel<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 18 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 17, wherein the second side of the channel is opposite the first side of the channel. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the second side of the channel is opposite the first side of the channel. | first side<br>concealed channel (inside)<br>second side<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 17, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | air flows out of the channel (by venturi effect)<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 20 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 17, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | air flows out of the channel<br>LEDs are in thermal communication with the member and configured to transfer heat by convection<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

# EXHIBIT 7

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

# U.S. Patent No. 8,256,923: Sansi C21BB-WE Omni-directional Light Bulb[1]

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising: a member comprising: a top end comprising a first aperture; | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a member comprising a top end comprising a first aperture. | first aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

[1] Although this claim chart uses Sansi C21BB-WE Omni-directional Light Bulb as an example, other products in the same family infringe this patent in the same way. Those products include, at least, Sansi C21BB-TE26 UV Light Bulb, Sansi C21BB-QE Smart RGB Light Bulb, Sansi C21BB-TE26/27 Plain Light Bulb, Sansi C21BB-RE Dimmable Light Bulb, and Sansi C21BB-UE Light Bulb.

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| a bottom end comprising a second aperture, | Sansi C21BB-WE Omni-directional Light Bulb has a bottom end comprising a second aperture. | second aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a channel extending from the first aperture to the second aperture and defined by an interior surface of the member; | Sansi C21BB-WE Omni-directional Light Bulb has a channel extending from the first aperture to the second aperture and defined by an interior surface of the member. | concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| a plurality of light emitting diodes (LEDs) disposed on the fixture adjacent to the channel, wherein at least one LED is located on one side of the channel and at least another LED is located on an opposite side of the channel; | Sansi C21BB-WE Omni-directional Light Bulb has a plurality of light emitting diodes (LEDs) disposed on the fixture adjacent to the channel, wherein at least one LED is located on one side of the channel and at least another LED is located on an opposite side of the channel. | first LED<br>second LED<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| wherein air enters the channel through the second aperture and exits the channel through the first aperture; and | The air enters the channels of Sansi C21BB-WE Omni-directional Light Bulb through the second aperture and exits the channel through the first aperture. | air flows into the channel<br>air flows out of the channel<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| wherein the LEDs transfer heat through the member to the air in the channel. | The LEDs on Sansi C21BB-WE Omni-directional Light Bulb transfer heat through the member to the air in the channel. | heat transfer into the channel<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 3 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, further comprising a plurality of LED receiving surfaces, wherein the LED receiving surfaces are disposed at least partially around the channel. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a plurality of LED receiving surfaces, wherein the LED receiving surfaces are disposed at least partially around the channel. | receiving surfaces<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 4 | Analysis | Select Evidence |
| --- | --- | --- |
| The light fixture of claim 1, further comprising a mounting member extending outwardly in a direction substantially orthogonal to a longitudinal axis of the channel. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a mounting member extending outwardly in a direction substantially orthogonal to a longitudinal axis of the channel. | mounting member<br>longitudinal axis of the channel<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 6 | Analysis | Select Evidence |
| --- | --- | --- |
| The light fixture of claim 1, further comprising an optically transmissive cover disposed at least partially around the member. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising an optically transmissive cover disposed at least partially around the member. | optically transmissive cover<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising:<br>a member comprising:<br>an interior surface; | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a member comprising an interior surface. | interior surface (concealed)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| an exterior surface; | Sansi C21BB-WE Omni-directional Light Bulb has an exterior surface. | exterior surface<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| a first aperture disposed along a first end; | Sansi C21BB-WE Omni-directional Light Bulb has a first aperture disposed along a first end. | first aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a second aperture disposed along a distal second end; | Sansi C21BB-WE Omni-directional Light Bulb has a second aperture disposed along a distal second end. | second aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| a channel extending from the first aperture to the second aperture and defined by the interior surface; and | Sansi C21BB-WE Omni-directional Light Bulb has a channel extending from the first aperture to the second aperture and defined by the interior surface. | SANSI<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a plurality of light emitting diodes (LEDs) positioned adjacent to the channel; wherein a first of the plurality of LEDs is disposed adjacent a first portion of the channel and a second of the plurality of LEDs is disposed adjacent a second portion of the channel different than the first portion; and | Sansi C21BB-WE Omni-directional Light Bulb has plurality of light emitting diodes (LEDs) positioned adjacent to the channel; wherein a first of the plurality of LEDs is disposed adjacent a first portion of the channel and a second of the plurality of LEDs is disposed adjacent a second portion of the channel different than the first portion. | first LED<br>SANSI<br>second LED<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 12 | Analysis | Select Evidence |
|---|---|---|
| wherein air passes through the channel from the second aperture to the first aperture and transfers at least a portion of heat generated by the first LED and the second LED through the first aperture. | The air passes through the channel of Sansi C21BB-WE Omni-directional Light Bulb from the second aperture to the first aperture and transfers at least a portion of heat generated by the first LED and the second LED through the first aperture. | air flows into the channel<br>air flows out of the channel<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 14 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 12, further comprising a mounting member extending outwardly from the member in a direction away from a longitudinal axis of the channel. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a mounting member extending outwardly from the member in a direction away from a longitudinal axis of the channel. | mounting member<br>longitudinal axis of the channel<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 12, wherein the heat is transferred from the first and second LED to the member by conduction; and | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the heat is transferred from the first and second LED to the member by conduction. | heat transfer into the channel<br>SANSI<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| wherein the heat is transferred from the member through the channel with the air by convection. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the heat is transferred from the member through the channel with the air by convection. | air flows into the channel<br>SANSI<br>air flows out of the channel<br>heat transfers from the member through the channel by convection<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising:<br>a member comprising:<br>an interior surface | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture, comprising a member comprising an interior surface. | interior surface (concealed)<br>SANSI<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a first aperture; | Sansi C21BB-WE Omni-directional Light Bulb has a first aperture. | SANSI<br>first aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| a second distal aperture, | Sansi C21BB-WE Omni-directional Light Bulb has a second distal aperture. | second distal aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a channel through the member extending from the first aperture to the second aperture and defined by the interior surface of the member; | Sansi C21BB-WE Omni-directional Light Bulb has a channel through the member extending from the first aperture to the second aperture and defined by the interior surface of the member. | concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
| --- | --- | --- |
| at least one first light emitting diode (LED) coupled adjacent a first side of the channel; | Sansi C21BB-WE Omni-directional Light Bulb has at least one first light emitting diode (LED) coupled adjacent a first side of the channel. | first LED<br>SANSI<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| at least one second LED coupled adjacent a second side of the channel; | Sansi C21BB-WE Omni-directional Light Bulb has at least one second LED coupled adjacent a second side of the channel. | SANSI<br>concealed channel (inside)<br>second LED<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | The air enters the channel of Sansi C21BB-WE Omni-directional Light Bulb and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | air flows into the channel<br>air flows out of the channel<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 18 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 17, wherein the second side of the channel is opposite the first side of the channel. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the second side of the channel is opposite the first side of the channel. | first side<br>second side<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 17, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | air flows into the channel<br>air flows out of the channel (venturi effect)<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 20 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 17, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | air flows into the channel<br>air flows out of the channel<br>LEDs are in thermal communication with the member and configured to transfer heat by convection<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

