**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lighting Defense Group LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Shanghai Sansi Electronic Engineering Company Limited, et al.,<br><br>    Defendants. | No. CV-22-01476-PHX-SMB<br>Consolidated with: CV-22-01671-PHX-SMB<br><br>**ORDER** |
| SANSI LED Lighting Inc., and SANSI Smart Lighting Inc.,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>Lighting Defense Group LLC,<br><br>    Defendant/Counter-Plaintiff. | |

The Court, having considered the Unopposed Motion for Leave to File Under Seal filed by Plaintiff/Defendant/Counter-Plaintiff Lighting Defense Group LLC ("LDG") (Doc. 191) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File Under Seal (Doc. 191) is **granted**.

…

…

1 **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to file under seal LDG's Opposition to Sansi's Motion to Exclude the Amended Testimony of Expert Thomas McGahee and associated exhibits 1, 2, 3, and 4 (Doc. 190).

Dated this 5th day of February, 2025.

Honorable Susan M. Brnovich
United States District Judge