**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lighting Defense Group LLC, <br><br>  Plaintiff, <br><br> v. <br><br> Shanghai Sansi Electronic Engineering Company Limited, et al., <br><br>  Defendants. | No. CV-22-01476-PHX-SMB <br> Consolidated with: CV-22-01671-PHX-SMB <br><br> **ORDER** |
| SANSI LED Lighting Inc., and SANSI Smart Lighting Inc., <br><br>  Plaintiffs/Counter-Defendants, <br><br> v. <br><br> Lighting Defense Group LLC, <br><br>  Defendant/Counter-Plaintiff. | |

The Court, having considered the Unopposed Motion for Leave to File Under Seal filed by Defendants (Doc. 188) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File Under Seal (Doc. 188) is **granted**.

…

…

…

1  **IT IS FURTHER ORDERED** that the Clerk of Court is directed to file SANSI's
2  Opposition to LDG's Motion to Exclude Supplemental Expert Report of Stephanie E. Pugh
3  and Exhibits 1–8 to the Opposition under seal (Doc. 189).
4  Dated this 5th day of February, 2025.

Honorable Susan M. Brnovich
United States District Judge