# EXHIBIT 8

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

# U.S. Patent No. 9,163,807: Sansi C21BB-ZE39/E40 High Bay Light[1]

| Claim 14 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising:<br>a member comprising:<br>an exterior surface; | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a member comprising an exterior surface. | exterior surface<br>Source: http://www.sansi.com/products/highbay/305.htm |
| an interior surface; | Sansi C21BB-ZE39/E40 High Bay Light has an interior surface. | interior surface (concealed)<br>Source: http://www.sansi.com/products/highbay/305.htm |

1 Although this claim chart uses Sansi C21BB-ZE39/E40 High Bay Light as an example, other products in the same family infringe this patent in the same way. Those products include, at least, Sansi C21GL-CE26/27 Full Spectrum Glow Light and BR30 Non-Dimmable LED Light Bulb.

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 14 | Analysis | Select Evidence |
|---|---|---|
| a first aperture disposed along a top end of the member; | Sansi C21BB-ZE39/E40 High Bay Light has a first aperture disposed along a top end of the member. | first aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a second aperture disposed along a bottom end of the member, and a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface; | Sansi C21BB-ZE39/E40 High Bay Light has a second aperture disposed along a bottom end of the member, and a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface. | second aperture<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 14 | Analysis | Select Evidence |
|---|---|---|
| at least one first light emitting diode (LED) coupled to a first facet of the exterior surface; and | Sansi C21BB-ZE39/E40 High Bay Light has at least one first light emitting diode (LED) coupled to a first facet of the exterior surface. | first LED<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |
| at least one second LED coupled to a second facet of the exterior surface, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | Sansi C21BB-ZE39/E40 High Bay Light has at least one second LED coupled to a second facet of the exterior surface, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | air flows out of the channel<br>air flows into the channel<br>second LED<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 14, wherein the first and second LEDs are removably coupled to the exterior surface. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the first and second LEDs are removably coupled to the exterior surface. | LEDs are removably coupled to the exterior surface<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 14, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | air flows out of the channel (by venturi effect)<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 14, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member. | LEDs transfer heat to the member<br>Source: http://www.sansi.com/products/highbay/305.htm |

# EXHIBIT 9

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

# U.S. Patent No. 9,163,807: Sansi C21BB-WE Omni-directional Light Bulb[1]

| Claim 14 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising:<br>a member comprising:<br>an exterior surface; | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a member comprising an exterior surface. | exterior surface<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| an interior surface; | Sansi C21BB-WE Omni-directional Light Bulb has an interior surface. | interior surface (concealed)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

1 Although this claim chart uses Sansi C21BB-WE Omni-directional Light Bulb as an example, other products in the same family infringe this patent in the same way. Those products include, at least, Sansi C21BB-TE26 UV Light Bulb, Sansi C21BB-QE Smart RGB Light Bulb, Sansi C21BB-TE26/27 Plain Light Bulb, Sansi C21BB-RE Dimmable Light Bulb, and Sansi C21BB-UE Light Bulb.

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 14 | Analysis | Select Evidence |
|---|---|---|
| a first aperture disposed along a top end of the member; | Sansi C21BB-WE Omni-directional Light Bulb has a first aperture disposed along a top end of the member. | first aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a second aperture disposed along a bottom end of the member, and a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface; | Sansi C21BB-WE Omni-directional Light Bulb has a second aperture disposed along a bottom end of the member, and a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface. | concealed channel (inside)<br>second aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 14 | Analysis | Select Evidence |
|---|---|---|
| at least one first light emitting diode (LED) coupled to a first facet of the exterior surface; and | Sansi C21BB-WE Omni-directional Light Bulb has at least one first light emitting diode (LED) coupled to a first facet of the exterior surface. | first LED<br>SANSI<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| at least one second LED coupled to a second facet of the exterior surface, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | Sansi C21BB-WE Omni-directional Light Bulb has at least one second LED coupled to a second facet of the exterior surface, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | air flows into the channel<br>SANSI<br>air flows out of the channel<br>concealed channel (inside)<br>second LED<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.



| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 14, wherein the first and second LEDs are removably coupled to the exterior surface. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the first and second LEDs are removably coupled to the exterior surface. | LEDs are removably coupled to the exterior surface<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 14, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | air flows into the channel<br>air flows out of the channel (venturi effect)<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 14, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member. | LEDs transfer heat to the member<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 19 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 14, wherein an optically transmissive cover is disposed about the first member. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein an optically transmissive cover is disposed about the first member. | optically transmissive cover<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

# EXHIBIT 10

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

# U.S. Patent No. 7,874,700: Sansi C21BB-WE Omni-directional Light Bulb[1]

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising: a member comprising: a first surface disposed along an interior of the member; | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a member comprising a first surface disposed along an interior of the member. | interior surface (concealed)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a second surface disposed along an exterior of the member; | Sansi C21BB-WE Omni-directional Light Bulb has a second surface disposed along an exterior of the member. | exterior surface<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

[1] Although this claim chart uses Sansi C21BB-WE Omni-directional Light Bulb as an example, other products in the same family infringe this patent in the same way. Those products include, at least, Sansi C21BB-TE26 UV Light Bulb, Sansi C21BB-QE Smart RGB Light Bulb, Sansi C21BB-TE26/27 Plain Light Bulb, Sansi C21BB-RE Dimmable Light Bulb, and Sansi C21BB-UE Light Bulb.

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| a first end comprising a first aperture; | Sansi C21BB-WE Omni-directional Light Bulb has a first end comprising a first aperture. | first aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a second end comprising a second aperture; | Sansi C21BB-WE Omni-directional Light Bulb has a second end comprising a second aperture. | second aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
| --- | --- | --- |
| a channel extending from the first aperture to the second aperture and defined by the first surface; and | Sansi C21BB-WE Omni-directional Light Bulb has a channel extending from the first aperture to the second aperture and it's defined by the interior surface. | SANSI<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a plurality of receiving surfaces disposed at least partially around the channel, along the second surface of the member, each receiving surface being configured to receive at least one light emitting diode; and | Sansi C21BB-WE Omni-directional Light Bulb has a plurality of receiving surfaces disposed at least partially around the channel, along the second surface of the member, each receiving surface being configured to receive at least one light emitting diode | SANSI<br>receiving surfaces<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces, | Sansi C21BB-WE Omni-directional Light Bulb has at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces. | SANSI<br>LEDs are removably coupled to the exterior surface<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| wherein the light emitting diodes transfer heat through conduction to the member; and | The light emitting diodes of Sansi C21BB-WE Omni-directional Light Bulb transfer heat through conduction to the member. | heat transfer from the LEDs to the member by conduction<br>SANSI<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| wherein air passes through the channel to transfer heat from member. | Air passes through the channel of Sansi C21BB-WE Omni-directional Light Bulb to transfer heat from member. | air flows into the channel<br>SANSI<br>air flows out of the channel<br>concealed channel (inside)<br>Source: [https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901](https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901) |

| Claim 2 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, wherein the heat is transferred from the member through the channel by convection. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the heat is transferred from the member through the channel by convection.s | air flows into the channel<br>SANSI<br>air flows out of the channel<br>heat transfers from the member through the channel by convection<br>concealed channel (inside)<br>Source: [https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901](https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901) |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 3 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, wherein the channel is configured to transfer the heat from the member by a venturi effect. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the channel is configured to transfer the heat from the member by a venturi effect. | air flows into the channel<br>air flows out of the channel (venturi effect)<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 13 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, wherein each light emitting diode is removably coupled to its respective receiving surface via a substrate that is in thermal contact with the receiving surface. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein each light emitting diode is removably coupled to its respective receiving surface via a substrate that is in thermal contact with the receiving surface. | LEDs are removably coupled to the exterior surface<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 16 | Analysis | Select Evidence |
| --- | --- | --- |
| A light fixture, comprising:<br>a member comprising:<br>an interior surface; | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a member comprising an interior surface. | interior surface (concealed)<br>SANSI<br><br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| an exterior surface; | Sansi C21BB-WE Omni-directional Light Bulb has an exterior surface. | SANSI<br>exterior surface<br><br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| a first aperture disposed along a top end; | Sansi C21BB-WE Omni-directional Light Bulb has a first aperture disposed along a top end. | first aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| second aperture disposed along a second end; | Sansi C21BB-WE Omni-directional Light Bulb has a second aperture disposed along a second end. | second aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| a channel extending from the first aperture to the second aperture and defined by the interior surface; and | Sansi C21BB-WE Omni-directional Light Bulb has a channel extending from the first aperture to the second aperture and defined by the interior surface. |  <br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a plurality of receiving surfaces disposed at least partially along the exterior surface, each receiving surface configured to receive at least one light emitting diode; and | Sansi C21BB-WE Omni-directional Light Bulb has a plurality of receiving surfaces disposed at least partially along the exterior surface, each receiving surface configured to receive at least one light emitting diode. |  <br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.



| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces, | Sansi C21BB-WE Omni-directional Light Bulb has at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces. | LEDs are removably coupled to the exterior surface<br><br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| wherein the channel transfers at least a portion of heat generated by the light emitting diode through the first aperture. | Sansi C21BB-WE Omni-directional Light Bulb has a channel that transfers at least a portion of heat generated by the light emitting diode through the first aperture. | air flows into the channel    air flows out of the channel    concealed channel (inside)<br><br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 16, wherein the heat is transferred from the member through the channel by convection. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the heat is transferred from the member through the channel by convection. | air flows into the channel<br>SANSI<br>air flows out of the channel<br>heat transfers from the member through the channel by convection<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 18 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 16, wherein the heat is transferred from the member through the channel by a venturi effect. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the heat is transferred from the member through the channel by a venturi effect. | air flows into the channel<br>SANSI<br>air flows out of the channel (venturi effect)<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.



| Claim 21 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 16, wherein each light emitting diode is removably coupled to its corresponding receiving surface via a substrate that is in thermal contact with the receiving surface. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein each light emitting diode is removably coupled to its corresponding receiving surface via a substrate that is in thermal contact with the receiving surface. | LEDs are removably coupled to the exterior surface<br><br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

# EXHIBIT 11

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

# U.S. Patent No. 7,874,700: Sansi C21BB-ZE39/E40 High Bay Light[1]

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising: a member comprising: a first surface disposed along an interior of the member; | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a member comprising a first surface disposed along an interior of the member. | interior surface (concealed)<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a second surface disposed along an exterior of the member; | Sansi C21BB-ZE39/E40 High Bay Light has a second surface disposed along an exterior of the member. | exterior surface<br>Source: http://www.sansi.com/products/highbay/305.htm |

1 Although this claim chart uses Sansi C21BB-ZE39/E40 High Bay Light as an example, other products in the same family infringe this patent in the same way. Those products include, at least, Sansi C21GL-CE26/27 Full Spectrum Glow Light and BR30 Non-Dimmable LED Light Bulb.

.

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| a first end comprising a first aperture; | Sansi C21BB-ZE39/E40 High Bay Light has a first end comprising a first aperture. | first aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a second end comprising a second aperture; | Sansi C21BB-ZE39/E40 High Bay Light has a second end comprising a second aperture. | second aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| a channel extending from the first aperture to the second aperture and defined by the first surface; and | Sansi C21BB-ZE39/E40 High Bay Light has a channel extending from the first aperture to the second aperture and it's defined by the interior surface. | concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a plurality of receiving surfaces disposed at least partially around the channel, along the second surface of the member, each receiving surface being configured to receive at least one light emitting diode; and | Sansi C21BB-ZE39/E40 High Bay Light has a plurality of receiving surfaces disposed at least partially around the channel, along the second surface of the member, each receiving surface being configured to receive at least one light emitting diode | receiving surfaces<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces, | Sansi C21BB-ZE39/E40 High Bay Light has at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces. | LEDs are removably coupled to the exterior surface<br>Source: http://www.sansi.com/products/highbay/305.htm |
| wherein the light emitting diodes transfer heat through conduction to the member; and | The light emitting diodes of Sansi C21BB-ZE39/E40 High Bay Light transfer heat through conduction to the member. | heat transfer from the LEDs to the member by conduction<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 1 | Analysis | Select Evidence |
|---|---|---|
| wherein air passes through the channel to transfer heat from member. | Air passes through the channel of Sansi C21BB-ZE39/E40 High Bay Light to transfer heat from member. | air flows out of the channel<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 2 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, wherein the heat is transferred from the member through the channel by convection. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the heat is transferred from the member through the channel by convection. | air flows out of the channel<br>heat transfers from the member through the channel by convection<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 3 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, wherein the channel is configured to transfer the heat from the member by a venturi effect. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the channel is configured to transfer the heat from the member by a venturi effect. | air flows out of the channel (venturi effect)<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 13 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 1, wherein each light emitting diode is removably coupled to its respective receiving surface via a substrate that is in thermal contact with the receiving surface. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein each light emitting diode is removably coupled to its respective receiving surface via a substrate that is in thermal contact with the receiving surface. | LEDs are removably coupled to the exterior surface<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising: a member comprising: an interior surface; | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a member comprising an interior surface. | interior surface (concealed) Source: http://www.sansi.com/products/highbay/305.htm |
| an exterior surface; | Sansi C21BB-ZE39/E40 High Bay Light has an exterior surface. | exterior surface Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| a first aperture disposed along a top end; | Sansi C21BB-ZE39/E40 High Bay Light has a first aperture disposed along a top end. | first aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |
| second aperture disposed along a second end; | Sansi C21BB-ZE39/E40 High Bay Light has a second aperture disposed along a second end. | second aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| a channel extending from the first aperture to the second aperture and defined by the interior surface; and | Sansi C21BB-ZE39/E40 High Bay Light has a channel extending from the first aperture to the second aperture and defined by the interior surface. | concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a plurality of receiving surfaces disposed at least partially along the exterior surface, each receiving surface configured to receive at least one light emitting diode; and | Sansi C21BB-ZE39/E40 High Bay Light has a plurality of receiving surfaces disposed at least partially along the exterior surface, each receiving surface configured to receive at least one light emitting diode. | receiving surfaces<br>Source: http://www.sansi.com/products/highbay/305.htm |

US Pat. 7,874,700 – Sansi C21BB-ZE39/E40 High Bay Light Page 9 of 12

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces, | Sansi C21BB-ZE39/E40 High Bay Light has at least one light emitting diode, each light emitting diode being removably coupled to a respective one of the receiving surfaces. | LEDs are removably coupled to the exterior surface<br>Source: http://www.sansi.com/products/highbay/305.htm |
| wherein the channel transfers at least a portion of heat generated by the light emitting diode through the first aperture. | Sansi C21BB-ZE39/E40 High Bay Light has a channel that transfers at least a portion of heat generated by the light emitting diode through the first aperture. | air flows out of the channel<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 16, wherein the heat is transferred from the member through the channel by convection. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the heat is transferred from the member through the channel by convection. | air flows out of the channel<br>heat transfers from the member through the channel by convection<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 18 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 16, wherein the heat is transferred from the member through the channel by a venturi effect. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the heat is transferred from the member through the channel by a venturi effect. | air flows out of the channel (venturi effect)<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 21 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 16, wherein each light emitting diode is removably coupled to its corresponding receiving surface via a substrate that is in thermal contact with the receiving surface. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein each light emitting diode is removably coupled to its corresponding receiving surface via a substrate that is in thermal contact with the receiving surface. | LEDs are removably coupled to the exterior surface<br>πSource: [http://www.sansi.com/products/highbay/305.htm](http://www.sansi.com/products/highbay/305.htm) |

# EXHIBIT 12

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

# U.S. Patent No. 8,939,608: Sansi C21BB-WE Omni-directional Light Bulb[1]

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising: a member comprising: an interior surface; | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture comprising a member comprising an interior surface. | interior surface (concealed)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

1 Although this claim chart uses Sansi C21BB-WE Omni-directional Light Bulb as an example, other products in the same family infringe this patent in the same way. Those products include, at least, Sansi C21BB-TE26 UV Light Bulb, Sansi C21BB-QE Smart RGB Light Bulb, Sansi C21BB-TE26/27 Plain Light Bulb, Sansi C21BB-RE Dimmable Light Bulb, and Sansi C21BB-UE Light Bulb.

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

GLOBAL IP LAW GROUP

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| a first aperture; | Sansi C21BB-WE Omni-directional Light Bulb has a first aperture. | SANSI<br>first aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| a second distal aperture, and | Sansi C21BB-WE Omni-directional Light Bulb has a second distal aperture. | SANSI<br>second aperture<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

US Pat. 8,939,608 – Sansi C21BB-WE Omni-directional Light Bulb Page 2 of 5

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface of the member; | Sansi C21BB-WE Omni-directional Light Bulb has a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface of the member. | concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |
| at least one first light emitting diode (LED) coupled adjacent a first side of the channel; and | Sansi C21BB-WE Omni-directional Light Bulb has at least one first light emitting diode (LED) coupled adjacent a first side of the channel. | first LED<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| at least one second LED coupled adjacent a second side of the channel, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | Sansi C21BB-WE Omni-directional Light Bulb has at least one second LED coupled adjacent a second side of the channel, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | air flows into the channel<br>second LED<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 15, wherein the second side of the channel is opposite the first side of the channel. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the second side of the channel is opposite the first side of the channel. | first side<br>concealed channel (inside)<br>second side<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 15, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | air flows into the channel<br>SANSI<br>air flows out of the channel (venturi effect)<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

| Claim 18 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 15, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | Sansi C21BB-WE Omni-directional Light Bulb is a light fixture wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | air flows into the channel<br>SANSI<br>air flows out of the channel<br>LEDs are in thermal communication with the member and configured to transfer heat by convection<br>concealed channel (inside)<br>Source: https://www.homedepot.com/p/SANSI-250-Watt-Equivalent-A21-Dimmable-270-Omni-Directional-LED-Light-Bulb-Soft-Warm-White-in-3000K-2-Pack-01-02-001-022731/312572901 |

# EXHIBIT 13

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

# U.S. Patent No. 8,939,608: Sansi C21BB-ZE39/E40 High Bay Light[1]

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| A light fixture, comprising: a member comprising: an interior surface; | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture comprising a member comprising an interior surface. | interior surface (concealed) Source: http://www.sansi.com/products/highbay/305.htm |
| a first aperture; | Sansi C21BB-ZE39/E40 High Bay Light has a first aperture. | first aperture Source: http://www.sansi.com/products/highbay/305.htm |

[1] Although this claim chart uses Sansi C21BB-ZE39/E40 High Bay Light as an example, other products in the same family infringe this patent in the same way. Those products include, at least, Sansi C21GL-CE26/27 Full Spectrum Glow Light and BR30 Non-Dimmable LED Light Bulb.

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| a second distal aperture, and | Sansi C21BB-ZE39/E40 High Bay Light has a second distal aperture. | second aperture<br>Source: http://www.sansi.com/products/highbay/305.htm |
| a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface of the member; | Sansi C21BB-ZE39/E40 High Bay Light has a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface of the member. | concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 15 | Analysis | Select Evidence |
|---|---|---|
| at least one first light emitting diode (LED) coupled adjacent a first side of the channel; and | Sansi C21BB-ZE39/E40 High Bay Light has at least one first light emitting diode (LED) coupled adjacent a first side of the channel. | first LED<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |
| at least one second LED coupled adjacent a second side of the channel, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | Sansi C21BB-ZE39/E40 High Bay Light has at least one second LED coupled adjacent a second side of the channel, wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | air flows out of the channel<br>air flows into the channel<br>second LED<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 16 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 15, wherein the second side of the channel is opposite the first side of the channel. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the second side of the channel is opposite the first side of the channel. | first side<br>concealed channel (inside)<br>second side<br>Source: http://www.sansi.com/products/highbay/305.htm |

| Claim 17 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 15, wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the channel is configured to transfer at least the portion of the heat generated by the first and second LEDs by venturi effect. | air flows out of the channel (by venturi effect)<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

Disclosure Pursuant to FRE 408
Non-limiting example of infringement based on information presently available (draft/subject to revision)
Claim preamble may not serve as a limitation.

| Claim 18 | Analysis | Select Evidence |
|---|---|---|
| The light fixture of claim 15, wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | Sansi C21BB-ZE39/E40 High Bay Light is a light fixture wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | air flows out of the channel<br>LEDs are in thermal communication with the member and configured to transfer heat by convection<br>air flows into the channel<br>concealed channel (inside)<br>Source: http://www.sansi.com/products/highbay/305.htm |

# EXHIBIT 14

August 27, 2020

VIA EMAIL (rolson@giplg.com)

Global IP Law Group, LLC
Attn: Ragnar Olson
55 W Monroe Street, Suite 3400
Chicago, IL 60603
Phone: 312-241-1500;

Re: Lighting Defense Group, LLC Patents 8,256,923; 8,939,608; 7,874,700; and 9,163,807.

Dear Mr. Olson:

I am an outside counsel retained by Shanghai Sansi Electronic Engineering Co., Ltd. ("Sansi"). On June 26, 2020, Sansi received a communication from you notifying your representation of Lighting Defense Group ("LDG") regarding to US patents 8,256,923 ("the '923 patent"); 8,939,608 ("the '608 patent"); 7,874,700 ("the '700 patent"); and 9,163,807 ("the '807 patent"), collectively the "LDG Patents". The communication included a letter from you, multiple claim charts, and analysis of certain Sansi products with respect to the above LDG Patents.

After reviewing the LDG Patents and the above materials provided by you, it is our position that at this moment, Sansi does NOT need to obtain a license to the LDG Patents, at least for the following reasons:

First of all, Sansi's products most likely do NOT infringe the following independent claims (and their respective dependent claims) of the LDG Patents. Specifically, we believe Sansi's products do NOT include or perform all limitations of the following independent claims, as shown in the attached Claim Analysis Section A.

- '923 Patent: Claims 1, 12 and 17
- '608 Patent: Claim 15
- '700 Patent: Claims 1 and 16
- '807 Patent: Claim 14

Secondly, the following independent and dependent claims of the LDG Patents may either be vague or indefinite, and/or be anticipated by prior arts. In other words, we believe the following claims have a very high probability of being invalidated in an IPR challenge, as shown in the attached Claim Analysis Section B.

- '923 Patent: Claims 1, 3, 4, 12, 14, 15, 17, 18, 19, 20
- '608 Patent: Claims 15, 16, 18
- '807 Patent: Claims 14, 17

Furthermore, many of the Sansi's products may be discontinued or redesigned, which may render some of the alleged claim infringement analysis moot.

In conclusion, we have high confidence that Sansi's products currently being sold in the US market either do NOT infringe any of the LDG Patents' claims as listed in the documents you provided, or many of claims in the LDG Patents are NOT enforceable against Sansi's products. In this case, a license of the LDG Patents is highly unnecessary.

If you have any questions, or would like to have further discussion, please do not hesitate to contact us.

Best regards,

/Xiaofei Xue/

XUE, Xiaofei
US Patent Attorney
JZMC Patent and Trademark Law Office
Email: xxf@iprtop.com
Phone: (86)-21-51096606

# Claim Analysis Section A

## US 8,256,923

| | **[Claim 1]**<br>A light fixture, comprising: a member comprising: | **Notes** |
|---|---|---|
| 1.1 | a top end comprising a first aperture; | |
| 1.2 | a bottom end comprising a second aperture, | |
| 1.3 | a channel extending from the first aperture to the second aperture and defined by an interior surface of the member; | |
| 1.4 | a plurality of light emitting diodes (LEDs) disposed on the fixture adjacent to the channel, wherein at least one LED is located on one side of the channel and at least another LED is located on an opposite side of the channel; | |
| 1.5 | wherein air enters the channel through the second aperture and exits the channel through the first aperture; and | |
| 1.6 | wherein the LEDs transfer heat through the member to the air in the channel. | In the following Sansi's product:<br>Heat generated by the LEDs are dissipated through the surrounding air into the environment. The LEDs do NOT transfer heat through any member to the air in the channel. |

Heat Isolation Panel

Heat generated by the LEDs are further blocked by the Heat Isolation Panel located between the LEDs and the member. The Heat Isolation Panel prevents the transferring of heat from the LEDs to the interior of the light bulb.

In the following Sansi's product:

Heat generated by the LEDs are dissipated through the surrounding air into the environment. The LEDs do NOT transfer heat through any member to the air in the channel.

To summarize, the above alleged Sansi's products do not include LEDs that transfer heat through the member to the air in the channel.

| | [Claim 12]<br>A light fixture, comprising: a member comprising: | Notes |
|---|---|---|
| 12.1 | an interior surface; | |
| 12.2 | an exterior surface; | |
| 12.3 | a first aperture disposed along a first end; | |
| 12.4 | a second aperture disposed along a distal second end; | |
| 12.5 | a channel extending from the first aperture to the second aperture and defined by the interior surface; and | |
| 12.6 | a plurality of light emitting diodes (LEDs) positioned adjacent to the channel; wherein a first of the plurality of LEDs is disposed adjacent a first portion of the channel and a second of the plurality of LEDs is disposed adjacent a second portion of the channel different than the first portion; and | |
| 12.7 | wherein air passes through the channel from the second aperture to the first aperture and transfers at least a portion of heat generated by the first LED and the second LED through the first aperture. | In the following Sansi's product:<br>Heat generated by the LEDs are dissipated through the surrounding air into the environment. Air entering into the interior of the light bulb is for transferring heat generated by the control circuitry located inside of the light bulb. |

| | | |
|---|---|---|
| | | In the following Sansi's product:<br><br>Heat generated by the LEDs are dissipated through the surrounding air into the environment. Air entering into the interior of the light bulb is for transferring heat generated by the control circuitry located inside of the light bulb.<br><br>To summarize, the above alleged Sansi's products do not cause the transferring of at least a portion of the heat generated by the first and second LEDs through the first aperture. |

| | **[Claim 17]**<br>A light fixture, comprising: a member comprising: | **Notes** |
|---|---|---|
| 17.1 | an interior surface | |
| 17.2 | a first aperture; | |
| 17.3 | a second distal aperture, | |
| 17.4 | a channel through the member extending from the first aperture to the second aperture and defined by the interior surface of the member; | |



| | | |
|---|---|---|
| 17.5 | at least one first light emitting diode (LED) coupled adjacent a first side of the channel; | |
| 17.6 | at least one second LED coupled adjacent a second side of the channel; | |
| 17.7 | wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | **Same as analyzed in 12.7 above.**<br><br>To summarize, the above alleged Sansi's products do not cause the transferring of at least a portion of the heat generated by the first and second LEDs through the first aperture. |

# US 9,163,807

| | [Claim 14]<br>A light fixture, comprising: a member comprising: | Notes |
|---|---|---|
| 14.1 | an interior surface; | |
| 14.2 | an exterior surface; | |
| 14.3 | a first aperture disposed along a top end of the member; | |
| 14.4 | a second aperture disposed along a bottom end of the member, and a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface; | |
| 14.5 | at least one first light emitting diode (LED) coupled to a first facet of the exterior surface; and | |
| 14.6 | at least one second LED coupled to a second facet of the exterior surface, | |
| 14.7 | wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | In the following Sansi's product:<br>Heat generated by the LEDs are dissipated through the surrounding air into the environment. Air entering into the interior of the light bulb is for transferring heat generated by the control circuitry located inside of the light bulb. |

| | | |
|---|---|---|
| | | In the following Sansi's product:<br><br>Heat generated by the LEDs are dissipated through the surrounding air into the environment. Air entering into the interior of the light bulb is for transferring heat generated by the control circuitry located inside of the light bulb.<br><br>To summarize, the above alleged Sansi's products do not cause the transferring of at least a portion of the heat generated by the first and second LEDs through the first aperture. |

# US 7,874,700

| | [ Claim 1]<br>A light fixture, comprising: a member comprising: | Notes |
|---|---|---|
| 1.1 | a first surface disposed along an interior of the member; | |
| 1.2 | a second surface disposed along an exterior of the member; | |
| 1.3 | a first end comprising a first aperture; | |
| 1.4 | a second end comprising a second aperture; | |
| 1.5 | a channel extending from the first aperture to the second aperture and defined by the first surface; and | |
| 1.6 | a plurality of receiving surfaces disposed at least partially around the channel, along the second surface of the member, each receiving surface being configured to receive at least one light emitting diode; and | |
| 1.7 | at least one light emitting diode, each light emitting diode being **removably** coupled to a respective one of the receiving surfaces, | **"Removably"** indicates that a LED coupled to a "receiving surface" can be subsequently removed from the "receiving surface" without significantly affecting the functioning of the light fixture.<br><br>In the following Sansi's product:<br><br>None of the LEDs can be removed from their respective positions. Any removal of the LEDs will render the light bulb useless. |

| | | |
|---|---|---|
| | | In the following Sansi's product:<br><br>None of the LEDs can be removed from their respective positions. Any removal of the LEDs will render the light bulb useless.<br><br>To summarize, the above alleged Sansi's products do not include LEDs being removably coupled to receiving surfaces. |
| 1.8 | wherein the light emitting diodes transfer heat through conduction to the member; and<br>wherein air passes through the channel to transfer heat from member. | |

| | **[ Claim 16]**<br>A light fixture, comprising: a member comprising: | **Notes** |
|---|---|---|
| 16.1 | an interior surface; | |
| 16.2 | an exterior surface; | |
| 16.3 | a first aperture disposed along a top end; | |
| 16.4 | second aperture disposed along a second end; | |
| 16.5 | a channel extending from the first aperture to the second aperture and defined by the interior surface; and | |

| | | |
|---|---|---|
| 16.6 | a plurality of receiving surfaces disposed at least partially along the exterior surface, each receiving surface configured to receive at least one light emitting diode; and | |
| 16.7 | at least one light emitting diode, each light emitting diode being **removably** coupled to a respective one of the receiving surfaces, | **Same as analyzed in 1.7 above.**<br><br>To summarize, the alleged Sansi's products do not include LEDs being removably coupled to receiving surfaces. |
| 16.8 | wherein the channel transfers at least a portion of heat generated by the light emitting diode through the first aperture. | |

# US 8,939,608

| | **[ Claim 15]**<br>A light fixture, comprising: a first member comprising: | **Notes** |
|---|---|---|
| 15.1 | an interior surface; | |
| 15.2 | a first aperture; | |
| 15.3 | a second distal aperture, and | |
| 15.4 | a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface of the member; | |
| 15.5 | at least one first light emitting diode (LED) coupled adjacent a first side of the channel; and | |
| 15.6 | at least one second LED coupled adjacent a second side of the channel, | |
| 15.7 | wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | In the following Sansi's product:<br>Heat generated by the LEDs are dissipated through the surrounding air into the environment. Air entering into the interior of the light bulb is for transferring heat generated by the control circuitry located inside of the light bulb. |

| | | |
|---|---|---|
| | | In the following Sansi's product:<br><br>Heat generated by the LEDs are dissipated through the surrounding air into the environment. Air entering into the interior of the light bulb is for transferring heat generated by the control circuitry located inside of the light bulb.<br><br>To summarize, the above alleged Sansi's products do not cause the transferring of at least a portion of the heat generated by the first and second LEDs through the first aperture. |

## Claim Analysis Section B

### LDG Patents in view of Prior Art US 6,831,303 ("Dry") with a Priority Date May 29, 2002

FIG. 3

FIG. 2

A light source 100
An elongate thermally heat sink 101
An interior cavity 103
A plurality of Light Emitting Diodes 109
The exterior surface 107
Heat dissipating fins 105

# US 8,256,923 in view of Dry

| | [Claim 1]<br>A light fixture, comprising: a member comprising: | Anticipated by Dry |
|---|---|---|
| 1.1 | a top end comprising a first aperture; | Dry's tubular heat sink 101 has a top end. |
| 1.2 | a bottom end comprising a second aperture, | FIG. 2<br>Dry's sink 101 has a bottom end. |

| | | |
|---|---|---|
| 1.3 | a channel extending from the first aperture to the second aperture and defined by an interior surface of the member; | Dry's sink 101 has a channel extending from the lower end to the upper end and defined by an interior surface of the cavity 103. See Dry col. 4, line 1. |
| 1.4 | a plurality of light emitting diodes (LEDs) disposed on the fixture adjacent to the channel, wherein at least one LED is located on one side of the channel and at least another LED is located on an opposite side of the channel; | FIG. 2 The exterior surface 107 of the elongate heat sink 101 has a plurality of Light Emitting Diodes 109 disposed thereon, wherein at least one LED 109 is located on one side of the heat sink 101 and at least another LED 109 is located on an opposite side of the heat sink 101. See Dry Fig. 2. |
| 1.5 | wherein air enters the channel through the second aperture and exits the channel through the first aperture; and | Cool or unheated air enters tubular heat sink 101 at its lower end and exits from the upper end as heated air. See Dry Col. 4, line 1.<br><br>Further, this claim element is reciting a natural phenomenon. |



| | | |
|---|---|---|
| 1.6 | wherein the LEDs transfer heat through the member to the air in the channel. | Flexible printed circuit 113 is adhered to the heat sink 101 with a heat conducting epoxy to aid in the transmission of the heat from LEDs 109 to the tube 101. See Dry col. 3, line 40-42. |

| | **[Claim 3]**<br>The light fixture of claim 1, further comprising | **Anticipated by Dry** |
|---|---|---|
| 3.1 | a plurality of LED receiving surfaces, wherein the LED receiving surfaces are disposed at least partially around the channel. | LEDs 109 are disposed at least partially around the sink 101. Also see Dry claim 21. |

| | **[Claim 4]**<br>The light fixture of claim 1, further comprising | **Anticipated by Dry** |
|---|---|---|
| 4.1 | a mounting member extending outwardly in a direction substantially orthogonal to a longitudinal axis of the channel. | FIG. 5<br>Mounting clip 123 and 124. |

| | [Claim 12]<br>A light fixture, comprising: a member comprising: | Anticipated by Dry |
|---|---|---|
| 12.1 | an interior surface; | Interior surface defined by cavity 103. |
| 12.2 | an exterior surface; | Exterior surface 107. |
| 12.3 | a first aperture disposed along a first end; | |

| | | |
|---|---|---|
| 12.4 | a second aperture disposed along a distal second end; | 111<br>102<br>FIG. 3 |
| 12.5 | a channel extending from the first aperture to the second aperture and defined by the interior surface; and | A channel extending from the first end to the second end and defined by the interior cavity 103; |
| 12.6 | a plurality of light emitting diodes (LEDs) positioned adjacent to the channel; wherein a first of the plurality of LEDs is disposed adjacent a first portion of the channel and a second of the plurality of LEDs is disposed adjacent a second portion of the channel different than the first portion; and | A plurality of light emitting diodes 109 carried on said elongate member outer surface, at least some of said light emitting diodes being disposed in a first plane and others of said light emitting diodes being disposed in a second plane not coextensive with said first plane. See Dry claim 21. |
| 12.7 | wherein air passes through the channel from the second aperture to the first aperture and transfers at least a portion of heat generated by the first LED and the second LED through the first aperture. | Convection cooling by flow of air through tubular heat sink 101 is utilized such that cool or unheated air enters tubular heat sink 101 at its lower end and exits from the upper end as heated air. See Dry col. 4, line 1. |

| | **[Claim 14]**<br>The light fixture of claim 12, further comprising | **Anticipated by Dry** |
|---|---|---|
| 14.1 | a mounting member extending outwardly from the member in a direction away from a longitudinal axis of the channel. | 124 100 101 123<br>FIG. 5<br>Mounting clip 123 and 124. |

| | [Claim 15] The light fixture of claim 12, | Anticipated by Dry |
|---|---|---|
| 15.1 | wherein the heat is transferred from the member through the channel with the air by convection. | Convection cooling by flow of air. See Dry col. 3, lines 65-66. |

| | [Claim 17] A light fixture, comprising: a member comprising: | Anticipated by Dry |
|---|---|---|
| 17.1 | an interior surface | FIG. 2 |
| 17.2 | a first aperture; | |

| | | |
|---|---|---|
| 17.3 | a second distal aperture, | FIG. 3 |
| 17.4 | a channel through the member extending from the first aperture to the second aperture and defined by the interior surface of the member; | See 12.5 above. |
| 17.5 | at least one first light emitting diode (LED) coupled adjacent a first side of the channel; | At least some of the light emitting diodes are disposed in a first plane. See Dry claim 21. |
| 17.6 | at least one second LED coupled adjacent a second side of the channel; | Others of said light emitting diodes are disposed in a second plane not coextensive with the first plane. See Dry claim 21. |
| 17.7 | wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | See 12.7 above. |

| | **[Claim 18]**<br>The light fixture of claim 17, | **Anticipated by Dry** |
|---|---|---|
| 18.1 | wherein the second side of the channel is opposite the first side of the channel. | FIG. 2 |

| | [Claim 20]<br>The light fixture of claim 17, | Anticipated by Dry |
|---|---|---|
| 20.1 | wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | said elongate thermally conductive member is configured to conduct heat away from said light emitting diodes to fluid proximate said elongate member outer surface. See Dry claim 21. |

## US 9,163,807 in view of Dry

| | [Claim 14]<br>A light fixture, comprising: a member comprising: | Anticipated by Dry |
|---|---|---|
| 14.1 | an interior surface; | FIG. 2 |



| | | |
|---|---|---|
| 14.2 | an exterior surface; | 109<br>the exterior surface 107<br>107<br>109 |
| 14.3 | a first aperture disposed along a top end of the member; | 101<br>100<br>103<br>109<br>109<br>101<br>111<br>109<br>105<br>109<br>107<br>FIG. 2 |
| 14.4 | a second aperture disposed along a bottom end of the member, and a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface; | A channel extending from the first end to the second end and defined by the interior cavity 103. |
| 14.5 | at least one first light emitting diode (LED) coupled to a first facet of the exterior surface; and | At least some of the light emitting diodes are disposed in a first plane. |
| 14.6 | at least one second LED coupled to a second facet of the exterior surface, | Others of said light emitting diodes are disposed in a second plane not coextensive with the first plane. |
| 14.7 | wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | Convection cooling by flow of air through tubular heat sink 101 is utilized such that cool or unheated air enters tubular heat sink 101 at its lower end and exits from the upper end as heated air. |



| | [Claim 17] The light fixture of claim 14, | Anticipated by Dry |
|---|---|---|
| 17.1 | wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member. | The elongate thermally conductive member conducts heat away from the light emitting diodes. See Dry claim 1. |

## US 8,939,608 in view of Dry

| | [ Claim 15] A light fixture, comprising: a first member comprising: | |
|---|---|---|
| 15.1 | an interior surface; | an interior cavity<br>103 109 109 101 111 109 105 109 107<br>FIG. 2 |
| 15.2 | a first aperture; | 101 100 |

| | | |
|---|---|---|
| 15.3 | a second distal aperture, and | 103 109 109 101 111 111 105 109 107 109 102 FIG. 3 FIG. 2 |
| 15.4 | a channel within the member extending from the first aperture to at least the second aperture and defined by the interior surface of the member; | A channel extending from the first end to the second end and defined by the interior cavity 103. |
| 15.5 | at least one first light emitting diode (LED) coupled adjacent a first side of the channel; and | At least some of the light emitting diodes are disposed in a first plane. |
| 15.6 | at least one second LED coupled adjacent a second side of the channel, | Others of said light emitting diodes are disposed in a second plane not coextensive with the first plane. |
| 15.7 | wherein air enters the channel and transfers at least a portion of the heat generated by the first and second LEDs through the first aperture. | Convection cooling by flow of air through tubular heat sink 101 is utilized such that cool or unheated air enters tubular heat sink 101 at its lower end and exits from the upper end as heated air. |

| | | |
|---|---|---|
| | **[Claim 16]**<br>The light fixture of claim 15, | **Anticipated by Dry** |
| 16.1 | wherein the second side of the channel is opposite the first side of the channel. | See Dry Fig. 2. |

| | | |
|---|---|---|
| | **[Claim 18]**<br>The light fixture of claim 15, | **Anticipated by Dry** |
| 18.1 | wherein the first and second LEDs are in thermal communication with the member and configured to transfer heat to the member by convection. | The elongate thermally conductive member conducts heat away from the light emitting diodes. |

# EXHIBIT 15

**From:** wangxiaohui@sansitech.com <wangxiaohui@sansitech.com>
**Sent:** Thursday, June 10, 2021 12:46 AM
**To:** Andrew Ramer <aramer@lightingdefense.com>
**Cc:** seller-performance <seller-performance@amazon.com>
**Subject:** contact letter( amazon case ID ：8411289241)

On June 9th, 2021, you complained on the Amazon platform (hereinafter "our") 17W/22W/27W led bulb model product for infringement of the patent: US8939608, but according to our comparative analysis, our 17W/22W/27W led bulb model product did not violate the patent of US8939608. Now that your complaint has affected our daily operation on the Amazon platform, please contact Amazon immediately after receiving this email to withdraw your complaint against us. If you have a different understanding of our non-infringement judgment, we will communicate with you again after you withdraw our complaint. Thank you!

王晓辉
TEL:+86 54883434-1882
E-MAIL： wangxiaohui@sansitech.com

上海三思电子工程有限公司

地址：上海市闵行区疏影路1280号
Address：No.1280, Shuying Rd, Minhang District, Shanghai, China
www.sansitech.com
www.sansilighting.com

# EXHIBIT 16

**From:** Ma, Yufeng (Ethan) <yma@orrick.com>
**Sent:** Wednesday, June 23, 2021 11:26 PM
**To:** Andrew Ramer <aramer@lightingdefense.com>
**Cc:** Martinelli, Richard F. <rmartinelli@orrick.com>; Shen, Sophia <sshen@orrick.com>; Ning, Weimin <wning@orrick.com>; Brewer, Evan <ebrewer@orrick.com>
**Subject:** Your Amazon Complaint against Sansi (Amazon Case ID: 8411289241)

Dear Mr. Ramer,

I am writing on behalf of our client Shanghai Sansi Electronic Engineering Co., Ltd. ("Sansi") in relation to the complaint you filed with Amazon against our client.  For us to evaluate your claim, please send us a copy of the complaint you submitted to Amazon.

Thank you.

Ethan

**Yufeng (Ethan) Ma**
Partner

Orrick, Herrington & Sutcliffe
Shanghai

# EXHIBIT 17



SANSI LED LIGHTING INC. (4048861)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 07/27/2017 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Stock Corporation - CA - General |
| *Principal Address* | 30075 AHERN AVE<br>UNION CITY, CA 94587 |
| *Mailing Address* | 30075 AHERN AVE<br>UNION CITY,CA94587 |
| *Statement of Info Due Date* | 07/31/2023 |
| *Agent* | Individual<br>1269253<br>TINA CHIANG<br>17870 CASTLETON ST.<br>SUITE 116<br>CITY OF INDUSTRY, CA 91748 |

# EXHIBIT 18

A Global Leader in
LED Displays and Lighting
29
500+
2500+
230000m²
Advanced R&D Capability
Manufacture Capability
Development History
1993
Corporate Culture
Innovative
Sustainable
Committed
Brand Strength
Sales Coverage region